# EXHIBIT 1

**Press Release**

# GRPN CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Groupon, Inc.

Published: April 28, 2020 at 10:27 p.m. ET

*The MarketWatch News Department was not involved in the creation of this content.*

Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of Illinois captioned *Macovski v. Groupon, Inc., et al.,* (Case No. 20-cv-02581) on behalf of persons and entities that purchased or otherwise acquired Groupon, Inc. ("Groupon" or the "Company") (NASDAQ: GRPN) securities between **November 4, 2019 and February 18, 2020,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On February 18, 2020, Groupon reported fourth quarter 2019 sales of $612.3 million, a nearly 23% decline over the prior year period. The Company's adjusted EBITDA for fiscal 2019 was reported at $227.2 million, a significant miss from its November 2019 forecast of $270 million. Groupon also announced a "transformational plan to exit Goods" in North America by the third quarter and globally by the end of the year.

On this news, the Company's share price fell $1.35, or over 44%, to close at $1.70 per share on February 19, 2020, on unusually heavy trading volume.

NOW PLAYING:
How to Invest in Bonds

✕

Case: 1:20-cv-02581 Document #: 12-1 Filed: 06/29/20 Page 3 of 4 PageID #:63

**Visit our Video Center**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company was experiencing fewer customer engagements in its Goods category; (2) that Groupon relied on its Goods category to drive its sales, especially during the holiday season; (3) that, as a result of the foregoing, the Company was likely to experience reduced sales; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased Groupon securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles H. Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200428006090/en/

Case: 1:20-cv-02581 Document #: 12-1 Filed: 06/29/20 Page 4 of 4 PageID #:64

SOURCE: Glancy Prongay & Murray LLP

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

Copyright Business Wire 2020

*The MarketWatch News Department was not involved in the creation of this content.*

## Compare Bank Accounts ⓘ

**Initial Deposit**    ◯    $25,000

SAVE MORE FOR RETIREMENT WITH A FINANCIAL ADVISOR                SPONSORED

smartasset™    APY    Min Balance for APY                Get Details
               0.00%   $0

Achieve your retirement goals with advice from a fiduciary advisor. Local advisor match in under 5 minutes. No Cost.

ONLINE SAVINGS ACCOUNT                SPONSORED

ally.    APY    Min Balance for APY                Get Details
         1.10%   $0

FDIC Insured    On All Balance Tiers. Ally Bank, Member FDIC.

SAVINGS                SPONSORED

AMERICAN EXPRESS Personal Savings    APY    Min Balance for APY                Get Details
                                      1.00%   $1

FDIC Insured    Grow your savings with no fees/minimum balance and 24/7 access.

Calculate Your Time to Retirement. This Quiz Finds Local Fiduciary Advisors For You.    Ta

As of: 06/26/2020                Ad Disclosure

SMARTASSET.COM