# EXHIBIT 3

**Groupon, Inc. Loss Chart**
**Class Period: Between November 4, 2019 and February 18, 2020**

**Lookback Price** $1.05

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Patel, Dilip | Opening position of 29,000 shares | | | | 2/20/2020 | 10000* | $1.75 | | | | |
| | | | | | 2/28/2020 | 19000* | $1.35 | | | | |
| | 11/5/2019 | 7,000 | ($2.40) | ($16,800.00) | 2/28/2020 | 7,000 | $1.35 | $9,450.00 | 0 | $0.00 | ($7,350.00) |

*Matched to opening position