**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Other Similarly Situated,<br><br>     Plaintiff,<br>  v.<br><br>GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS,<br><br>     Defendants. | Case No.:  1:20-cv-02581<br><br><u>CLASS ACTION</u><br><br>Honorable Matthew F. Kennelly |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF THE MOTION**
**OF FADI E. RAHAL FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a partner in the law firm of Pomerantz LLP, liaison counsel for Lead Plaintiff Movant Fadi E. Rahal ("Rahal" or "Movant").

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint Movant to serve as Lead Plaintiff on behalf of the putative class in the above captioned action and to approve Movant's selection of the law firms of Kirby McInerney LLP and Glancy Prongay & Murray LLP as Co-Lead Counsel and Pomerantz LLP as Liaison Counsel. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published April 28, 2020, on *Business Wire*, announcing the pendency of the action filed by Glancy Prongay & Murray LLP against Defendants herein.

Exhibit B: Certification of Rahal.

Exhibit C: Table of the calculated losses incurred by Rahal as a result of transactions in Groupon, Inc. securities.

Exhibit D: Firm resume of Kirby McInerney LLP.

Exhibit E: Firm resume of Glancy Prongay & Murray LLP.

Exhibit F: Firm resume of Pomerantz LLP.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on June 29, 2020.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1