# EXHIBIT B

## CERTIFICATATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Fadi E. Rahal declares, as to the claims asserted under the federal securities laws, that:

1.      I am a resident of Wake County, North Carolina.  I am a management consultant who holds a Master of Engineering (M. Eng.) degree.  I have more than two decades of experience investing for my own account.

2.      I have reviewed the complaint filed in the action *Macovski v. Groupon, Inc., et al.*, No. 20 Civ. 02581 (N.D. Ill.) and have authorized counsel to seek my appointment as lead plaintiff in the class action.  I have retained Kirby McInerney LLP and such counsel as they deem appropriate to associate with to pursue such action.

3.      I did not purchase Groupon securities at the direction of counsel or in order to participate in this private action.

4.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      My transactions in Groupon securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

6.      During the three years prior to the date of this certification, I have not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

7.      I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed: Jun 26, 2020

Fadi E. Rahal
Fadi E. Rahal (Jun 26, 2020 20:51 EDT)

Fadi E. Rahal

**SCHEDULE A**

Class Period Transactions of Fadi Rahal in Groupon, Inc. Securities:

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 12/6/19 | Purchase | 25,000 | $3.00 |
| 12/11/19 | Purchase | 25,000 | $2.86 |
| 12/17/19 | Sale | 25,000 | $2.38 |
| 12/17/19 | Sale | 25,000 | $2.38 |
| 1/23/20 | Purchase | 25,000 | $3.03 |
| 1/29/20 | Purchase | 25,000 | $2.87 |
| 2/24/20 | Sale | 25,000 | $1.51 |
| 2/24/20 | Sale | 25,000 | $1.53 |