# EXHIBIT C

| Mr. Rahal's Summary (LIFO) in Groupon Class Period: November 4, 2019 - February 18, 2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | Class Period Purchases | Purchase Expenditures | Class Period Sales[1] | Class Period Proceeds | Class Period-Purchased Shares Sold in 90 Day | Proceeds from Sales in 90 Day[2] | Shares Retained Past 90 Day | Value of Retained Shares | Damages |
| 0 | 100,000 | $294,000.00 | 50,000 | $119,000.00 | 50,000 | $82,625.00 | 0 | $0.00 | $ (92,375.00) |

| Mr. Rahal's LIFO *Dura*[3] Damages Summary in Groupon Class Period: November 4, 2019 - February 18, 2020 | |
|---|---|
| Shares held through Drop[4] | Damages from Drop |
| 50,000 | $ (62,500.00) |

1. All shares are matched to purchases on a LIFO basis. Each sold share is matched to the most recent purchase that has not already been matched to a sale.

2. Pursuant to 15 U.S.C. § 78u-4(e), shares sold during the 90 days following the end of the Class Period are valued at the higher of the sale price or the average closing price from the end of the Class Period through the date of sale. Movant's sales during this period are valued at the post-Class Period average price, as it is higher than the actual sale prices (see Footnote 1 on next page).

3. The Dura Loss method measures losses from the alleged corrective disclosures. As such, the calculation is only applied to Class Period-purchased securities that were not sold prior to these disclosures. The damages on each share purchased during the class period and held at the time of a corrective disclosure are the difference between (i) the lesser of the purchase price and the closing price immediately prior to the corrective disclosure, and (ii) the greater of the sale price, the closing price immediately after the disclosure, and the 90 day post-disclosure average.

4. The price drop occurred on February 19, 2020 when the share price decreased from a closing price of $3.05 on February 18, 2020 to a closing price of $1.70 on February 19, 2020, a decline of $1.35. However, Movant's per-share Dura damages are less than that because the Class Period-purchased shares that Movant still held on February 19, 2020 were purchased at prices below $3.05 (see detail on next page).

| Mr. Rahal's Transactions in Groupon | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pre-Class Holdings | Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Cost | Proceeds |
| 0 | 12/6/2019 | Purchase | 25,000 | 3.0000 | 25,000 | | $ (75,000.00) | |
| | 12/11/2019 | Purchase | 25,000 | 2.8600 | 25,000 | | $ (71,500.00) | |
| | 12/17/2019 | Sale | (25,000) | 2.3800 | | (25,000) | | $ 59,500.00 |
| | 12/17/2019 | Sale | (25,000) | 2.3800 | | (25,000) | | $ 59,500.00 |
| | 1/23/2020 | Purchase | 25,000 | 3.0300 | 25,000 | | $ (75,750.00) | |
| | 1/29/2020 | Purchase | 25,000 | 2.8700 | 25,000 | | $ (71,750.00) | |
| | 2/24/2020 | Sale | (25,000) | 1.6525[1] | | (25,000) | | $ 41,312.75 |
| | 2/24/2020 | Sale | (25,000) | 1.6525[1] | | (25,000) | | $ 41,312.75 |

| Damage Summary | |
|---|---|
| Total Class Period Shares Purchased: | 100,000 |
| Total Class Period Shares Sold: | (50,000) |
| Total Class Period Shares Retained: | 50,000 |
| Class Period-Purchased Shares Sold During 90 Days: | (50,000) |
| | |
| Total Purchase Expenditures: | $ (294,000.00) |
| Total Proceeds from Class Period Sales: | $ 119,000.00 |
| Proceeds from Class Period-Purchased Shares Sold During 90 Days[2]: | $ 82,625.50 |
| | |
| Total Loss: | $ (92,374.50) |

1. Pursuant to 15 U.S.C. § 78u-4(e), shares sold during the 90 days following the end of the Class Period are valued at the higher of the sale price or the average closing price from the end of the Class Period through the date of sale. The actual sale prices for the transactions on February 24, 2020 were $1.53 and $1.51, respectively. The average closing price from the end of the Class Period through February 24, 2020 is $1.6525. Accordingly, the February 24 sales are valued at $1.6525 for the purposes of this calculation.

2. The statutory average sale price of $1.6525 is applied to these shares (see Footnote 1, above). The actual proceeds from the shares that Movant sold during the 90 days after the end of the Class Period were $76,000.00.