**Index of Exhibits**

| Exhibit | Document |
|---|---|
| A | Transcript of December 11, 2019 Barclays Conference |
| B | Excerpts from Q2 2019 10-Q, dated July 30, 2019 |
| C | Excerpts from Q3 2019 10-Q, dated Nov. 4, 2019 |