# EXHIBIT A

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

GRPN - Groupon Inc at Barclays Global Technology, Media and Telecommunications Conference

EVENT DATE/TIME: DECEMBER 11, 2019 / 10:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



DECEMBER 11, 2019 / 10:30PM, GRPN - Groupon Inc at Barclays Global Technology, Media and Telecommunications Conference

## CORPORATE PARTICIPANTS

**Rich Williams** *Groupon, Inc. - CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Deepak Mathivanan** *Barclays Bank PLC, Research Division - Research Analyst*

## PRESENTATION

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Right. Good afternoon, everyone. So my name is Deepak. I cover SMID-cap internet and online travel here. We're very excited to have Rich from Groupon. So it's 25 minutes. We'll start with a few questions and then we'll open it up for audience Q&A. Rich, thank you so much for joining us.

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Thanks. Happy to be here.

## QUESTIONS AND ANSWERS

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Yes. Great. So I'll start with a few big-picture questions, and then we go into a more detailed discussion. I mean, Groupon's product offerings have evolved meaningfully in the last few years. If you just think about the number of new things that you've launched and then also sort of like the categories where you have gone a lot more deeper into. So how do you think about the value prop of Groupon to consumers and merchants at this time? Should we think about this centered around Local or would you characterize it something much broader?

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Yes, yes. It's great -- so great question. Before I dive in, just say for those in the room, one, to refer to our commentary around forward-looking statements in our 10-K and 10-Q. Now that that's out of the way, I guess the core -- to step back from it, the core of what we do and the core of what Groupon is known for is where we're most differentiated and that's in our Local business. That's in small business, local services, health and beauty, things to do, food and drink, et cetera. That's the core of our value proposition, the core of our brand, and that's where we're investing differentially. So when you look at our investments in the product and the user experience, the vast majority of that investment, whether it's Booking, card-linked, even the things that we've done with our third-party inventory aggregation, that's been centered around that local product, that local value prop where Groupon is the leader. Like, we just have a significant head-start there. We have -- the core of our brand is built around local discovery and that's where we're looking to differentiate the most over the coming years.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Makes sense. Okay. So if you think about the business model as such, translating into a little bit more of financial terms, so you've kind of historically operated under a traditional take-rate base model, where your commissions range from 30% to 35% depending on the categories. Is that model still relevant as you kind of tap into more new product offerings? Or do you think over time, you can evolve that and maybe explore a different model either as a lead gen or as a -- under a lower-commission model that would kind of improve the [subscription] and drive faster growth?

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

DECEMBER 11, 2019 / 10:30PM, GRPN - Groupon Inc at Barclays Global Technology, Media and Telecommunications Conference

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Sure. So there's a couple of big pieces there, Deepak, that I think are really key to unpack. One is, as you mentioned, just the take-rate paradigm, right? So we've had a history of high take-rate, high commission-rate model. And we see a forward path and an opportunity to just have more pricing flexibility. We've done a lot of that work already, where you mentioned, category by category, our pricing is different and geared to the margin profile of the folks in that category. But that pricing is largely built on deep discounts as a leading premise, and that's where we lean into our distribution channels with those deep discounts. So inherently, where we're putting marketing dollars to work, impressions to work, we're generally going to require more take rate there.

What we've started to do over the years, especially the last 2 years, is we've made a strategic decision to open our platform. We've been bringing on more market-rate inventory, and that market-rate inventory is lower margin and lower discount because we're not doing as much of a differential push on that. But that inventory is there to fulfill demand. So when somebody is searching for movie tickets, we want to give them movie tickets and not just discounted ones. We want to make sure they have a great selection of movies, which is why we partnered with AMC to offer movies, and that's inherently a lower take-rate business for us.

The other part of that is just business model in construction. So example there is we have a part of our business that's just pure advertising, and that's a small part today, but it's been an interesting opportunity space for us. And as we look at that holistically, we see opportunity for more flexible pricing, both in terms of discount and margin. And we see an opportunity like more marketplaces today to just have more ways for a merchant to work with us. If they want to advertise to promote their listings, that's a modern marketplace dynamic. It hasn't been historically available on Groupon. Is it possible? Of course. Some people are just going to want CPM and reach. We have a big platform. That's an opportunity for us. But I think there -- if we apply market standards around marketplaces, you'd see more opportunity for more variability in how we monetize the traffic.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

So a couple of questions related to that. One is, I mean, I think your product initiatives are on building a deal catalog, somewhat ties into this, and you've made pretty good progress in the last few years. So what does it take, say, in the next -- for this to -- where would you -- where do you think this will get to in the next few years? And what do you have to do for this to be comprehensive? And do you feel comfortable about it?

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Sure. Yes, that's a great question, and it's a piece that we haven't discussed an awful lot, it's the size of the catalog. And I would challenge someone to find a larger transactable catalog of local services. We've been hard at work to build from a place where I think we were probably around 1,200 or 1,300 deals in 47 countries when Groupon went public. We're hundreds and hundreds and hundreds of thousands of offers and merchant locations at this point. And that's -- I think it's -- that's happened behind the scenes largely, and folks haven't necessarily recognized the sheer scale of that, and for us, the opportunity that represents. So that's a big piece of, I think, our future, is continuing to build that robustness of the catalog. Because again, when somebody comes and searches for things to do this weekend, they want amazing ideas. They just don't always want deals on a couple of ideas. They just want amazing things to consider. And so you need more comprehensiveness in that.

For us, that's a -- that means a couple of things, and it hits on a couple of points from what you're asking earlier. That means making room for full-price or low-discount, market-rate-style inventory, which -- we discussed this in 2018. The -- our marketplace inventory in Local, which is mostly the stuff that we're grabbing from third parties and aggregating, that was a business that grew really fast in 2018. It was around the 70% range. Customers have already proven, they are willing to buy from us at market rates. They just want convenience and a brand they trust to support it. So that's a piece of it, continuing to aggregate that inventory. Another piece of it is providing merchants the flexibility to sell whatever they want to sell, however they want to sell it. So if somebody wants to run a deep-discounted offer, let them. We have to be comfortable with that as a core. But if they want to sell gift cards at 5% off, why would we tell them no? I think that's a -- we've generally -- if you look at our history, we've had a lot of restrictions. We've basically said, to be on this platform, you need to be deeply, deeply discounted and provide a high take rate. I think in a go-forward basis, as we look over the next couple of years, we're going to be much more merchant-centric and much more focused on what does the merchant need to succeed on our platform and who the heck are we to tell them what they need to do all the time. We should to be there to

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

help them figure out how to get the most out of our platform, but we shouldn't dictate how they sell. We should spend much more of our time, and we are spending much more of our time, working with merchants to help them understand the need to move where customers are. Example of that is Booking. So Booking for us -- that's where the consumer wants to be able to book on their mobile device. They don't want to have to pick up the phone, they don't want all the extra noise. That's the spot where we can go to a merchant and say, you know what, to work on Groupon, you need to be bookable. But we shouldn't tell them that they have to discount 50% to be here.

So as I look to get to a comprehensive marketplace, it has to be one that's built on flexible prices and discounts, margins that work and then aggregating that long tail of really interesting inventory out there from smaller platforms that just don't have our raw demand.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

And how -- what are the operational efforts involved? Is that, like, building a more local or robust sales force? Or do you think that's partnership opportunities, maybe perhaps through kind of platform integrations? What are the different components that's involved to get this to the scale state that you're talking about?

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Yes. It's a great question. And when we think about that, there are really 2 big buckets of focus. One is just our primary sales force. We see that as a competitive advantage. We are very good at acquiring that inventory relative to our peers. And just look at the size of our catalog as a proof point to that compared to the number of folks we actually have out there sourcing it. We're much more efficient than the vast majority of our peers. So that's great. But those are folks that we view that as an area where we should be incredibly highly leveraged. Meaning, if we know that folks are looking for whatever, mani-pedis, in a specific neighborhood, that's where the highly leveraged sales force comes and says, go get that inventory where we know there's demand and we're underserving it. The other piece of that is how we apply the one-to-many force multiplier, right, where with millions and millions and millions of merchants in the U.S. alone, having 850 people isn't going to be the way you unlock that the fastest. You have to have that high leverage, targeted capacity, which is our sales force, with an ability to aggregate inventory one to many. That's where our partnerships come into play. So whether that's AMC, like I mentioned. So AMC, we're not going to replicate every theater that they have one by one. It's much easier to go to them. It's much easier to go to an example of like a MINDBODY that we've integrated with, and say, we have a marketplace, we have demand, you have supply, how do we give your merchants access to this big inventory pool and this big demand pool that they don't have access to today?

So that -- it's that combination that ultimately helps us get there, where we're aggregating more partnerships, and you're seeing that. We actually have more demand on that side than we've had capacity to integrate, and you see us being much more targeted.

On that piece of aggregating and that demand, our focus is increasingly on how do we make it dead simple to integrate with Groupon as a platform. So how do you code to us instead of us having bespoke integrations, which are fine if you're somebody like Ticketmaster, you're going to do that really heavy lift to get Ticketmaster integrated. But there's a lot of smaller sites that you just can't -- you can't justify the 6 months of integration work. So we need to make it much, much easier for folks to code to us and just onboard with us in a seamless and consistent way.

So increasingly, and we started this, this year, we said, "Hey, our focus is going to be on onboarding partnerships, getting them up and scaled so that we can learn what it takes to create the APIs that allow people to just onboard themselves."

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Okay. Switching gears a little bit to the KPIs of the business. So the gross profit per customer showed pretty good improvements for a few quarters now. And that you've kind of characterized as driven by purchase frequency improvements among your core customers. But can you talk about what categories that are driving it? And how you think about it, say, over the next 2 to 3 years, where there are still a lot more low-hanging fruit left?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Yes. Look, when I think about Groupon, probably what's most underappreciated about the brand and the product that we have is just how powerful we are in a couple of categories. And an example of that is one we've discussed broadly, is the activities or things-to-do category, which lots of companies are out there talking about as a frontier. We have north of $1 billion of business in that space just in the U.S. So that is a -- challenge someone to find a bigger version of it in the U.S. and with more inventory. So that's a piece of what we have. That's a very powerful part of our offering. It's probably arguably where we're strongest, is in activities, events and things to do. Health and beauty is hot on its heels. So those are a couple of our key focus areas. Food and drink is the other one. So when we think about that in our Local business, those 3 big categories are where our brand is best known and understood and where we have the most traction. And I'd argue, especially in things to do and health and beauty, a very big lead.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Okay. So the flip side of it is the customer base. I mean, you have seen declines over the past few quarters. Some of that is just driven by the marketing optimization efforts that you have been doing. When do you think we're going to reach a place where the marketing budgets are intact and then the customer base gets to a stable levels and then the compounding effects of purchase frequency improvement starts to really drive gross profit growth?

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Yes. It's a great question. And I guess I'll lock in on a couple of pieces of that. One is we are focused on quality of customer more than anything else. And the biggest linchpin to quality for us is frequency. When you have -- we're fortunate enough to have, even with some challenges on that active customer metric -- some of it is self-inflicted, to your point, where we're just optimizing our marketing spend, and we're not investing in unprofitable relationships. We look at that and say, with 45 million folks, what's powerful in this model is the incremental unit, because at our current unit economics your -- every incremental unit is hundreds of millions of dollars of gross profit, which, on our base, is very exciting growth, if we're able to unlock that. So everything that we're doing is geared towards unlocking that extra unit of growth and the next unit after that and the unit after that. Whether that's booking, size of the catalog, the work that we're doing with loyalty programs and repeat purchasing products that keep us in the mix over the long term between a merchant and a consumer, all of that is geared to unlocking that piece.

When you unlock that piece, you also create more opportunity in the flywheel, right? So as gross profit per customer increases, so does our ability to go acquire more members into the process and into the platform. But the core input to that, again, is customer quality, which is really about purchase frequency and gross profit per customer. So that's -- everything that we're doing is geared to unlocking that. And we're not as focused on what that optical measure really is because, again, that's a trailing 12-month measure. Not to say it doesn't matter, but it's really not how we optimize the marketplace day-to-day. We're much more thinking about what's happening at our purchase -- the purchaser level in a given period and what's the unit velocity for those purchasers in specific categories where we're really focused.

So I think stepping back from that, the one thing I'd say is, that's why we've been very vocal about, look, we get it. We hear it. We understand the challenge. We haven't made it as easy to understand this business as we think we need to and we can. So we've been taking a ton of feedback from our shareholders, a ton of feedback from the analyst community as to how can we better serve folks' ability to just understand our production, our strategy and the initiatives and our delivery against it. So we have a lot of work on that. We're going to -- it's a big focus for us as we move into our fourth quarter call coming in February is, how do we help bring people along with our strategy and initiatives in a way that just helps them understand what's under the hood a little bit better than we've done in the past.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

No, I'm sure that would be very helpful. Okay. And then along those lines, I mean, the external macro factors or external factors like Google SEO challenges have also contributed to headwinds on the customer growth. I mean, you called out like $100 million in traffic headwinds from this

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

alone. How do you think, long term, this plays out? Is there a logical plan where it mitigates? Or do you think, from a customer acquisition standpoint, you can do something better, maybe investing on brand that could help offset this?

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Yes. I mean, there's a bunch in there, but the short answer, especially to the last one, is yes. But I think, again, one of the things that's not well understood about our business is we are a majority direct-traffic business. That -- we used to be a majority and actually vast majority e-mail-driven business. We've done a lot to mitigate that over the last, really, 7 or 8 years. Even our investments in mobile in the early days were geared around how do we build direct traffic that's really healthy and not as dependent on folks like Google, because I wouldn't expect Google to stop making changes to the search. They're going to continue to do things there, whether we like them or not. So we have to basically say, what's our mitigation strategy, and a lot of that is how do we build a really robust direct mobile business that's much harder to disrupt from afar. So that's been a huge piece of what we do. And ultimately, the road to that is paved through a better product. Great direct traffic is built through great products and a great clear value prop, and it's supported by brand. And that's where, even in Q3, as you saw us pull back on some of our working spend in marketing, while the whole of marketing stayed intact, it was largely us going through -- and us in evaluation period going through a brand reset. How do we think about the brand? How do we recast Groupon in our many, many customers' minds to move from that daily deal e-mail business to what is today a really robust marketplace that fulfills needs? What are you going to do this weekend with your kids? What are you going to do this weekend with friends? Where should you try that's new and fresh and interesting?

So we have to recast a little bit of that, and then we do see an opportunity to just change that dialogue with our customer, which is both consumers and merchants. Because too many merchants still think of our brand as that one big burst of traffic instead of something they can use to grow their business, however they think they need to grow it, and to use our insight and our knowledge and data to help them do it more effectively. So we have work to do on the brand on both sides. We see that as a big opportunity, but the brand is paved through an awesome product, which as we launch things like a bookable experience, voucher-less experiences, digitally integrated ticketing, we're at that point where now the product is getting to a place where we're really excited about it. Customers who use those experiences are shopping more frequently, and that's where you start -- then you can start having fun on the brand.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Okay. No, that makes sense. A couple of questions about some of the strategic initiatives. Groupon Select is obviously an exciting product. So I mean, it's been out there for a few months now and you have seen, like, some of the performance of the earlier cohorts. So how should we think about the unit economics of this? Obviously, you've got a pretty good monthly subscription, but the velocity and the adoption also tends to line up with some of the power users of Groupon for whom you are offering discounts. So at this time, do you have enough data to feel convinced that this model could be accretive to gross profit in the long term by subsidizing some of the power users?

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Yes. So there's -- one of the things I'd say about Select. I'm sorry, 2 things. One, I'm most -- what I'm most excited about with Select is it's a demonstration that we can move purchase frequency up and to the right. And that's historically, I think, for many businesses, been one of the most difficult things, if not the most difficult thing to do, is to move buying behavior and intensify it. So we're showing with Select, with 60% improvement in purchase frequency within the first 6 months, we're showing we can move that needle. So that's the most exciting thing about that program, is it's been a test bed for us to learn across multiple versions of value prop enhancements and get that customer feedback so that we can ultimately assimilate it into the core of what we do.

Now the other piece of it, yes, adoption has actually been accelerated and probably, if anything, has exceeded our expectations. And it's also been across the spectrum. It's not just our heaviest users. We have lots of folks that are only onetime buyers who enter the program and whose purchase frequency lifts are even higher than the average by quite a bit. So that's interesting and exciting. But all of that, while we like it, we're still very pragmatic about the program. We're only now just lapping the very first cohorts in it that have been in it for about a year. We started to turn up the volume in adoption rates really in later Q1 and into Q2 of this year. So we're still a ways away from having a full year's data behind it. So we're

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



treating it very much as that. We're recognizing it's an early-stage program. We like what we see. We're learning a lot. And really, the challenge for our team internally is how do you learn even more at a faster rate? And how do we tease apart the learnings at a value prop level? So is it exclusivity is what's really powerful? Is it just the membership construct and you're committed so you're top of mind? Is it extra savings, et cetera? So we're really challenging our team to decompose the value, and not just the value in aggregate, but what's meaningful to every group. What's meaningful to the first-time buyer or the onetime buyer versus the 12-time buyer? And can we use that to extend the program in different ways, evolve it in new ways?

The one thing I would expect is that whatever version of Select or any other loyalty program that we have a year from now or 2 years from now will be different. And it -- but it will be different in a way that's informed by the things that worked, the things that didn't work, what's powerful and what's not. And I would -- like everything that we do, we're going to want to be much more disaggregated in our approach. We're going to want to have programs that speak to the needs of specific types of users wherever we possibly can because they're easier to tune, they're easier to make more profitable, et cetera. That's one big bucket.

The other piece on that program is, yes, our margins are such that we make money on the units because there's not -- we -- as a part of our normal promotional process, we're offering discounts on a regular basis, which is part of why -- and you can see that when we share order discounts data. We're one of the few retail-oriented sites who shows order discounts. And so you can kind of count what the average discount is. So when you take that into consideration plus our average margin, we're making money on the units as well as making money on the membership fees as well. So the total economics of the program are really compelling. But again, that's almost secondary at this point. It's really how do you maximize education and knowledge base so that we can extend everywhere possible.

---

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Okay. Yes. I told Jennifer, I won't ask any finance questions, but maybe I can ask you about the capital allocation. So you do generate close to $150-plus million in free cash flow. What -- I mean, from a capital allocation standpoint, repurchases, M&As, what are the things that you're thinking about? Specifically within M&A, is there any kind of category or size that you think makes the most sense?

---

**Rich Williams** - *Groupon, Inc. - CEO & Director*

So I can give the boiler plate. We think about it in 3 ways. Everybody thinks about it that way. So as we generally have approached it, we've looked -- especially on an M&A side, we said we are willing to be more acquisitive. But as we're more -- willing to be more acquisitive, it's going to be for strategic acceleration. It's going to say, can we acquire a company like we did with Presence AI recently, a couple of quarters ago, that accelerates our booking strategy. And that, as an example, was a product acquisition that really helps us serve the pen-and-paper merchant in a way that they've been historically underserved. So that was a great way to accelerate the platform. We're open and completely open-minded to that.

If you look at our trailing 12 months, we basically returned about half of our free cash flow to shareholders in the form of repurchases. Over my tenure, we bought back almost -- over $400 million of stock. So we're constantly balancing those pieces of returning value to shareholders, investing organically, which we've done quite a bit of, as you know, which is investing in things like Select, roll out to Booking, R&D around all of those platform tools with, "hey, is there an inorganic way to accelerate that work?" So we're always balancing those couple of things. And where we are willing to acquire, as an example, is where it's going to be core to our central business, where we're differentiated and where we see an opportunity just to go fast.

---

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Okay. We have a couple of minutes left, if there's any audience questions. All right. One final question for me. So I wanted to ask about international. Obviously, I mean, Asia, you called out as one of the faster-growing markets for you guys. Are all the markets now at a place where you want to be? Or is there any strategic initiatives that you can do in certain markets either to kind of export some of the successful products from U.S. into those markets or maybe rightsize the cost structure involved in those?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**DECEMBER 11, 2019 / 10:30PM, GRPN - Groupon Inc at Barclays Global Technology, Media and Telecommunications Conference**

**Rich Williams** - *Groupon, Inc. - CEO & Director*

Sure. So we're -- when I took over -- when I took this role, we went through a really large restructuring. And we went from 47 countries down to 15. So in that process, we analyzed our footprint and said, where do we think it makes sense for us to operate, where do we see the consumer trends, the merchant trends, density, city characteristics, et cetera, that make sense for us? We locked in on those markets, and then we ultimately said, now how do we run that in an efficient way, because we weren't built to be what I think of as just a great global organization with centers of excellence that can run hub and spoke. We did the work to establish that. And now we're at a place where it's actually not just what happens in the U.S. and we extend it. I think we're finally at a place where we're operating as a true global organization, where our international footprint is an advantage, not one that's challenging us all the time. So as an example, our Booking product was built in France, and it was launched in Europe, and we've learned from Europe's rollout how to do it in the U.S. And the same thing in Asia. I'd say a lot of our success in Asia is the things that we've done to be truly hyperlocal there and understand supply and demand matching in a different way. So it's a lot of -- it's the fundamentals of the work that we've done in cities like Tokyo, where we're bringing that actually to the U.S. and modifying a lot of our work in Europe and the U.S. based on what we're learning there. So I think we look at it more that way: how do you use the portfolio as an advantage? How do you learn really quickly? Because, again, I can test really aggressive things in a place like Japan that would be very hard to experiment with in the U.S., just given the scope and scale of this business. So we're doing much more of that, where we're using our footprint to do different things and more exciting things as trials.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Great. I think with that, we're out of time. Thank you so much.

**Rich Williams** - *Groupon, Inc. - CEO & Director*

No worries. Happy to do it.

**Deepak Mathivanan** - *Barclays Bank PLC, Research Division - Research Analyst*

Yes, absolutely.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2020, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

 THOMSON REUTERS