# EXHIBIT B

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 10-Q**

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934
For the quarterly period ended June 30, 2019

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934
For the transition period from _____ to _____
Commission File Number: **1-35335**

# Groupon, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **27-0903295** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **600 W Chicago Avenue** | **60654** |
| **Suite 400** | (Zip Code) |
| **Chicago** | |
| **Illinois** | **(312) 334-1579** |
| (Address of principal executive offices) | (Registrant's telephone number, including area code) |

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common stock, par value $0.0001 per share** | **GRPN** | **NASDAQ Global Select Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒     No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒     No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒     Accelerated filer ☐
Non-accelerated filer ☐     Smaller reporting company ☐
                               Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐     No ☒

As of July 26, 2019, there were 567,619,924 shares of the registrant's common stock outstanding.

## PART I. FINANCIAL INFORMATION

## FORWARD-LOOKING STATEMENTS

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements regarding our future results of operations and financial position, business strategy and plans and our objectives for future operations. The words "may," "will," "should," "could," "expect," "anticipate," "believe," "estimate," "intend," "continue" and other similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on current expectations and projections about future events and financial trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives, and financial needs. These forward-looking statements involve risks and uncertainties that could cause our actual results to differ materially from those expressed or implied in our forward-looking statements. Such risks and uncertainties include, but are not limited to, risks related to volatility in our operating results; execution of our business and marketing strategies; retaining existing customers and adding new customers; challenges arising from our international operations, including fluctuations in currency exchange rates, legal and regulatory developments and any potential adverse impact from the United Kingdom's likely exit from the European Union; retaining and adding high quality merchants; our voucherless offerings; cybersecurity breaches; reliance on cloud-based computing platforms; competing successfully in our industry; changes to merchant payment terms; providing a strong mobile experience for our customers; maintaining and improving our information technology infrastructure; delivery and routing of our emails; claims related to product and service offerings; managing inventory and order fulfillment risks; litigation; managing refund risks; retaining and attracting members of our executive team; completing and realizing the anticipated benefits from acquisitions, dispositions, joint ventures and strategic investments; lack of control over minority investments; compliance with domestic and foreign laws and regulations, including the CARD Act, GDPR and regulation of the Internet and e-commerce; classification of our independent contractors or employees; tax liabilities; tax legislation; protecting our intellectual property; maintaining a strong brand; customer and merchant fraud; payment-related risks; our ability to raise capital if necessary and our outstanding indebtedness; global economic uncertainty; our common stock, including volatility in our stock price; our convertible senior notes; our ability to realize the anticipated benefits from the hedge and warrant transactions; and those risks and other factors discussed in Part I, Item 1A, Risk Factors of our Annual Report on Form 10-K for the year ended December 31, 2018, and Part II, Item 1A , Risk Factors of our Quarterly report on Form 10-Q for the quarter ended March 31, 2019, as well as in our condensed consolidated financial statements, related notes, and the other financial information appearing elsewhere in this report and our other filings with the Securities and Exchange Commission ("SEC"). Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. We do not intend, and undertake no obligation, to update any of our forward-looking statements after the date of this report to reflect actual results or future events or circumstances. Given these risks and uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements.

As used herein, "Groupon," the "Company," "we," "our," "us" and similar terms include Groupon, Inc. and its subsidiaries, unless the context indicates otherwise.

## Results of Operations

### *Gross Billings*

### *Three Months Ended June 30, 2019 and 2018:*

Gross billings by category and segment for the three months ended June 30, 2019 and 2018 were as follows (dollars in thousands):

| | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | $ Change | % Change |
| **North America** | | | | |
| Service gross billings: | | | | |
| Local | $ 503,830 | $ 548,056 | $ (44,226) | (8.1)% |
| Goods | 19,615 | 25,791 | (6,176) | (23.9) |
| Travel | 84,029 | 93,809 | (9,780) | (10.4) |
| Total service gross billings | 607,474 | 667,656 | (60,182) | (9.0) |
| Product gross billings - Goods | 127,739 | 170,710 | (42,971) | (25.2) |
| Total North America gross billings | 735,213 | 838,366 | (103,153) | (12.3) |
| | | | | |
| **International** | | | | |
| Service gross billings: | | | | |
| Local | 203,450 | 203,248 | 202 | 0.1 |
| Goods | 11,699 | 22,849 | (11,150) | (48.8) |
| Travel | 43,348 | 48,766 | (5,418) | (11.1) |
| Total service gross billings | 258,497 | 274,863 | (16,366) | (6.0) |
| Product gross billings - Goods | 127,235 | 151,034 | (23,799) | (15.8) |
| Total International gross billings | 385,732 | 425,897 | (40,165) | (9.4) |
| Total gross billings | $ 1,120,945 | $ 1,264,263 | $ (143,318) | (11.3) |

The effect on our gross billings for the three months ended June 30, 2019 from changes in exchange rates versus the U.S. dollar was as follows (in thousands):

| | Three Months Ended June 30, 2019 | | |
| --- | --- | --- | --- |
| | At Avg. Q2 2018 Rates (1) | Exchange Rate Effect (2) | As Reported |
| Gross billings | $ 1,144,245 | $ (23,300) | $ 1,120,945 |

(1) Represents the financial statement balances that would have resulted had exchange rates in the reporting period been the same as those in effect in the prior year period.

(2) Represents the increase or decrease in the reported amount resulting from changes in exchange rates from those in effect in the prior year period.

### *North America*

North America gross billings were 65.6% and 66.3% of total gross billings for the three months ended June 30, 2019 and 2018. North America gross billings decreased for the three months ended June 30, 2019 compared with the prior year period due to fewer customers, lower customer traffic, including traffic from email and SEO, and shifting impressions to support our strategic initiatives. Those decreases were partially offset by higher gross billings per unit due to a shift in mix of offerings sold.

The above factors also resulted in lower gross billings per active customer, which was $113.02 for the TTM ended June 30, 2019, as compared with $114.52 in the corresponding prior year period and total units sold, which decreased to 21.9 million units for the three months ended June 30, 2019, as compared with 26.6 million units in the prior year period.

31

*International*

International gross billings were 34.4% and 33.7% of total gross billings for the three months ended June 30, 2019 and 2018. International gross billings decreased $40.2 million for the three months ended June 30, 2019 compared with the prior year period, primarily due to a $23.2 million unfavorable impact from year-over-year changes in foreign currency rates, weak consumer sentiment in Europe, particularly in the United Kingdom, and intensifying competition in home and garden offerings.

**Six Months Ended June 30, 2019 and 2018:**

Gross billings by category and segment for the six months ended June 30, 2019 and 2018 were as follows (dollars in thousands):

| | | Six Months Ended June 30, | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2019 | | 2018 | | $ Change | | % Change |
| **North America** | | | | | | | | |
| Service gross billings: | | | | | | | | |
| Local | $ | 1,006,139 | $ | 1,091,077 | $ | (84,938) | | (7.8)% |
| Goods | | 39,533 | | 54,380 | | (14,847) | | (27.3) |
| Travel | | 176,112 | | 196,308 | | (20,196) | | (10.3) |
| Total service gross billings | | 1,221,784 | | 1,341,765 | | (119,981) | | (8.9) |
| Product gross billings - Goods | | 282,459 | | 351,597 | | (69,138) | | (19.7) |
| Total North America gross billings | | 1,504,243 | | 1,693,362 | | (189,119) | | (11.2) |
| **International** | | | | | | | | |
| Service gross billings: | | | | | | | | |
| Local | | 410,846 | | 420,555 | | (9,709) | | (2.3) |
| Goods | | 21,479 | | 42,432 | | (20,953) | | (49.4) |
| Travel | | 95,287 | | 106,288 | | (11,001) | | (10.4) |
| Total service gross billings | | 527,612 | | 569,275 | | (41,663) | | (7.3) |
| Product gross billings - Goods | | 265,098 | | 294,890 | | (29,792) | | (10.1) |
| Total International gross billings | | 792,710 | | 864,165 | | (71,455) | | (8.3) |
| Total gross billings | $ | 2,296,953 | $ | 2,557,527 | $ | (260,574) | | (10.2) |

The effect on our gross billings for the six months ended June 30, 2019 from changes in exchange rates versus the U.S. dollar was as follows (in thousands):

| | | Six Months Ended June 30, 2019 | | | |
| --- | --- | --- | --- | --- | --- |
| | | At Avg. Q2 2018 YTD Rates [1] | Exchange Rate Effect [2] | | As Reported |
| Gross billings | $ | 2,352,521 | $ (55,568) | $ | 2,296,953 |

(1)    Represents the financial statement balances that would have resulted had exchange rates in the reporting period been the same as those in effect in the prior year period.

(2)    Represents the increase or decrease in the reported amount resulting from changes in exchange rates from those in effect in the prior year period.

*North America*

North America gross billings were 65.5% and 66.2% of total gross billings for the six months ended June 30, 2019 and 2018. North America gross billings decreased for the six months ended June 30, 2019 compared with the prior year period due to fewer customers, lower customer traffic, including traffic from email and SEO, and shifting impressions to support our strategic initiatives. Those decreases were partially offset by higher gross billings per unit due to a shift in mix of offerings sold.

Case: 1:20-cv-02581 Document #: 49-3 Filed: 11/23/20 Page 7 of 10 PageID #:531

The above factors also resulted in lower gross billings per active customer, which was $113.02 for the TTM ended June 30, 2019, as compared with $114.52 in the corresponding prior year period and total units sold, which

32

decreased to 45.0 million units for the six months ended June 30, 2019, as compared with 54.7 million units in the prior year period.

*International*

International gross billings were 34.5% and 33.8% of total gross billings for the six months ended June 30, 2019 and 2018. International gross billings decreased $71.5 million for the six months ended June 30, 2019 compared with the prior year period, primarily due to a $55.3 million unfavorable impact from year-over-year changes in foreign currency rates, weak consumer sentiment in Europe, particularly in the United Kingdom, and intensifying competition in home and garden offerings.

**Revenue**

**Three Months Ended June 30, 2019 and 2018:**

Revenue by category and segment for the three months ended June 30, 2019 and 2018 was as follows (dollars in thousands):

|  | Three Months Ended June 30, | | | |
|  | 2019 | 2018 | $ Change | % Change |
| --- | --- | --- | --- | --- |
| North America | | | | |
| Service revenue: | | | | |
| Local | $ 177,082 | $ 185,870 | $ (8,788) | (4.7)% |
| Goods | 3,714 | 3,796 | (82) | (2.2) |
| Travel | 16,125 | 19,888 | (3,763) | (18.9) |
| Total service revenue | 196,921 | 209,554 | (12,633) | (6.0) |
| Product revenue - Goods | 127,739 | 170,710 | (42,971) | (25.2) |
| Total North America revenue | 324,660 | 380,264 | (55,604) | (14.6) |
|  | | | | |
| International | | | | |
| Service revenue: | | | | |
| Local | 69,995 | 71,425 | (1,430) | (2.0) |
| Goods | 2,610 | 4,967 | (2,357) | (47.5) |
| Travel | 8,077 | 9,706 | (1,629) | (16.8) |
| Total service revenue | 80,682 | 86,098 | (5,416) | (6.3) |
| Product revenue - Goods | 127,235 | 151,034 | (23,799) | (15.8) |
| Total International revenue | 207,917 | 237,132 | (29,215) | (12.3) |
| Total revenue | $ 532,577 | $ 617,396 | $ (84,819) | (13.7) |

The effect on revenue for the three months ended June 30, 2019 from changes in exchange rates versus the U.S. dollar was as follows (in thousands):

|  | Three Months Ended June 30, 2019 | | |
|  | At Avg. Q2 2018 Rates (1) | Exchange Rate Effect (2) | As Reported |
| --- | --- | --- | --- |
| Revenue | $ 545,329 | $ (12,752) | $ 532,577 |

(1)    Represents the financial statement balances that would have resulted had exchange rates in the reporting period been the same as those in effect in the prior year period.

(2)    Represents the increase or decrease in the reported amount resulting from changes in exchange rates from those in effect in the prior year period.

33

## PART II. OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

For a description of our material pending legal proceedings, please see Item 1, Note 7, *Commitments and Contingencies*, to our condensed consolidated financial statements included in Part I, Item 1 of this Quarterly Report on Form 10-Q.

### ITEM 1A. RISK FACTORS

There have been no material changes from the risk factors previously disclosed in Part I, Item 1A, *Risk Factors* of our Annual Report on Form 10-K for the year ended December 31, 2018, and Quarterly Report on Form 10-Q for the quarter ended March 31, 2019.

### ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

#### Recent Sales of Unregistered Securities

During the three months ended June 30, 2019, we did not issue any unregistered equity securities.

#### Issuer Purchases of Equity Securities

On May 7, 2018, the Board authorized us to repurchase up to $300.0 million of our common stock under our share repurchase program. During the three and six months ended June 30, 2019, we repurchased 4,228,148 and 8,636,143 shares for an aggregate purchase price of $15.1 million and $30.1 million (including fees and commissions) under our repurchase program. As of June 30, 2019, up to $260.0 million of common stock remained available for purchase under our program. The timing and amount of share repurchases, if any, will be determined based on market conditions, limitations under the 2019 Credit Agreement, share price and other factors, and the share purchase program may be terminated at any time. We will fund the repurchases, if any, through cash on hand, future cash flows and borrowings under our credit facility. Repurchases will be made in compliance with SEC rules and other legal requirements and may be made in part under a Rule 10b5-1 plan, which permits stock repurchases when we might otherwise be precluded from doing so.

A summary of our common stock repurchases during the three months ended June 30, 2019 under our share repurchase program is set forth in the following table:

| Date | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Program | Maximum Number (or Approximate Dollar Value) of Shares that May Yet Be Purchased Under Program |
|---|---|---|---|---|
| April 1-30, 2019 | — | $ — | — | $ 275,000,002 |
| May 1-31, 2019 | 1,221,792 | 3.54 | 1,221,792 | 270,685,687 |
| June 1-30, 2019 | 3,006,356 | 3.57 | 3,006,356 | 260,000,005 |
| Total | 4,228,148 | $ 3.56 | 4,228,148 | $ 260,000,005 |

The following table provides information about purchases of shares of our common stock during the three months ended June 30, 2019 related to shares withheld upon vesting of restricted stock units for minimum tax withholding obligations:

| Date | Total Number of Shares Purchased (1) | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Program | Maximum Number (or Approximate Dollar Value) of Shares that May Yet Be Purchased Under Program |
|---|---|---|---|---|
| April 1-30, 2019 | 271,025 | $ 3.51 | — | — |
| May 1-31, 2019 | 208,786 | 3.52 | — | — |
| June 1-30, 2019 | 1,044,591 | 3.54 | — | — |
| Total | 1,524,402 | $ 3.53 | — | — |

(1) Total number of shares delivered to us by employees to satisfy the mandatory tax withholding requirement upon vesting of stock-based compensation awards.

53