**Exhibit Index**

| Exhibit | Document |
|---------|----------|
| 1 | Excerpts from Groupon's Form 10-K for the fiscal year ended December 31, 2018, filed with the Securities and Exchange Commission ("SEC") on February 12, 2019, and publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/1490281/000149028119000014/a201810-k.htm |