**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LAZAR MACOVSKI, Individually and On
Behalf of All Others Similarly Situated,

               Plaintiff,

               v.

GROUPON, INC., RICH WILLIAMS, and
MELISSA THOMAS,

               Defendants.

No. 1:20-cv-02581

Hon. Matthew F. Kennelly

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN
SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S
<u>AMENDED CLASS ACTION COMPLAINT</u>**

       Defendants, Groupon, Inc., Rich Williams, and Melissa Thomas (collectively, the

"Defendants"), respectfully move the Court for leave to file supplemental authority in support of

their Motion to Dismiss Plaintiff's Amended Class Action Complaint For Violations Of The

Federal Securities Laws (the "Motion to Dismiss"). (Dkt. 48.)

       After briefing on the Motion to Dismiss was completed on January 13, 2021 (Dkt.

56), the United States District Court for the Southern District of New York entered an opinion and

order in *Born v. Quad/Graphics, Inc.*, 19-CV-10376 (VEC), 2021 WL 736839 (S.D.N.Y. Feb. 25,

2021), dismissing with prejudice an amended federal securities class action complaint on the same

grounds set forth in the Motion to Dismiss: (i) improper puzzle pleading; (ii) failure to allege a

false or misleading statement; (iii) failure to plead scienter; and (iv) failure to allege loss causation.

Defendants respectfully request that the Court grant leave to submit the decision in

*Born*, attached hereto, as supplemental authority in further support of the Motion to Dismiss.

Dated: March 19, 2021

Respectfully submitted,

*/s/ Matthew R. Kipp*
Matthew R. Kipp
William E. Ridgway
Andrew J. Fuchs
Jennifer H. Berman
Laura Bernescu
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois  60606
(312) 407-0700
matthew.kipp@skadden.com

*Counsel for Defendants*

2