**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | No. 1:20-cv-02581 |
| v. | Hon. Matthew F. Kennelly |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S**
**AMENDED CLASS ACTION COMPLAINT**

Pursuant to the Court's March 20, 2021, Minute Entry (Dkt. 60), Defendants, Groupon, Inc., Rich Williams, and Melissa Thomas, respectfully submit this notice of the following supplemental authority in support of their Motion to Dismiss Plaintiff's Amended Class Action Complaint For Violations Of The Federal Securities Laws (Dkt. 48): *Born v. Quad/Graphics, Inc.*, 19-CV-10376 (VEC), 2021 WL 736839 (S.D.N.Y. Feb. 25, 2021) (attached as Exhibit A).

Dated: March 22, 2021        Respectfully submitted,


             */s/ Matthew R. Kipp*
             Matthew R. Kipp
             William E. Ridgway
             Andrew J. Fuchs
             Jennifer H. Berman
             Laura Bernescu
             SKADDEN, ARPS, SLATE,
              MEAGHER & FLOM LLP
             155 North Wacker Drive
             Chicago, Illinois  60606
             (312) 407-0700
             matthew.kipp@skadden.com

             *Counsel for Defendants*