**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02581 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Lead Plaintiff in the above-captioned action, Fadi E. Rahal, respectfully submits this motion for leave to file supplemental authority in support of his opposition to Defendants' motion to dismiss the amended class action complaint (the "Motion to Dismiss"). *See* ECF No. 55.

After the parties had completed briefing on the Motion to Dismiss (ECF No. 56), the Hon. Jorge L. Alonso of the United States District Court for the Northern District of Illinois entered an opinion and order in, *Pierrelouis v. Gogo Inc.*, 18-cv-04473, 2021 WL 1608342 (N.D. Ill. Apr. 26, 2021), which: (i) denied the *Gogo Inc.* defendants' motion to dismiss federal securities claims; and (ii) rejected arguments similar to those Defendants raise here. In so ruling, the district court determined that the plaintiffs adequately alleged, *inter alia*: (i) falsity (*id.* at \*5-6); (ii) scienter (*id.* at \*6-11); and (iii) control person liability (*id.* at \*12).

Lead Plaintiff respectfully requests that the Court grant leave to submit the decision in *GoGo*, attached hereto, as supplemental authority in further support of the Motion to Dismiss.

Dated: April 27, 2021

Respectfully submitted,

**POMERANTZ LLP**

By: _s/ Louis C. Ludwig_
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Email: pdahlstrom@pomlaw.com
      lcludwig@pomlaw.com

*Liaison Counsel for Lead Plaintiff and the
Proposed Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
Christopher Fallon (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
      kwolke@glancylaw.com
      cfallon@glancylaw.com

**KIRBY MCINERNEY LLP**
Ira M. Press (admitted *pro hac vice*)
Andrew M. McNeela (admitted *pro hac vice*)
Thomas W. Elrod (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com
      amcneela@kmllp.com
      telrod@kmllp.com

*Counsel for Lead Plaintiff and Lead Counsel for the
Proposed Class*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On April 27, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 27, 2021, at Chicago, Illinois.

*s/ Louis C. Ludwig*
Louis C. Ludwig