# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02581 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

## LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Rule15(a)(2) of the Federal Rules of Civil Procedure and this Court's April 28, 2021 Order, ECF No. 64, Lead Plaintiff in the above-captioned action, Fadi E. Rahal ("Lead Plaintiff"), respectfully moves for leave to file a proposed second amended complaint ("PSAC"). Lead Plaintiff's motion is supported by the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Leave to Amend and the Declaration of Kara M. Wolke and accompanying exhibits, which are incorporated by reference herein.

WHEREFORE, Lead Plaintiff respectfully requests that the Court grant the motion in its entirety.

Dated: May 19, 2021

GLANCY PRONGAY & MURRAY LLP

*/s/ Kara M. Wolke*
Robert V. Prongay (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
Christopher Fallon (*pro hac vice* pending)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
kwolke@glancylaw.com
cfallon@glancylaw.com

KIRBY MCINERNEY LLP
Ira M. Press (admitted *pro hac vice*)
Andrew M. McNeela (admitted *pro hac vice*)
Thomas W. Elrod (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com
amcneela@kmllp.com
telrod@kmllp.com

*Counsel for Lead Plaintiff and Lead Counsel*
*for the Proposed Class*

1

POMERANTZ LLP
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Email: pdahlstrom@pomlaw.com
        lcludwig@pomlaw.com

*Liaison Counsel for Lead Plaintiff and the
Proposed Class*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 19, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2021.

*s/ Kara M. Wolke*
Kara M. Wolke