**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02581 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

I, Kara M. Wolke, hereby declare:

1.      I am an attorney admitted to practice before this Court in this matter *pro hac vice*. I am a partner of Glancy Prongay & Murray LLP ("GPM"), Court-appointed Co-Lead Counsel for Lead Plaintiff Fadi E. Rahal ("Lead Plaintiff").  I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.  I make this declaration, together with the attached exhibits, in support of Lead Plaintiff's Motion For Leave To Amend.

2.      Attached hereto as Exhibit A is a true and correct copy of Lead Plaintiff's proposed second amended complaint ("PSAC").

3.      Attached hereto as Exhibit B is a true and correct copy of a redline comparison of the PSAC to Lead Plaintiff's Amended Class Action Complaint For Violations Of The Federal Securities Laws (ECF No. 43).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 19, 2021, in Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 19, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2021.

*s/ Kara M. Wolke*
Kara M. Wolke