# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02581 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE
A REPLY BRIEF IN SUPPORT OF HIS MOTION TO AMEND**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and the Court's instruction at the May 26, 2021 status conference in the above-captioned action, Lead Plaintiff, Fadi E. Rahal ("Plaintiff"), respectfully moves for leave to file a 15-page reply brief by July 9, 2021 in support of his motion to file a second amended complaint. *See* ECF Nos. 65-68. Plaintiff's motion is supported by the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to File Reply Brief in Support of His Motion to Amend, which are incorporated by reference herein.

WHEREFORE, Plaintiff respectfully requests that the Court grant the motion in its entirety.

Dated: June 28, 2021 GLANCY PRONGAY & MURRAY LLP

*/s/ Kara M. Wolke*
Robert V. Prongay (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
Christopher Fallon (*pro hac vice* pending)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
        kwolke@glancylaw.com
        cfallon@glancylaw.com

KIRBY MCINERNEY LLP
Ira M. Press (admitted *pro hac vice*)
Andrew M. McNeela (admitted *pro hac vice*)
Thomas W. Elrod (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com
        amcneela@kmllp.com
        telrod@kmllp.com

*Counsel for Lead Plaintiff and Lead Counsel*
*for the Proposed Class*

1

POMERANTZ LLP
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Email: pdahlstrom@pomlaw.com
        lcludwig@pomlaw.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 28, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2021.


*s/ Kara M. Wolke*
Kara M. Wolke