# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02581 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE A REPLY BRIEF

**WHEREAS**, pursuant to the Court's April 28, 2021 Order in the above captioned-action (ECF No. 64), Lead Plaintiff ("Plaintiff") moved to for leave to file a second amended complaint on May 19, 2021 (the "motion to amend") (ECF No. 66);

**WHEREAS**, at a status conference held on May 26, 2021, the Court ordered that: (i) Defendants' brief in opposition to Plaintiff's motion to amend be filed by June 23, 2021; (ii) Plaintiff should file a motion for leave to file a reply brief in the event Defendants raised new arguments or there were other reasons meriting a response; and (iii) the Court and the parties would reconvene on July 14, 2021, at which time the Court stated that it intended to rule on Plaintiff's motion to amend (ECF No. 69);

**WHEREAS**, Defendants filed their brief in opposition to Plaintiff's motion to amend on June 23, 2021 (the "opposition brief") (ECF No. 70); and

**WHEREAS**, Plaintiffs have moved for leave to file a reply brief in support of their motion to amend on the grounds that Defendants' opposition brief raises, *inter alia*, new arguments that they did not raise in support of their motion to dismiss, and to which Plaintiff has not yet had the opportunity to respond.

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to file a reply brief in support of his motion to amend is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs reply brief shall be: (i) filed by July 9, 2021; and (ii) no longer than 15 pages in length.

Dated: June _____, 2021

_____
Hon. Matthew F. Kennelly
United States District Judge

1