**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LAZAR MACOVSKI, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

                v.

GROUPON, INC., RICH WILLIAMS, and
MELISSA THOMAS,

                Defendants.

No. 1:20-cv-02581

Hon. Matthew F. Kennelly

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S <u>MOTION FOR LEAVE TO AMEND</u>

Defendants, Groupon, Inc., Rich Williams, and Melissa Thomas (collectively, the "Defendants"), respectfully move the Court for leave to file supplemental authority in support of their Memorandum in Opposition to Plaintiff's Motion for Leave to Amend (the "Opposition"). (Dkt. 70.)

On August 10, 2021, after briefing on Plaintiff's Motion for Leave to Amend was completed, the United States Court of Appeals for the Seventh Circuit issued an opinion in *City of Taylor Police & Fire Retirement System v. Zebra Technologies Corp.*, --- F.4th ---, 2021 WL 3503430, affirming the dismissal with prejudice of a federal securities class action complaint on two of the same grounds Defendants set forth in their Opposition and in their Motion to Dismiss: (i) failure to allege a false or misleading statement; and (ii) failure to plead scienter.

Defendants respectfully request that the Court grant leave to submit the decision in *City of Taylor*, attached hereto, as supplemental authority in further support of their Opposition.

Dated: August 11, 2021                                          Respectfully submitted,


                                                               */s/ Matthew R. Kipp*
                                                               Matthew R. Kipp
                                                               William E. Ridgway
                                                               Andrew J. Fuchs
                                                               Jennifer H. Berman
                                                               Laura Bernescu
                                                               SKADDEN, ARPS, SLATE,
                                                                MEAGHER & FLOM LLP
                                                               155 North Wacker Drive
                                                               Chicago, Illinois  60606
                                                               (312) 407-0700
                                                               matthew.kipp@skadden.com

                                                               *Counsel for Defendants*

2