**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Lazar Macovski, et al.
                            Plaintiff,

v.                                                      Case No.: 1:20−cv−02581
                                                         Honorable Matthew F. Kennelly

Groupon, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 9, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on counsels' report to chambers that they have reached a tentative settlement, the case is set for a telephonic status hearing on 5/10/2022 at 9:20 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.