**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02581 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS, | |
| Defendants. | |

**DECLARATION OF LEANNE H. SOLISH, ESQ. IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF SETTLEMENT**

I, Leanne H. Solish, hereby declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before this Court and am a partner at Glancy Prongay & Murray LLP, one of the lead counsel for Court-appointed Lead Plaintiff Fadi E. Rahal ("Lead Plaintiff") in the above-captioned action.[1] I have personal knowledge of the facts stated herein and, if called upon, could and would testify thereto.

2.      I submit this declaration, together with the attached exhibits, in support of Lead Plaintiff's unopposed motion, pursuant to Federal Rule of Civil Procedure 23(e), for: (a) preliminary approval of the proposed Settlement as set forth in the Stipulation; (b) certification of the Settlement Class for settlement purposes only; (c) approval of the proposed form and manner of giving notice of the Settlement to the Settlement Class; (d) appointment of Epiq Class Action & Claims Solutions, Inc. to serve as the Claims Administrator; and (e) setting a hearing date and time for the Court to consider: (i) final approval of the proposed Settlement, (ii) final approval of the proposed Plan of Allocation; and (iii) Lead Counsel's application for an award of attorneys' fees and Litigation Expenses.

3.      Attached as Exhibit 1 is a true and correct copy of the Stipulation.

4.      Attached as Exhibit 2 is a true and correct copy of excerpts from Stefan Boettrich and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review* (NERA Jan. 25, 2022).

5.      Attached as Exhibit 3 is a true and correct copy of a list of securities cases administered by Epiq Class Action & Claims Solutions, Inc. since 2011.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated June 24, 2022 ("Stipulation"), which is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 27th day of June, 2022 at Los Angeles, California.

/s/ *Leanne H. Solish*
Leanne H. Solish

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 27, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2022.


*s/ Leanne H. Solish*
Leanne H. Solish