# EXHIBIT 3

| SECURITIES ADMINISTRATIONS (2011 - Current) | | |
|---|---|---|
| **Case Name** | **Settlement Amount** | **Class Counsel** |
| *In re Petrobras Securities Litigation* | $3,000,000,000 | *Pomerantz LLP* |
| *In re Bank of America Corp. Securities Derivative & ERISA Litigation* | $2,425,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Kaplan Fox & Kilsheimer LLP Kessler Topaz Melzer & Check LLP* |
| *Tremont Fund Distribution Account* | $834,000,000 | *Entwistle & Cappucci, LLP* |
| *In re Merck & Co., Inc Securities, Derivative & "ERISA" Litigation* | $830,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP; Brower Piven; Milberg LLP; Stull, Stull & Brody* |
| *In Re Citigroup Inc. Bond Litigation* | $730,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *In re Wachovia Preferred Securities and Bond/Notes Litigation* | $627,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Robbins Geller Rudman & Dowd LLP* |
| *SEC v. CR Intrinsic Investors, LLC* | $601,832,697 | *U.S Securities & Exchange Commission* |
| *In re Citigroup Inc. Securities* | $590,000,000 | *Kirby McInerny LLP* |
| *In re Lehman Brothers Equity/Debt Securities Litigation* | $516,218,000 | *Bernstein Litowitz Berger & Grossmann LLP Kessler Topaz Melzer & Check LLP* |
| *In re Bear Stearns Mortgage Pass-Through Certificates Litigation* | $505,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *Countrywide MBS Settlement* | $500,000,000 | *Cohen Milstein Sellers & Toll PLLC* |
| *In re Bank of New York Mellon Corp. Forex Transactions Litigation* | $490,000,000 | *Kessler Topaz Melzer & Check LLP Lieff Cabraser Heimann & Bernstein, LLP* |
| *In re Pfizer Inc. Securities Litigation* | $486,000,000 | *Kessler Topaz Melzer & Check LLP Grant & Eisenhofer P.A.* |
| *Hefler et al. v. Wells Fargo & Company et al., Case No. 16-cv-05479-JST* | $480,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP* |
| *In re TEVA Securities Litigation* | $420,000,000 | *Bleichmar Fonti & Auld LLP* |
| *RALI MBS Litigation* | $335,000,000 | *Cohen Milstein Sellers & Toll PLLC* |
| *New York State Teachers' Retirement System v. General Motors Company* | $300,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *JP Morgan RMBS Settlement* | $280,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Wolf Popper LLP* |
| *Morgan Stanley Fair Fund* | $275,000,000 | *U.S Securities & Exchange Commission* |
| *In re Allergan, Inc. Proxy Violation Securities Litigation* | $250,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Kessler Topaz Melzer & Check LLP* |
| *In re Genworth Financial, Inc. Securities Litigation* | $219,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP; Bleichmar Fonti & Auld LLP* |
| *Wilmington Trust Securities Litigation* | $210,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP; Saxena White* |
| *In re Salix Pharmaceuticals, Ltd. Securities Litigation* | $210,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP* |
| *In re MF Global Holdings Limited Securities Litigation* | $204,400,000 | *Bernstein Litowitz Berger & Grossmann LLP Bleichmar Fonti Tountas & Auld LLP* |
| *Computer Sciences Fair Fund* | $190,948,984 | *U.S Securities & Exchange Commission* |

| | | |
|---|---|---|
| *In re: Bank of New York Mellon Corp. Forex Transactions Litigation* | $180,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP* |
| *Luckin Coffee Inc. Securities Litigation* | $175,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Kessler Topaz Melzer & Check LLP* |
| *New Jersey Carpenters Health Fund v NovaStar Mortgage, Inc., et al* | $165,000,000 | *Cohen Milstein Sellers & Toll, PLLC* |
| *RBS Fair Fund* | $153,754,774 | *U.S Securities & Exchange Commission* |
| *In re Cobalt International Energy, Inc.* | $146,850,000 | *Bernstein Litowitz Berger & Grossmann LLP; Entwistle & Cappucci LLP* |
| *Clovis Securities Litigation* | $142,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP* |
| *In re Barrick Gold Securities Litigation* | $140,000,000 | *Motley Rice LLC Labaton Sucharow LLP;* |
| *Peace Officers' Annuity and Benefit Fund of Georgia, et al. v. DaVita Inc., et al* | $135,000,000 | *Saxena White  P.A.* |
| *Bennett v Sprint Nextel* | $131,000,000 | *Robbins Geller Rudman & Dowd LLP Motley Rice LLC* |
| *The Police Retirement System of St. Louis v. Granite Construction,,Inc., et al* | $129,000,000 | *Bleichmar Fonti & Auld LLP* |
| *In re Regions Morgan Keegan Open End Mutual Fund Litigation* | $125,000,000 | *Lockridge Grindal Nauen PLLP* |
| *Freedman v. Weatherford International* | $120,000,000 | *Labaton Sucharow* |
| *Bank of America Mortgage Obligations Distribution Fund* | $115,840,000 | *U.S Securities & Exchange Commission* |
| *Fiat/Chrysler Autos. Securities Litigation* | $110,000,000 | *Pomerantz LLP; Rosen Law* |
| *New Jersey Carpenters Health Fund v DLJ Mortgage Capital, Inc., et al* | $110,000,000 | *Cohen Milstein Sellers & Toll, PLLC* |
| *In re El Paso Corporation Shareholder Litigation* | $110,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Grant & Eisenhofer P.A.* |
| *Convergex Fair Fund* | $109,440,086 | *U.S Securities & Exchange Commission* |
| *Dell SEC Fair Fund* | $100,000,001 | *U.S Securities & Exchange Commission* |
| *In re HP Securities Litigation Settlement* | $100,000,000 | *Kessler Topaz Melzer & Check LLP* |
| *Lehman Brothers E&Y Settlement* | $99,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Kessler Topaz Melzer & Check LLP* |
| *In re Amgen Inc., Securities Litigation* | $95,000,000 | *Labaton Sucharow LLP* |
| *Gabby Klein v. Altria Group* | $900,000,000 | *Pomerantz LLP Robbins Geller Rudman & Dowd LLP* |
| *In re: Oppenheimer Rochester Funds Group Securities Litigation* | $89,500,000 | *Berger & Montague, P.C.; Cohen Milstein Sellers & Toll, PLLC; Milberg Weiss Bershad Hynes &* |
| *E\*TRADE Securities Class Action* | $79,000,000 | *Brower Piven* |
| *Citigroup Fair Fund* | $75,000,001 | *U.S Securities & Exchange Commission* |
| *Nielsen Securities Litigation* | $73,000,000 | *Labaton Sucharow LLP* |
| *Rayonier Securities Litigation* | $73,000,000 | *Bernstein Litowitz Berger & Grossmann, LLP; Saxena White* |
| *Manulife Financial Corporation Securities Class Actions* | $69,000,00 (CAD) | *Siskinds LLP* |

| | | |
|---|---|---|
| *LIBOR Bondholder Settlements* | $68,625,000 | *Morris and Morris LLC; Weinstein Kitchenoff & Asher LLC* |
| *In re MBIA, Inc. Securities Litigation* | $68,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *Baker v. SeaWorld Entertainment, Inc., et al.* | $65,000,000 | *Kessler Topaz Meltzer & Check, LLP Nix Patterson LLP* |
| *In re Regions Morgan Keegan Closed-End Fund Litigation* | $62,000,000 | *Labaton Sucharow LLP* |
| *Hill v State Street Corporation* | $60,000,000 | *Motley Rice, LLC; Bernstein Litowitz Berger & Grossmann, LLP* |
| *In re TerraForm Global, Inc. Securities Litigation* | $57,000,000 | *Abraham, Fruchter & Twersky, LLP* |
| *Hewlett-Packard Securities Litigation* | $57,000,000 | *Labaton Sucharow* |
| *In re Centurylink Sales Practices and Securities Litigation* | $55,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *In re Celadon Group, Inc. Securities Litigation* | $55,000,000 | *Labaton Sucharow LLP* |
| *In re Weatherford International Securities Litigation Settlement Fund* | $52,500,000 | *Kessler Topaz Melzer & Check LLP* |
| *In re: Oppenheimer Rochester Funds Group Securities Litigation Oppenheimer California Municipal Fund* | $50,750,000 | *Sparer Law Group; Girard Gibbs LLP* |
| *In re HD Supply Holdings, Inc. Securities Litigation* | $50,000,000 | *Saxena White P.A.* |
| *FleetCor Technologies, Inc. Securities Litigation* | $50,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *3D Systems Securities Settlement* | $50,000,000 | *Robbins Geller Rudman & Dowd LLP* |
| *SanDisk Securities Litigation* | $50,000,000 | *Scott+Scott, Cohen Milstein Sellers & Toll, PLLC, Labaton Sucharow LLP* |
| *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation – Securities* | $48,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *In re Intuitive Surgical Securities Litigation* | $42,500,000 | *Labaton Sucharow LLP* |
| *In re Jeld-Wen Holding, Inc. Securities Litigation* | $40,000,000 | *Labaton Sucharow LLP Robbins Geller Rudman & Dowd LLP* |
| *In re Allergan, Inc. Proxy Violation Derivatives Litigation* | $40,000,000 | *Entwistle & Cappucci, LLP Susman Godfrey LLP* |
| *City of Warren Police & Fire Retirement Systems v. WWE Inc et al.* | $39,000,000 | *Labaton Sucharow LLP* |
| *GTAT Securities Litigation* | $36,700,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *Green Mountain Coffee Securities Litigation* | $36,500,000 | *Bernstein Litowitz Berger & Grossmann, LLP; Kessler Topaz Meltzer & Check, LLP; Barrack,* |
| *In re Sandridge Energy, Inc. Securities Litigation* | $35,750,000 | *Robbins Geller Rudman & Dowd LLP* |
| *In the Matter of OppenheimerFunds, Inc. and OppenheimerFunds Distributor, Inc.* | $35,500,000 | *SEC (US Securities and Exchange Commission)* |
| *Cosby v. KPMG, LLP (Miller Energy)* | $35,000,000 | *Cohen Milstein Sellers & Toll, PLLC* |
| *L3T Technologies Securities Litigation* | $34,500,000 | *Robbins Geller Rudman & Dowd LLP* |
| *City of Austin Police Retirement System v. Kinross Gold Corp. Settlement* | $33,000,000 | *Bernstein Liebhard LLP* |
| *SCANA Securities Litigation* | $32,500,000 | *Bernstein Litowitz Berger & Grossmann LLP Labaton Sucharow LLP* |
| *In re Globe Specialty Metals, Inc. Stockholders Litigation* | $32,500,000 | *Bernstein Litowitz Berger & Grossmann LLP Prickett, Jones & Elliott, P.A.* |

| | | |
|---|---|---|
| Altisource Securities Litigation | $32,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| In re Sunrun Inc. Shareholder Litigation | $32,000,000 | Cotchett Pitre & McCarthy |
| In re Celestica Inc. Securities Litigation | $30,000,000 | Labaton Sucharow |
| AMD Securities Litigation | $29,500,000 | Labaton Sucharow LLP; Motley Rice, LLC |
| In re Cnova N.V. Securities Litigation | $28,500,000 | Brower Piven |
| SEC v. A.C.L.N. Ltd. | $28,265,287 | U.S Securities & Exchange Commission |
| TrueCar Securities Litigation | $28,250,000 | Saxena White P.A. |
| Brixmor Securities Litigation | $28,000,000 | Saxena White P.A. |
| In re GreenSky Securities Litigations | $27,500,000 | Cohen Milstein Sellers & Toll, PLLC, |
| In re Penn West Petroleum Ltd. Securities Litigation | $26,500,000 | Bernstein Litowitz Berger & Grossmann, LLP; Glancy Prongay & Murray LLP |
| Middlemiss v. Penn West Petroleum Ltd.; Benadiva v. Penn West Petroleum Ltd. et al., ; Allen v. Penn West Petroleum | $26,500,000 | Sutts Strosberg LLP |
| SEC v. Longfin Fair Fund | $26,100,000 | SEC (US Securities and Exchange Commission) |
| In re Ply Gem Holdings, Inc. Securities Litigation | $25,950,000 | Robbins Geller Rudman & Dowd LLP |
| In re Tezos Securities Litigation | $25,000,000 | Block & Leviton LLP |
| In re Walter Energy, Inc. Securities Litigation | $25,000,000 | Robbins Geller Rudman & Dowd LLP; Ward & Wilson LLC; Kessler Topaz Meltzer & Check, LLP |
| Regions Bank Trustee Ad Litem Settlement | $24,000,000 | Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP |
| Louisiana Firefighters' Retirement System et al. v. Northern Trust | $24,000,000 | Bernstein Litowitz Berger & Grossmann LLP Keller Rohrback L.L.P. |
| In re Zynga Inc. Securities Litigation | $23,000,000 | Berman DeValerio Pease & Tabacco, PC |
| Conn's Securities Litigation | $22,500,000 | Labaton Sucharow LLP; Motley Rice, LLC; Scott+Scott Attorneys at Law LLP |
| Construction Laborers Pension Trust of Greater St. Louis v Autoliv, Inc. | $22,500,000 | Robbins Geller Rudman & Dowd LLP; Labaton Sucharow LLP |
| In re Virtus Investment Partners, Inc. Securities Litigation | $22,000,000 | Bernstein Litowitz Berger & Grossmann LLP Labaton Sucharow LLP |
| In re CTI BioPharma Corp. Securities Litigation | $20,000,000 | Bernstein Litowitz Berger & Grossmann LLP |
| Certus Holdings Stockholders Litigation | $19,500,000 | Bernstein Litowitz Berger & Grossmann LLP |
| In re Eventbrite, Inc. Shareholder Litgiation | $19,250,000 | Cotchett, Pitre & McCarthy LLP Bottini & Bottini, Inc. |
| In re Saba Software Inc. Stockholder Litigation | $19,200,000 | Robbins Arroyo LLP |
| In re Synchronoss Technologies, Inc. Securities Litigation | $19,000,000 | Grant & Eisenhofer, P.A. |
| Rentrak Corporation Shareholders Litigation | $19,000,000 | Block & Leviton LLP |

| | | |
|---|---|---|
| *Nallagonda v. Osiris Therapeutics, Inc. et al.* | $18,500,000 | *Hagens Berman Sobol & Shapiro LLP* |
| *Zwick Partners v. Quorum Health Corporation* | $18,000,000 | *Pomerantz LLP* |
| *Arkansas Teacher Ret. Sys. et al. v. Bankrate, Inc. et al.* | $18,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *In re Investment Technology Group Inc. Securities Litigation* | $18,000,000 | *Motley Rice LLC* |
| *In re Cornerstone Therapeutics Inc. Shareholders Litigation* | $17,881,555 | *Levi & Kosinsky* |
| *Sterling Chemicals Settlement* | $17,500,000 | *Friedlander & Gorris P.A.* |
| *In re the Bancorp Inc. Securities Litigation* | $17,500,000 | *Bernstein Litowitz Berger & Grossmann LLP Spector Roseman Kodroff & Willis, P.C.* |
| *Envision Merger Settlement* | $17,400,000 | *Monteverde & Associates PC* |
| *LSI Securities Litigation* | $17,000,000 | *Labaton Sucharow* |
| *In re ITT Educational Services, Inc. Securities Litigation* | $16,962,500 | *Cohen Milstein Sellers & Toll, PLLC* |
| *Rubinstein, et al v. Gonzalez, et al.* | $16,750,000 | *Gardy & Notis LLP* |
| *Baxter Securities Litigation* | $16,000,000 | *Bernstein Litowitz Berger & Grossmann LLP Kessler Topaz Meltzer & Check, LLP* |
| *World Acceptance Securities Settlement* | $16,000,000 | *Robbins Geller Rudman & Dowd LLP* |
| *City of Birmingham Retirement and Relief System, et al v. Credit Suisse Group AG, et al* | $15,500,000 | *Saxena White P.A. Cohen Milstein Sellers & Toll, PLLC* |
| *SEC v Macquarie Capital (USA) Inc.* | $15,000,000 | *SEC (US Securities and Exchange Commission)* |
| *AVEO Securities Litigation* | $15,000,000 | *Pomerantz LLP; The Rosen Law Firm PA* |
| *In Re Eletrobras Securities Litigation Case No.: 15-cv-5754-JGK* | $14,750,000 | *Kaplan Fox & Kilsheimer LLP* |
| *In re Avon Products Inc. Securities Litigation* | $14,500,000 | *Levi & Korsinsky LLP* |
| *In re Banco Bradesco Securities Litigation* | $14,500,000 | *Kessler Topaz Meltzer & Check, LLP* |
| *Allied Nevada Gold Securities Settlement* | $14,000,000 | *Brower Piven* |
| *In re Toronto-Dominion Bank Securities Litigation* | $13,250,000 | *Pomeranz, LLP* |
| *Fernandez v Knight Capital Group, Inc.* | $13,000,000 | *Saxena White* |
| *Sokolow v. LJM Funds* | $12,850,000 | *Labaton Sucharow LLP; Robbins Geller Rudman & Dowd LLP* |
| *Schueneman v. Arena Pharmaceuticals, Inc., et al.* | $12,025,000 | *KAPLAN FOX & KILSHEIMER LLP* |
| *In re Commvault Systems, Inc. Securities Litigation* | $12,500,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *In re Barrett Business Services Securities Litigation* | $12,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *Fuller v. Imperial Holdings, Inc.* | $12,000,000 | *Jeffrey A Berens, LLC Robbins Geller Rudman & Dowd, LLP Holzer Holzer & Fistel, LLC* |
| *In re Tesco PLC Securities Litigation* | $12,000,000 | *Kahn Swick & Foti, LLC* |
| *MBII Securities Litigation* | $12,000,000 | *Lowenstein Sandler LLP* |
| *In re Synovus Securities Litigation* | $11,750,000 | *Robbins Geller Rudman & Dowd LLP; Motley Rice, LLC* |
| *Invacare Class Action Settlement* | $11,000,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *Keippel v. Health Insurance Innovations, Inc.* | $11,000,000 | Saxena White, P.A. |
| *Hall v. Rent-A-Center, Inc. et al.* | $11,000,000 | *Labaton Sucharow LLP* |
| *Patricia Lowery v. RTI Surgical Holdings, Inc.* | $10,500,000 | *Pomerantz LLP* |

| | | |
|---|---|---|
| *KBR Securities Litigation* | $10,500,000 | *Bernstein Litowitz Berger & Grossmann, LLP; Labaton Sucharow LLP* |
| *Derr  v. Ra Medical Systems, Inc.* | $10,000,000 | *Glancy Prongay & Murray LLP* |
| *Frank v Education Realty Trust, Inc.* | $10,000,000 | *Monteverde & Associates PC* |
| *Kanefsky et al v, Honeywell Int'l Inc. Securities Litigation* | $10,000,000 | *Kahn Swick & Foti, LLC* |
| *In re Braskem Securities Litigation* | $10,000,000 | *Cohen Milstein Sellers & Toll PLLC* |
| *Crocs Securities Litigation* | $10,000,000 | *Brower Piven* |
| *Resource Capital Securities Litigation* | $9,500,000 | *Levi & Korsinsky LLP* |
| *Construction Workers Pension Trust Fund – Lake County and Vicinity v. Navistar International Corporation* | $9,100,000 | *Cohen Milstein Sellers & Toll, PLLC* |
| *In re Dr. Reddy's Laboratories Ltd. Securities Litigation* | $9,000,000 | *Labaton Sucharow* |
| *OneMain Holdings Inc. Securities Litigation* | $9,000,000 | *Robbins Geller* |
| *Vocera Communications, Inc. Securities Litigation* | $9,000,000 | *Labaton Sucharow* |
| *In re Puda Coal Securities Inc. Litigation* | $8,700,000 | *Glancy Prongay & Murray LLP* |
| *Gupta v. Power Solutions International, Inc.* | $8,500,000 | *Glancy Prongay & Murray LLP* |
| *Schwartz v Urban Outfitters, Inc.* | $8,500,000 | *Robbins Geller Rudman & Dowd LLP* |
| *Imtech Securities* | $8,100,000 | *VEB (Netherlands Association of Securities Holders)* |
| *LRR Energy Securities Litigation* | $8,000,000 | *Robbins Arroyo LLP* |
| *ViroPharma Securities Settlement* | $8,000,000 | *Labaton Sucharow* |
| *Polycom, Inc. Settlement* | $8,000,000 | *Pomerantz LLP* |
| *Weiner v. Tivity Health, Inc., et al* | $7,500,000 | *Cohen Milstein Sellers & Toll, PLLC* |
| *In re OCZ Technology Group Inc Securities Litigation* | $7,500,000 | *Levi & Korsinsky LLP* |
| *Todd v. STAAR Surgical Company, et al.* | $7,000,000 | *Pomerantz LLP* |
| *Logitech Fair Fund* | $7,575,000 | *U.S Securities & Exchange Commission* |
| *In re Livent Corporation Securities Litigation* | $7,400,000 | *Labatton Sucharow LLP* |
| *In re  ProNai Therapeutics, Inc. Shareholder Litigation* | $7,200,000 | *Cotchett Pitre McCarthy* |
| *Blitz v AgFeed* | $7,000,000 | *Pomerantz LLP; The Rosen Law Firm PA* |
| *Doral Securities Litigation* | $7,000,000 | *Robbins Geller Rudman & Dowd LLP* |
| *In re Ubiquiti Networks, Inc. Securities Litigation* | $6,800,000 | *Labaton Sucharow* |
| *In re Portland General Electric Securities Litigation* | $6,750,000 | *Grant & Eisenhofer, P.A.* |
| *Larkin v. GoPro, Inc.* | $6,750,000 | *Faruqi & Faruqi* |
| *In re Gentiva Securities Litigation* | $6,500,000 | *Kaplan Fox & Kilsheimer LLP* |
| *Enzymotec Securities Litigation* | $6,500,000 | *Saxena White* |
| *Vista Outdoor Securities Settlement* | $6,250,000 | *Wolf Haldenstein Adler Freeman & Herz LLP* |
| *Geron Corporation Securities Litigation* | $6,250,000 | *Faruqi & Faruqi LLP* |
| *InnerWorkings Settlement* | $6,025,000 | *Labaton Sucharow* |
| *In re Yongye International, Inc. Shareholder Litigation* | $6,000,000 | *Wolf Popper, LLP; Levi & Korsinsky LLP* |
| *Home Loan Servicing Solutions Securities Litigation* | $6,000,000 | *Saxena White* |
| *Comverge Merger Litigation* | $5,900,000 | *Gardy & Notis LLP; Levi & Korsinsky LLP; Faruqi & Faruqi LLP* |
| *EZCorp Inc. Securities Litigation* | $5,900,000 | *Bernstein Litowitz Berger & Grossmann LLP* |
| *Franchise Group Settlement* | $5,600,000 | *Grant & Eisenhofer, P.A.* |
| *In re Forterra Inc. Securities Litigation* | $5,500,000 | *Glancy Prongay & Murray LLP* |

| | | |
|---|---|---|
| *SEC v AgFeed Distribution Fund* | $5,500,000 | *SEC (US Securities and Exchange Commission)* |
| *Psagot and others v. Elscint and others* | 5,300,000 (NIS) | *Moshe Bachar, Guy, Bachar & Co Law Offices & Notary* |
| *JinkoSolar Securities Settlement* | $5,050,000 | *Bernstein Liebhard* |
| *In re ClubCorp Holdings Shareholder Litigation* | $5,000,000 | *Wolf Haldenstein Adler Freeman & Herz LLP; Monteverde & Associates PC* |
| *Nathan v. Serge Matta, et al.* | $4,750,000 | *Block & Leviton* |
| *In re Dreamworks Animation SKG, Inc.* | $4,500,000 | *Bernstein Litowitz Berger & Grossmann LLP Grant & Eisenhofer P.A.* |
| *In Re Dynavax Technologies Corp. Securities Litigation* | $4,500,000 | *FARUQI & FARUQI, LLP* |
| *Schuler v. The Medicines Co.* | $4,250,000 | *Pomerantz LLP* |
| *Fifth Street Management LLC, Fair Fund* | $4,000,000 | *SEC (US Securities and Exchange Commission)* |
| *American Renal Associates Securities Litigation* | $4,000,000 | *Kirby McInerny LLP* |
| *In re ModusLink Global Solutions, Inc. Securities Litigation* | $4,000,000 | *Saxena White* |
| *In re Energy Recovery, Inc. Securities Litigation* | $3,850,000 | *Levi & Korsinsky LLP* |
| *In re Ocean Power Technologies Inc. Securities Litigation* | $3,800,000 | *Levi & Korsinsky LLP* |
| *Amicus Therapeutics Settlement* | $3,750,000 | *Block & Leviton LLP* |
| *K12 Securities Litigation* | $3,500,000 | *Glancy Prongay & Murray LLP* |
| *Erickson v. Corinthian Colleges, Inc., et al* | $3,500,000 | *Pomerantz LLP* |
| *Ariad Pharmaceuticals Settlement* | $3,500,000 | *Labaton Sucharow LLP* |
| *In re Maxwell Technologies Inc. Securities Litigation* | $3,300,000 | *Saxena White* |
| *QDI Shareholder Litigation Settlement* | $3,250,000 | *The Brualdi Law Firm, P.C.* |
| *TranS1 Securities Litigation* | $3,250,000 | *Pomerantz LLP* |
| *Blount International Securities Litigation* | $3,059,000 | *Johnson Fistel* |
| *SEC v Collins & Aikman Corporation* | $2,800,000 | *SEC (US Securities and Exchange Commission)* |
| *In re Health Insurance Innovations, Inc. Securities Litigation* | $2,800,000 | *Kahn Swick & Foti, LLC* |
| *SEC v. PFK (AremisSoft Corp. Securities Litigation)* | $2,774,051 | *U.S Securities & Exchange Commission* |
| *Avid Securities Litigation* | $2,595,000 | *Johnson Fistel, LLP* |
| *Robb v Education Management, et al.* | $2,500,000 | *Pomerantz LLP* |
| *Elliott v China Green Agriculture, Inc.* | $2,500,000 | *Saxena White* |
| *In re Revolution Lighting Technologies, Inc. Securities Litigation* | $2,083,333 | *Faruqi & Faruqi LLP* |
| *In re Great Lakes Dredge & Dock Corp Securities Litigation* | $1,955,000 | *Saxena White* |
| *SEC v John Babikian* | $1,915,670 | *SEC (US Securities and Exchange Commission)* |
| *Levy v. Hampden Bancorp, Inc.* | $1,800,000 | *The Brualdi Law Firm, P.C.* |
| *In re Galena Biopharma, Inc.* | $1,600,000 | *Federman & Sherwood* |
| *Quiksilver Securities Litigation* | $1,500,000 | *Levi & Korsinsky LLP* |
| *Schuler v NIVS* | $1,350,000 | *Saxena White* |
| *SEC v. Fisher* | $1,260,708 | *U.S Securities & Exchange Commission* |
| *In re Galena Biopharma, Inc.* | $1,250,000 Unrestricted common stock | *Prickett, Jones & Elliot* |
| *Pulse Securities Litigation* | $825,000 | *Brodsky & Smith LLC* |

| *Vivendi Universal S.A.* | Jury Verdict | *Abbey Spanier, LLP* |
|---|---|---|
| *Landis Securities* | TBD | *VEB (Netherlands Association of Securities Holders)* |
| *Innoconcepts* | TBD | *VEB (Netherlands Association of Securities Holders)* |
| *Van Der Moolen* | TBD | *VEB (Netherlands Association of Securities Holders)* |