**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS,<br><br>Defendants | Case No. 1:20-cv-02581<br><br>Honorable Matthew F. Kennelly |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF
<u>CAFA NOTICE</u>**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.     My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.     I am the Director of Legal Noticing for Hilsoft Notifications ("Hilsoft"), a firm that specializes in designing, developing, analyzing, and implementing large-scale legal notification plans.  Hilsoft is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the proposed class notice administrator in this case.  I have overseen and handled Class Action Fairness Action ("CAFA") notice mailings for more than 350 class action settlements.

3.     Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**CAFA NOTICE IMPLEMENTATION**

5. At the direction of counsel for defendant Groupon, Inc. ("Groupon" or the "Company") and defendants Rich Williams ("Williams) and Melissa Thomas ("Thomas") (collectively, the Individual Defendants," and, together with Groupon, "Defendants"), 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the U.S. Territories were identified to receive the CAFA notice.

6. Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the USPS.[1]

7. On July 7, 2022, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Certified Mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia, and the U.S. Territories. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States. The CAFA Notice Service List (USPS Certified Mail and UPS) is included as **Attachment 1**.

8. The materials sent to the federal and state officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case. The cover letter is included as **Attachment 2**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

9.    The cover letter was accompanied by a CD, which included the following:

a.    **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:** Class Action Complaint, Amended Complaint, and Second Amended Complaint.

b.    **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The Notice of Pendency, Proof of Claim and Release Form, and Summary Notice of Pendency were included as Exhibits A-1, A-2, and A-3 to the Stipulation and Agreement of Settlement.

c.    **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

- Stipulation and Agreement of Settlement (with Exhibits);

    o    Exhibit A: [Proposed] Order Granting Preliminary Approving Settlement and Providing for Notice;

    o    Exhibit A-1: The Notice of Pendency;

    o    Exhibit A-2: Proof of Claim and Release Form;

    o    Exhibit A-3: Summary Notice of Pendency; and

    o    Exhibit B: [Proposed] Order and Final Judgment Approving Class Action Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2022.

Stephanie J. Fiereck, Esq.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

3