**Index of Attachments**

| No. | Description |
|-----|-------------|
| 1 | Service List for CAFA Notice |
| 2 | CAFA Notice Cover Letter |