# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

July 7, 2022

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
|---|

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from defendant Groupon, Inc. ("Groupon" or the "Company") and defendants Rich Williams ("Williams) and Melissa Thomas ("Thomas") (collectively, the Individual Defendants," and, together with Groupon, "Defendants") relating to the proposed settlement of a class action lawsuit.

- **Case:** *Macovski v. Groupon Inc. et al.,* Case No. 1:20-cv-02581.

- **Court:** United States District Court for the Northern District of Illinois, Eastern Division.

- **Defendants:** Groupon, Inc., Rich Williams, and Melissa Thomas.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:** Class Action Complaint, Amended Complaint, and Second Amended Complaint.

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has scheduled the final approval Settlement Hearing for October 13, 2022.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The Notice of Pendency, Proof of Claim and Release Form, and Summary Notice of Pendency are available as Exhibits A-1, A-2, and A-3 to the Stipulation and Agreement of Settlement.

  4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

     - Stipulation and Agreement of Settlement (with Exhibits);

       o Exhibit A: [Proposed] Order Granting Preliminary Approving Settlement and Providing for Notice;

       o Exhibit A-1: The Notice of Pendency;

       o Exhibit A-2: Proof of Claim and Release Form;

       o Exhibit A-3: Summary Notice of Pendency; and

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

  o Exhibit B: [Proposed] Order and Final Judgment Approving Class Action Settlement.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**  Please note that the parties to the Stipulation and Agreement of Settlement signed a confidential Supplemental Agreement, which is referenced in Paragraph 35 of the Stipulation and Agreement of Settlement and was not filed with the Court.  *See* 28 U.S.C. § 1715(b)(5). As is customary in class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to terminate the Stipulation and Agreement of Settlement if timely requests for exclusion from the Settlement Class are submitted by eligible Settlement Class Members who meet the conditions set forth in the Supplemental Agreement.  It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out."  David F. Herr, MANUAL FOR COMPLEX LITIGATION § 21.631 (4th ed.).

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  To date, the Court has not issued a final order, judgment, or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7)(A) and (B) – Names and Estimate of Class Members:**  As of the date of this CAFA Notice, Defendants do not know and cannot feasibly determine the names of individual class members who reside in each state, and therefore cannot feasibly estimate the number of Settlement Class Members residing in each state, or the proportionate share of the claims of such members to the entire Settlement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  The Court issued the Order Preliminarily Approving Settlement and Providing for Notice on July 6, 2022, which is included on the CD.  To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

CAFA Notice Administrator

Enclosures