# EXHIBIT 8

**CORNERSTONE RESEARCH**
Economic and Financial Consulting and Expert Testimony

# Securities Class Action Filings

**2020 Year in Review**

# Status of Core Federal Securities Class Action Filings

This analysis compares filing groups to determine whether filing outcomes have changed over time. As each cohort ages, a larger percentage of filings are resolved—whether through dismissal, settlement, remand, or trial verdict.

........................................................................................................

*The dismissal rate for the 2018 core federal filings cohort is currently nearly half of all cases, despite 38% of cases still continuing.*

........................................................................................................

- From 1997 to 2020, 46% of core federal filings were settled, 42% were dismissed, less than 1% were remanded, and 11% are continuing. During this time, only 0.4% of core federal filings (or 19 cases) reached trial, and 0.2% (11 cases) were tried to a verdict.

- Recent annual dismissal rates have been closer to 50%. From 2011 to 2018 the cohorts with the most divergent dismissal rates were 2014 (at 42%) and 2013 (at 57%).

- More recent cohorts have too many ongoing cases to determine their ultimate dismissal rates. However, the 2017 cohort will end up having a dismissal rate of at least 53%.

Figure 17: Status of Filings by Year—Core Federal Filings 2011–2020



Note:

1. Percentages may not sum to 100% due to rounding.

2. Since 2010, there have only been two cases tried to a verdict, both of which were core filings. One of these cases settled after trial and is categorized as settled in the data.

3. Since 2001, 14 cases have gone to trial. Since *Halliburton II* was decided on June 30, 2014, only one case has gone to trial.

The authors request that you reference Cornerstone Research
and the Stanford Law School Securities Class Action Clearinghouse
in any reprint of the information or figures included in this study.

Please direct any questions to:

**Alexander Aganin**
650.853.1660
aaganin@cornerstone.com

## Cornerstone Research

Cornerstone Research provides economic and financial consulting and
expert testimony in all phases of complex litigation and regulatory
proceedings. The firm works with an extensive network of prominent
faculty and industry practitioners to identify the best-qualified expert
for each assignment. Cornerstone Research has earned a reputation for
consistent high quality and effectiveness by delivering rigorous, state-
of-the-art analysis for more than thirty years. The firm has over 700 staff
and offices in Boston, Chicago, London, Los Angeles, New York, San Francisco,
Silicon Valley, and Washington.

www.cornerstone.com

© 2021 by Cornerstone Research.
All rights reserved. Cornerstone Research is a registered service mark of Cornerstone Research, Inc.
C and design is a registered trademark of Cornerstone Research, Inc.