# EXHIBIT 9

| Select Seventh Circuit Cases Awarding Attorneys' Fees of 33% or Above | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| Standard Iron Works v. ArcelorMittal, No. 08-cv-5214, 2014 WL 7781572, at *1 (N.D. Ill. Oct. 22, 2014) | $163,900,000 | 33% |
| City of Greenville v. Syngenta Crop Prot., Inc., 904 F. Supp. 2d 902, 908-09 (S.D. Ill. Oct 23, 2012) | $105,000,000 | 33⅓% |
| In re Plasma-Derivative Protein Therapies Antitrust Litig., No. 09-cv-7666, ECF No. 693 at 7 (N.D. Ill. Jan. 22, 2014) | $64,000,000 | 33⅓% |
| Spano v. Boeing Co., No. 06-cv-0743, 2016 WL 3791123, at *2 (S.D. Ill. March 31, 2016) | $57,000,000 | 33⅓% |
| In re Dairy Farmers of Am., Inc., Cheese Antitrust Litig., 80 F. Supp. 3d at 862 (N.D. Ill. Feb 20, 2015) | $46,000,000 | 33⅓% |
| Mansfield v. Air Line Pilots Ass'n Intl'l, No. 06-cv-6869, ECF No. 373 at 17 (N.D. Ill. Dec. 14, 2009) | $44,000,000 | 35% |
| Gehrich v. Chase Bank, USA, N.A., No. 12-cv-5510, ECF No. 117 (N.D. Ill. Aug. 12, 2014) | $33,000,000 | 33.33% |
| Perry v. Nat'l City Bank, No. 05-cv-0891, ECF No. 81 at 2 (S.D.Ill. Mar. 3, 2008) | $27,500,000 | 33% |
| Kaufman v. Motorola, Inc., No. 95-CV-1069, ECF No. (N.D. Ill. May 24, 2001) | $25,000,000 | 33⅓% |
| In re Potash Antitrust Litig., No. 08-CV-6910, ECF No. 589 at 2 (N.D. Ill. June 12, 2013) | $20,250,000 | 33⅓% |
| Martin v. Caterpillar Inc., No. 07-cv-1009, 2010 WL 11614985, at *2 (C.D. Ill. Sept. 10, 2010) | $16,500,000 | 33⅓% |
| Will v. General Dynamics Corporation, No. 06-cv-0698, 2010 WL 4818174, at *4 (S.D. Ill., Nov 22, 2010) | $15,150,000 | 33⅓% |
| Desai v. ADT Sec. Servs., Inc., No. 11-cv-1925, ECF No. 243 (N.D. Ill. June 21, 2013) | $15,000,000 | 33.33% |
| Meyenburg v. Exxon Mobil Corp., No. 05-cv-00015, 2006 WL 2191422, at *2 (S.D. Ill. July 31, 2006) | $10,000,000 | 40% |
| Crumpton v. Octapharma Plasma, Inc., No. 19-cv-8402, ECF No. 92 at 16 (N.D. Ill. Feb 16, 2022) | $9,987,380 | 33.3% |
| Weiner v. Quaker Oats Co., No. 98 C 3123, ECF No. 134 (N.D. Ill. Sept. 14, 2001) | $9,900,000 | 33⅓% |
| Bristol Cnty. Ret. Sys. v. Allscripts Healthcare Sols., Inc., No. 12-cv-3297, ECF No. 130 at 4 (N.D. Ill. Jul 22, 2015) | $9,750,000 | 33% |
| George v. Kraft Foods Global, Inc., No. 08-cv-3799, 2012 WL 13089487, at *4 (N.D. Ill. June 26, 2012) | $9,500,000 | 33⅓% |
| Schulte v. Fifth Third Bank, 805 F. Supp. 2d 560, 601 (N.D. Ill. 2011) | $9,500,000 | 33⅓% |
| Charvat v. Valente, No. 12-cv-5746, 2019 WL 5576932, at *13 (N.D. Ill. Oct 28, 2019) | $9,267,452 | 33.99% |
| Cummings v. Sallie Mae, 12-C-9984, ECF No. 91 (N.D. Ill. May 30, 2014) | $9,250,000 | 33% |
| Gupta v. Power Sols. Int'l, Inc., No. 16-cv-8253, 2019 WL 2135914, at *1 (N.D. Ill. May 13, 2019) | $8,500,000 | 33⅓% |
| In re Guidant Corp. ERISA Litig., No. 05-cv-1009, ECF No. 194 at 2 (S.D. Ind. Sept. 10, 2010) | $7,000,000 | 38% |
| Briggs v. PNC Financial Services Group, Inc., No. 15-cv-10447, 2016 WL 7018566, at *15 (N.D. Ill. Nov. 29, 2016) | $6,000,000 | 33⅓% |
| Hinman v. M&M Rental Ctr., Inc., No. 06-cv-1156, ECF No. 225 (N.D. Ill. Oct. 6, 2009) | $5,817,150 | 33.33% |
| Coleman v. Sentry Insurance a Mutual Company, No. 15-cv-1411, 2016 WL 6277593, at *2 (S.D. Ill. Oct. 27, 2016) | $5,718,825 | 33⅓% |
| In re Ready–Mixed Concrete Antitrust Litig., No. 05-cv-0979, 2010 WL 3282591, at *3 (S.D. Ind. Aug. 17, 2010) | $5,515,000 | 33⅓% |
| Davis v. Heartland Emp. Servs., LLC, No. 19-cv-0680, ECF No. 890 at 12 (N.D. Ill. Oct. 25, 2021) | $5,331,330 | 33.33% |
| Martin v. Dun & Bradstreet, Inc. et al, No. 12-cv-0215, ECF No. 63 (N.D. Ill. Jan. 16, 2014) | $4,900,000 | 33.33% |
| Goldsmith v. Tech. Sols. Co., No. 92-c-4374, 1995 WL 17009594, at *8 (N.D. Ill. Oct. 11, 1995) | $4,600,000 | 33⅓% |

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Thome v. NOVAtime Tech, Inc., No. 19-cv-6256, ECF No. 90 at 21 (N.D. Ill. Mar. 8, 2021) | $4,100,000 | 33.3% |
| Brasher v. Broadwind Energy, Inc., No. 11-cv-0991, ECF No. 141 at *4 (N.D. Ill. Jun 27, 2013) | $3,915,000 | 33% |
| Conlee v. WMS Industries Inc., No. 11-cv-3503, ECF No. 118 at *4 (N.D. Ill. May 20, 2014) | $3,700,000 | 33% |
| Fosbinder-Bittorf v. SSM Health Care of Wisconsin, Inc., No. 11-cv-0592, 2013 WL 5745102, at *1 (W.D. Wis. Oct. 23, 2013) | $3,500,000 | 33⅓% |
| Kitson v. Bank of Edwardsville, No. 08-cv-507, 2010 WL 331730, at *2 (S.D. Ill. Jan. 25, 2010) | $3,415,000 | 33⅓% |
| Brewer v. Molina Healthcare, Inc., No. 16-cv-9523, 2018 WL 2966956, at *3 (N.D. Ill. Jun 12, 2018) | $3,375,520 | 33⅓% |
| Beezley v. Fenix Parts, Inc., No. 17-cv-7896, 2020 WL 4593823 (N.D. Ill. Aug 7, 2020) | $3,300,000 | 33⅓% |
| Castillo v. Noodles & Company, No. 16-cv-3036, 2016 WL 7451626 at *4 (N.D. Ill., Dec 23, 2016) | $3,000,000 | 33⅓% |
| Koszyk v. Country Financial aka CC Services, Inc., No. 16-cv-3571, 2016 WL 5109196 at *2 (N.D. Ill. Jun 12, 2018) | $2,825,000 | 33⅓% |
| Burlinski v. Top Golf USA Inc., No. 19-cv-6700, ECF No. 103 at 8 (N.D. Ill. Oct. 13, 2021) | $2,596,034 | 33.33% |
| Firerock Global Opportunity Fund LP v. Rubicon Technology, Inc., No. 15-cv-03813, ECF No. 87 (N.D. Ill.  May 20, 2016) | $2,500,000 | 33% |
| Paldo Sign and Display Company v. Topsail Sportswear, Inc., No. 08-cv-05959, ECF No. 116 (N.D. Ill. Dec. 21, 2011) | $2,000,000 | 33.33% |
| In re Great Lakes Dredge & Dock, No. 13-cv-02115, ECF No. 78 at 6 (N.D. Ill. Sep. 17, 2015) | $1,955,000 | 33.33% |
| Martinez v. Nando's Rest. Grp.,Inc., No. 19-cv-7012, ECF No. 63 at 17 (N.D. Ill. Oct. 27, 2020) | $1,787,000 | 33.33% |
| Kelly v. Bluegreen Corp., No. 08-cv-0401, ECF No. 151 at 4 (W.D. Wis. Oct. 30, 2009) | $1,530,000 | 33⅓% |
| In re Acura Pharms., Inc. Sec. Litig., No. 10-cv-5757, ECF No. 102 at 5 (N.D. Ill. Mar. 14, 2012) | $1,500,000 | 33⅓% |
| Dixon v. Washington & Jane Smith Cmty.-Beverly, No. 17-cv-8033, ECF No. 103 at 1 (N.D. Ill. Aug 20, 2019) | $1,356,000 | 33.3% |
| In re Lithotripsy Antitrust Litig., No. 98-c-8394, 2000 WL 765086, at *2 (N.D. Ill. June 12, 2000) | $1,300,000 | 33⅓% |
| Wolfe v. TCC Wireless, LLC, No. 16-cv-11663, 2018 WL 11215318 at *3 (N.D. Ill. Mar 12, 2018) | $1,150,000 | 33⅓% |
| Bryant v. Loews Chicago Hotel, Inc., No. 19-cv-3195, ECF No. 77 at 1 (N.D. Ill. Oct. 30, 2020) | $1,036,396 | 33.3% |
| Pavlik v. FDIC, No. 10-cv-0816, 2011 WL 5184445, at *4 (N.D. Ill. Nov. 1, 2011) | $1,026,829 | 33⅓% |

2