**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAZAR MACOVSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., RICH WILLIAMS, and MELISSA THOMAS,<br><br>Defendants. | Case No. 1:20-cv-02581<br><br>Honorable Matthew F. Kennelly |

**SUPPLEMENTAL DECLARATION OF JESSIE MAHN REGARDING: (I) MAILING OF NOTICE AND PROOF OF CLAIM FORM; (II) CALL CENTER SERVICES; (III) THE SETTLEMENT WEBSITE; AND (IV) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Jessie Mahn, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated July 6, 2022 (ECF No. 113, the "Preliminary Approval Order"), Epiq was retained to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2.      I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Jessie Mahn Regarding: (I) Mailing of Notice and Proof of Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) The Settlement Website; and (V) Requests for Exclusion and Objections Received to Date dated September 7, 2022 (ECF No. 121-1, the "Initial Mailing Declaration").

3.      The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

## I.      MAILING OF THE NOTICE AND CLAIM FORM

4.      At the time of the Initial Mailing Declaration, Epiq had mailed a total of 8,647 Notices and Claim Forms (collectively, a "Notice Packet") to potential Settlement Class Members and nominees by first-class mail.

5.      Following the Initial Mailing Declaration through October 5, 2022, Epiq mailed an additional 7,007 Notice Packets to potential Settlement Class Members and nominees.  This includes 2,207 Notice Packets mailed directly to potential Settlement Class Members and 4,800 Notice Packets requested by and sent to nominees for forwarding to their customers.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated June 24, 2022 (ECF No. 110-1, the "Stipulation").

6.      As of October 5, 2022, a total of 15,654 Notice Packets have been mailed to potential Settlement Class Members and nominees by first-class mail.

7.      Epiq also sent 12 Notice Packets to potential Settlement Class Members via email.

8.      As of October 5, 2022, Epiq has re-mailed 37 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to Epiq by the USPS.  As of October 5, 2022, a total of 206 Notice Packets remain undeliverable.

## II.     CALL CENTER SERVICES

9.      Epiq continues to maintain the toll-free telephone number for the Settlement, (866) 991-0893, which became operational on August 2, 2022.

10.     As of October 5, 2022, Epiq has received a total of 47 calls to the toll-free number dedicated to the Settlement, including 18 that were handled by a live operator.  Epiq has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

## III.    THE SETTLEMENT WEBSITE

11.     Epiq    continues    to    maintain    the    Settlement    Website (www.GrouponSecuritiesLitigation.com), which became operational on August 2, 2022, and is accessible 24 hours-a-day, 7 days-a-week.  The Settlement Website includes a link to an online claim filing module through which Settlement Class Members can submit their claims.  In addition, copies of the Notice, Claim Form, Settlement Agreement, Preliminary Approval Order, Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, Lead Counsel's Motion for Award of Attorney's Fees and Reimbursement of Litigation Expenses, and other documents related to the Action are posted on the Settlement Website and are available for

download.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

12.     As of October 5, 2022, there have been 903 unique visitors to the Settlement Website and 2,662 page views.

## IV.     <u>**REQUESTS FOR EXCLUSION AND OBJECTIONS**</u>

13.     The Notice, Summary Notice, and Settlement Website inform Settlement Class Members that requests for exclusion from the Settlement Class must have been received by September 22, 2022. The Notice directed Settlement Class Members who wished to request exclusion to mail their request to Macovski v. Groupon Inc., EXCLUSIONS. c/o Epiq. P.O. Box 2648, Portland, OR 87208-2648. The Notice also sets forth the information that must be included in each request for exclusion.  Epiq monitors all mail delivered to this P.O. Box.

14.     As of October 5, 2022, Epiq has received no requests for exclusion.

15.     The Notice, Summary Notice, and Settlement Website also inform Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and that an objection must have been filed with the Court and delivered to Lead Counsel and Defendants' Counsel on or before September 22, 2022.

16.     Through October 5, 2022, Epiq has not received, or been informed of, any objections to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 6, 2022, in Seattle, WA.

_____
Jessie Mahn

4