# EXHIBIT A



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Sally Telias
250 Park Ave
Suite 820
New York, NY 10177
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 196971 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 10/31/2021 | **Payment Terms:** | Net 90 |
| **Invoice Due:** | 01/29/2022 | | |
| **Contract #:** | DM0216599 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |
| **Requested Date:** | 10/12/2021 | | |

**Project Notes:**

Groupon Securities
Requested by: Tom Elrod

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Digital Forensics - October** | | | | |
| Webmail Collection - IMAP | 1.00 | Each | 590 000 | 590.00 |
| ███rahal@███.com.pst | | | | |
| 12 GB total size | | | | |
| Storage Drive Set - 1 TB | 1.00 | Each | 230 000 | 230.00 |
| Storage drive set | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$820.00 |
| **Tax Amount:** | US$72.77 |
| **Total Amount Due:** | **US$892.77** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | *Please note, TransPerfect always prefers to receive payments electronically whenever poss ble.* |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0216599 and Invoice # 196971 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 197804 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 10/31/2021 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 01/29/2022 | | |
| **Contract #:** | DM0216782 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |

**Requested Date:** 10/21/2021

**Project Notes:**

Groupon Securities - Hosting

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **October 2021 - Hosting** | | | | |
| Monthly Storage Fees | 1.00 | GB | 10.000 | 10.00 |
| Project Management | 4.25 | Hours | 175.000 | 743.75 |
| Monthly User Access Fee | 2.50 | Each | 65.000 | 162.50 |
| **October 2021 - Processing** | | | | |
| Data Ingestion - Advanced ECA | 11.68 | GB | 30.000 | 350.40 |
| Data Export - Advanced ECA | 0.12 | GB | 130.000 | 15.60 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,282.25 |
| **Tax Amount:** | US$113.80 |
| **Total Amount Due:** | US$1,396.05 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0216782 and Invoice # 197804 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 200633 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 12/31/2021 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 03/31/2022 | | |
| **Contract #:** | DM0219768 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |

**Requested Date:** 12/01/2021

**Project Notes:**
Groupon Securities - Hosting

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2021 December** | | | | |
| Monthly Storage Fees | 2.00 | GB | 10 000 | 20.00 |
| Monthly User Access Fee | 5.50 | Each | 65 000 | 357.50 |
| Project Management | 1.00 | Hour | 175 000 | 175.00 |
| **December 2021 - Processing** | | | | |
| Technical Labor | 2.00 | Hours | 175 000 | 350.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$902.50 |
| **Tax Amount:** | US$80.10 |
| **Total Amount Due:** | **US$982.60** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**　　　　　Please note, TransPerfect always prefers to receive payments electronically whenever poss ble.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0219768 and Invoice # 200633 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 202465 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 01/31/2022 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 05/01/2022 | | |
| **Contract #:** | DM0221865 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |
| **Requested Date:** | 01/01/2022 | | |

**Project Notes:**

Groupon Securities - Hosting
Jan 2022

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2022 January** | | | | |
| Monthly Storage Fees | 8.00 | GB | 10 000 | 80.00 |
| 50% of Tech Fees Applied | | | | |
| Project Management | 6.90 | Hours | 175 000 | 1,207.50 |
| Monthly User Access Fee | 4.25 | Each | 65 000 | 276.25 |
| 50% of Tech Fees Applied | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,563.75 |
| **Tax Amount:** | US$138.79 |
| **Total Amount Due:** | **US$1,702.54** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever poss ble. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0221865 and Invoice # 202465 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 204882 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 02/28/2022 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 05/29/2022 | | |
| **Contract #:** | DM0224005 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |
| **Requested Date:** | 02/01/2022 | | |

**Project Notes:**

Groupon Securities - Hosting
Feb 2022

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2022 February** | | | | |
| Monthly Storage Fees | 8.50 | GB | 10.000 | 85.00 |
| 50% of Tech Fees Applied | | | | |
| Monthly User Access Fee | 4.85 | Each | 65.000 | 315.25 |
| 50% of Tech Fees Applied | | | | |
| Processing for Image Review | 0.25 | GB | 250.000 | 62.50 |
| 50% of Tech Fees Applied | | | | |
| Project Management | 5.00 | Hours | 175.000 | 875.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,337.75 |
| **Tax Amount:** | US$118.73 |
| **Total Amount Due:** | **US$1,456.48** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**     Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0224005 and Invoice # 204882 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Kirby McInerney LLP | Mr. Thomas W. Elrod |
| Attn: Mr. Thomas W. Elrod | Kirby McInerney LLP |
| 825 Third Avenue | 825 Third Avenue |
| 16th Floor | 16th Floor |
| New York, NY 10022 | New York, NY 10022 |
| USA | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 207550 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 03/31/2022 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 06/29/2022 | | |
| **Contract #:** | DM0226176 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |
| **Requested Date:** | 03/01/2022 | | |

**Project Notes:**

Groupon Securities - Hosting
March 2022

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2022 March** | | | | |
| Monthly Storage Fees | 9.00 | GB | 10.000 | 90.00 |
|    50% of Tech Feed Applied | | | | |
| Project Management | 2.75 | Hours | 175.000 | 481.25 |
| Monthly User Access Fee | 4.50 | Each | 65.000 | 292.50 |
|    50% of Tech Fees Applied | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$863.75 |
| **Tax Amount:** | US$76.66 |
| **Total Amount Due:** | **US$940.41** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**         *Please note, TransPerfect always prefers to receive payments electronically whenever possible.*

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**


**Please reference the Contract # DM0226176 and Invoice # 207550 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



<span style="color:red">**Please note that our address has changed**</span>

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 208706 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 04/30/2022 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 07/29/2022 | | |
| **Contract #:** | DM0228455 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |
| **Requested Date:** | 04/01/2022 | | |

**Project Notes:**

Groupon Securities - Hosting
April 2022

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2022 April** | | | | |
| Monthly Storage Fees | 30.00 | GB | 10.000 | 300.00 |
| 50% of Tech Fees Applied | | | | |
| Project Management | 10.00 | Hours | 175.000 | 1,750.00 |
| Monthly User Access Fee | 5.00 | Each | 65.000 | 325.00 |
| 50% of Tech Fees Applied | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$2,375.00 |
| **Tax Amount:** | US$210.78 |
| **Total Amount Due:** | **US$2,585.78** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**     <span style="color:red">Please note, TransPerfect always prefers to receive payments electronically whenever possible.</span>

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0228455 and Invoice # 208706 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 210117 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 05/31/2022 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 08/29/2022 | | |
| **Contract #:** | DM0230700 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |

**Requested Date:** 05/01/2022

**Project Notes:**

Groupon Securities - Hosting
May 2022

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2022 May** | | | | |
| Data - Archive Storage | 30.00 | GB | 10 000 | 300.00 |
| 50% of Tech Fees Applied | | | | |
| Project Management | 1.50 | Hours | 175 000 | 262.50 |
| Monthly User Access Fee | 6.00 | Each | 65 000 | 390.00 |
| 50% of Tech Fees Applied | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$952.50 |
| **Tax Amount:** | US$84.54 |
| **Total Amount Due:** | US$1,037.04 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**

*Please note, TransPerfect always prefers to receive payments electronically whenever possible.*

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0230700 and Invoice # 210117 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**

Kirby McInerney LLP
Attn: Mr. Thomas W. Elrod
825 Third Avenue
16th Floor
New York, NY 10022
USA

**Requested By:**

Mr. Thomas W. Elrod
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 211675 | **Sales Contact:** | Stephen Wilkes (swilkes@transperfect.com) |
| **Invoice Date:** | 06/22/2022 | **Payment Terms:** | net 90 |
| **Invoice Due:** | 09/20/2022 | | |
| **Contract #:** | DM0234469 | **Purchase Order #:** | |
| **Case Name:** | Groupon Securities | | |
| **Requested Date:** | 06/13/2022 | | |

**Project Notes:**

  Groupon Securities - Hosting
  Deferred Billing Invoice

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **January 2022 - Deferred Billing** | | | | |
| Data - Archive Storage | 8.00 | GB | 10.000 | 80.00 |
| Monthly User Access Fee | 4.25 | Each | 65.000 | 276.25 |
| **February 2022 - Deferred Billing** | | | | |
| Data - Archive Storage | 8.50 | GB | 10.000 | 85.00 |
| Monthly User Access Fee | 4.85 | Each | 65.000 | 315.25 |
| Processing for Image Review | 0.25 | GB | 250.000 | 62.50 |
| **March 2022 - Deferred Billing** | | | | |
| Data - Archive Storage | 9.00 | GB | 10.000 | 90.00 |
| Monthly User Access Fee | 4.50 | Each | 65.000 | 292.50 |
| **April 2022 - Deferred Billing** | | | | |
| Data - Archive Storage | 30.00 | GB | 10.000 | 300.00 |
| Monthly User Access Fee | 5.00 | Each | 65.000 | 325.00 |
| **May 2022 - Deferred Billing** | | | | |
| Data - Archive Storage | 30.00 | GB | 10.000 | 300.00 |
| Monthly User Access Fee | 6.00 | Each | 65.000 | 390.00 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| | |
|---|---|
| **Total to Bill This Contract:** | US$2,516.50 |
| **Tax Amount:** | US$223.35 |
| **Total Amount Due:** | **US$2,739.85** |

---

**PAYMENT INSTRUCTIONS**     *Please note, TransPerfect always prefers to receive payments electronically whenever possible.*

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



**Please reference the Contract # DM0234469 and Invoice # 211675 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.