# EXHIBIT B

# EMPOWER & PROTECT
## YOUR DISCOVERY STRATEGY



## VISIBILITY. PREDICTABILITY. CLARITY.

**MEET STRINGENT DEADLINES**



### SPEED

Big Data Processing & Rush Capacity

**SUPPORT LITIGATION FROM ANY LOCATION**



### SCALE

100+ Offices on Six Continents

**TAKE ACTION FASTER THAN WITH ANY OTHER PROVIDER**



### SERVICE

24/7/365 Support for Every Project

**MONITOR PROCESSES AND BUDGETS**



### SMARTS

Centralized Platforms & Cost-Effective Programs

> We integrate cutting-edge technology across the EDRM lifecycle, including a suite of data analytics, machine learning, imagery for technology, and artificial intelligence tools.

## Forensic Technology & Consulting

Regardless of your data requirements or location, you can effectively manage early data assessment, data collection, and evidence storage with the help of TLS forensics experts and licensed investigators.

## Ediscovery & Early Data Assessment

Our proprietary ediscovery platform is capable of handling data sets no matter the size, language mix, or technical requirements. Coupled with certified and battle-tested project managers, we offer the fastest, smartest, and most scalable litigation support.

## Managed Review & Legal Staffing

Our project managers and consultants connect with your team at the onset of every project to define guidelines, establish turnaround times, and execute reviews—no matter the size, language, or location.

## Technology-Assisted Review (TAR)

By surfacing relevant content faster and cutting the number of documents in need of review, our TAR experts help you meet stringent deadlines while saving you significant time and money on document review.

## Integrated Translation & Language Services

When you need resources who understand the strict regulations governing legal translation, enlist TLS native-level-speaking linguists with proven expertise in legal subject areas.

## Managed Services & Litigation Support

Our experienced litigators and digital forensics specialists help you understand the speed, scale, and scope of your discovery management challenges with custom workflows and total visibility so you can effectively control spend, steer litigation, and avoid potential risks.

## Deposition & Support

Trust TLS to schedule court reporters as well as prepare and create exhibits, transcripts, and videos for trials using our advanced legal technology to streamline workflows, save time, and cut costs.

## Paper Discovery & Production

Strategically located in major markets around the world, TLS's efficient and powerful reprographic centers are specifically designed to handle high-volume and expedited production of hard-copy documents.



**TransPerfect Legal Solutions** – Local Support in 100+ Cities Worldwide
legal@transperfect.com | www.transperfectlegal.com

# FORENSIC TECHNOLOGY AND CONSULTING



WE KNOW HOW™



**Search**

TLS|

No matter your data requirements, TLS forensics experts are prepared to provide early data assessment, rapid collection deployment, secure evidence storage, and expert consulting services at a moment's notice. TLS is equipped to collect and analyze data on site, in one of our global labs, or remotely at a client location anywhere in the world.

## FORENSIC CONSULTING

Well practiced in effectively using investigation technology, tools, and techniques to collect and analyze data, our expert forensic consultants customize workflows that protect your sensitive data while also forecasting and controlling costs.



**RELEVANT DATA**

TLS's certified analysts and licensed investigators recover deleted files, document user behavior, and track data and network activity. Our team is experienced in providing data analysis, reports, affidavits, and expert testimony to fully support your litigations.

## COLLECTION & PRESERVATION

TLS forensic specialists can collect and preserve data from virtually all types of media and online sources. Our team is equipped to handle the restrictions imposed by privacy and state secrecy law. We provide password removal, decryption services, file format conversions, extraction reports, and defensible data remediation.



### GLOBAL LABORATORIES

- Atlanta
- Boston
- Chicago
- Dallas
- Hong Kong
- London
- Los Angeles
- New York
- Newport Beach
- Philadelphia
- San Francisco
- Sydney
- Washington, DC

## SPECIALITY SERVICES

- Data mapping
- Custodian interviews and data location
- Expert testimony
- Employee departure screening
- Mobile app data analysis
- Backup tape searching and extraction
- Trade secret investigations

## DATA SOURCES



Audio, Video, Multimedia

Databases, Legacy Systems, Archives & Backups

Websites, Social Media, Cloud Services

Network Shares & File Servers

Computers, Mobile Devices, Email

 TLS

**TransPerfect Legal Solutions** – Local Support in 90+ Cities Worldwide
legal@transperfect.com | www.transperfectlegal.com