# EXHIBIT C

# ACCOUNTING CLUES

Litigation Support • Forensic Accounting Analysis • Earnings Quality Research

**Dr. U. Ronnen, LTD.**
6 Levitan St.,
Tel Aviv, Israel 69204

uronnen@gmail.com

Phone: 972-54-4418605

June 1, 2022

Lionel Z. Glancy, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East,
Suite 2100
Los Angeles, CA 90067

## Re: Groupon, Inc. Securities Litigation

| Period | Description | Hours | Rate | Amount |
|--------|-------------|-------|------|--------|
| August 2020 | Review and analysis of Groupon's SEC filings | 10.25 | | |
| | Total | 10.25 | $395 | $4,049 |
| | | | **Total Due** | $4,049 |

Thank you,

Uri Ronnen, Ph.D., CPA