# EXHIBIT D

# ACCOUNTING　CLUES

**Litigation Support　•　Forensic Accounting Analysis　•　Earnings Quality Research**

---

**Uri Ronnen**                                                                                        uronnen@gmail.com
6 Levitan St., Tel Aviv, Israel 69204                                                     Phone: 972-54-4418605

---

**EDUCATION**

| | | |
|---|---|---|
| Ph.D. | Business/Accounting | Stanford University, CA |
| M.A. | Economics | Tel Aviv University |
| B.A. | Accounting/Economics | Tel Aviv University |

**PROFESSIONAL AFFILIATIONS**

Certified Public Accountant, Israel

**PROFESSIONAL EXPERIENCE**

**SECURITIES LITIGATION SUPPORT** (Since 2002)

- In the U.S. - Identifying GAAP violations and misleading statements, especially in cases where financial statements have not been restated and management has not admitted incomplete or erroneous disclosure. Several notable settled cases in which I provided services include: Gilat Satellite Networks Ltd. Securities Litigation (Eastern District of New York), Case No.CV-02-1510; TTI Securities Litigation (New Jersey), Case No. 04-CV-4305; Schleicher v. Wendt, (Conseco Securities Litigation) Case No. 02-cv-1332 (S.D. Ind); ITT Educational Services, Inc. Securities Litigation (Indiana), Case No. 1:14-cv-01599-TWP-DML (S.D. Ind); Mild v. PPG Industries, Inc. et al., Case No. 2:18-cv-04231 (C.D. Cal.).

- In Israel -- Also, expert's opinion and expert testimony. Examples of settled cases where I provided an expert opinion include derivative action re ISRAEL CHEMICALS LTD., in connection with bonuses paid to the company's officers (as described here) and derivative action re B COMMUNICATIONS LTD., in connection with unlawful dividend (as described here).

**BIG-4 Accounting**, KPMG Somekh-Chaikin, Tel Aviv (2000-2002)
**Department of Professional Practice**

- Assured compliance of Israeli SEC clients with US GAAP and SEC rules and regulations.

**ACADEMIC POSITIONS**

| | |
|---|---|
| **Baruch College** | NYC, NY (1998-1999) |
| **Rutgers University** | Newark, NJ (1993-1997) |
| **MIT Sloan School of Management** | Cambridge, MA (1989-1993) |