# EXHIBIT E

# FRIEDMAN LLP®

## ACCOUNTANTS AND ADVISORS

*Tom Elrod, Partner*
*Kirby McInerney LLP*
*250 Park Avenue, Suite 820*
*New York, NY 10177*

*Invoice No. 1209381*
*Date          05/23/2022*
*Client No.*  █████████

### Lazar Macovski, individually and On Behalf of All Others Similarly Situated, Plaintiff, v. Groupon, Inc., Rich Williams and Melissa Thomas, Defendants

For professional accounting consulting expert services rendered in connection with the above matter from January 17 through April 22, 2022, including review of documents sent by counsel, including Second Amended Complaint, Opinion and Order granting Lead Plaintiff's Motion for Leave, review of memorandum prepared by Counsel relating to forecasting/guidance issue, review other documents provided by Counsel, including Defendants' Mediation Statement and related Exhibits and Lead Plaintiff's Mediation Statement and numerous telephone calls and other communications with Counsel throughout the period relating to the above.

| Employee | Hours | Amount |
|---|---|---|
| Harris L. Devor | 9.50 | $ 7,695.00 |
| | 9.50 | $ 7,695.00 |

**Wire/ACH instructions**



| | |
|---|---|
| Credit account of: | Friedman LLP |
| Account number: | |
| Bank name: | |
| Bank ABA number: | |
| Swift code for Internat'l transfers: | |
| Bank address: | |
| **Reference:** | **Invoice number** |

2000 Market Street, Suite 500, Philadelphia, PA 19103  p 215.496.9200  f 215.496.9604                    friedmanllp.com

Your livelihood, empowered.                                   An Independent Member Firm of DFK with offices worldwide.