# EXHIBIT F

# HARRIS L. DEVOR
## RESUME

**EDUCATION**

Bachelor of Business Administration, Temple University, 1973

Certified Public Accountant

**PROFESSIONAL EXPERIENCE**

Friedman LLP, Partner, 1/1/16 - Present
Shechtman Marks Devor PC (merged into Friedman LLP 1/1/16), Shareholder, 1990 - 2015
Laventhol & Horwath, Audit partner, 1981-90
Price Waterhouse, Audit manager, 1973-81

Experience includes just under 50 years of planning, organizing, administering and supervising all phases of audits and other financial engagements for large to small size clients in a variety of different industries including extensive involvement with publicly-held clients and SEC requirements, as well as providing litigation support and bankruptcy/insolvency/reorganization services.

Has performed a variety of litigation support services including retention as an expert in many cases involving accounting and auditing issues and/or financial statements, SEC issues, assisting in computation of damages, investigation of fraud allegations, etc. Experience includes performing these services in connection with securities violations actions involving **some of the largest companies in the world and their accounting firms.** Such services include participation in assisting counsel in drafting or responding to complaint allegations involving accounting and auditing issues, review of documents and analyses, consulting with counsel regarding accounting and auditing issues and financial statement impact, assisting in counsel's preparation for deposition, drafting expert reports, assisting in computation of damages and providing expert testimony.

Has been retained by the **Department of Justice** (U.S. Attorney's Office) as the lead accounting expert, and testified, in the criminal fraud case against the senior management of **Rite Aid Corporation** in one of the largest accounting frauds in U.S. history.

Has been retained by the **Texas Attorney General** as the lead accounting and damages expert, and testified, in a case brought by the State of Texas against various international drug manufacturers accused of misreporting pricing to the Texas Medicaid program. Has been retained by various **other state attorneys general throughout the United States** in similar actions with alleged damages in excess of hundreds of millions of dollars.

Has been retained by Co-Counsel for the shareholder/bondholder plaintiffs and testified for 3 days at trial in the Southern District of New York as the sole accounting and auditing expert on behalf of the class action plaintiffs in the **WorldCom** securities fraud case, believed to be the largest accounting fraud in history to that time.

Has been retained by Counsel in various matters emanating from the **"financial collapse"** in 2008, including the **Lehman collapse** and matters involving the proper accounting/auditing of concentrations in Mortgage Backed Securities ("MBS") by such parties as **Bank of America, Countrywide, Citi** and others.

Has been retained by the **Canadian Institute of Certified Public Accountants** ("CICPA's") as investigator and testifying expert in case involving the audit of the largest "feeder fund" into **Bernard L. Madoff**

1

**HARRIS L. DEVOR**
**RESUME**

**PROFESSIONAL EXPERIENCE (CONTINUED)**

Investment Securities, including as to whether such audit was performed in accordance with Generally Accepted Auditing Standards.

Has been retained by the **SEC** in numerous cases brought by it as an accounting and auditing expert involving GAAP and GAAS issues.

Has been retained by Counsel for the shareholders in the **AOL-Time Warner/Ernst & Young** securities fraud case as the sole accounting and auditing expert for the class action plaintiffs.

Has been retained by co-counsel for the shareholders and testified in the **Sunbeam/Arthur Andersen/"Chainsaw" Al Dunlap** securities fraud case on behalf of the plaintiffs.

Was Laventhol & Horwath's primary resource with respect to counseling troubled companies (debtors), secured creditors, unsecured creditor committees and trustees on a variety of insolvency and bankruptcy issues.

During 1978, spent six months in Israel developing continuing education program for the Price Waterhouse correspondent firm there.

During 1981 and 1982 served on Laventhol & Horwath's committee charged with the responsibilities of developing a new approach to auditing by review of risks and objectives (ARRO).

Has instructed and lectured on various SEC, bankruptcy, closely-held business, not-for-profit, audit and statistical sampling subjects at PW, L&H and at the request of the PICPA.

**COMMUNITY SERVICES AND ORGANIZATIONS**

American Institute of Certified Public Accountants
Pennsylvania Institute of Certified Public Accountants
Member/Former Member of:

PICPA:
Ethics Committee
Executive Committee-Greater Philadelphia Chapter
Members' Consultation Committee
Report Review Committee
Cooperation with the Bar Committee
Insolvency and Reorganization Committee
Forensic and Litigation Services

Other:
Association of Insolvency Accountants
National Association of Accountants, Philadelphia Chapter
Temple University Downtown Club
Temple University Beta Alpha Psi Alumni Club
Temple University Department of Accounting Advisory Board
Board of Directors, Gershman YM/YWHA, President
Board of Directors, Jewish Community Centers of Greater Philadelphia
Board of Directors, Auerbach Central Agency for Jewish Education
Board of Directors, Jewish Community Relations Board

2

**HARRIS L. DEVOR**
**RESUME**

**COMMUNITY SERVICES AND ORGANIZATIONS (CONTINUED)**

Germantown Cricket Club
Leslie Wexner Heritage Foundation Fellow
Jewish National Fund
SeniorLaw Center of Philadelphia, Treasurer, Chair of Audit Committee
Board of Directors, Chair of Audit Committee, Jewish Federation of Greater Philadelphia
Board of Trustees, Jewish Federation of Greater Philadelphia
Pennsylvania Innocence Project, Treasurer, Chair of Audit Committee

# HARRIS L. DEVOR
# LISTING OF TRIAL AND DEPOSITION TESTIMONY IN THE LAST FOUR YEARS

Impressions Solutions, Inc. v. Oki Data Americas, Inc., and Fictitious Parties A, B, C, D, and E being those persons or entities who committed and/or conspired to commit the wrongful acts described herein whose identities are presently unknown but who will be substituted when ascertained; Civil Action No.: 1:16CV28-DMB-DAS; United States District Court, Northern District of Mississippi

In Re: National Medical Imaging, LLC and National Medical Imaging Holding Company, LLC v. U.S. Bank, N.A.; Lyon Financial Services, Inc.; d/b/a U.S. Bank Portfolio Services; DVI Receivables XIV, LLC; DVI Receivables XVI, LLC; DVI Receivables XVII, LLC; DVI Receivables XVIII, LLC; DVI Receivables XIX, LLC; DVI Funding, LLC; Ashland Funding, LLC and Jane Fox; Civil Action No. 16-cv-05044-CMR; United States District Court, Eastern District of Pennsylvania

In Re: Kevin Murphy vs. Precision Castparts Corp., Mark Donegan, and Shawn R. Hagel; Class Action Case No. 3:16-cv-00521; United States District Court, District of Oregon, Portland Division

Richard Di Donato, Individually and on behalf of all others similarly situated, Plaintiff, v. Insys Therapeutics, Inc.; et al., Defendants; Case No. CV-16-00302- PHX-NVW, In the United States District Court for the District of Arizona

In Re: Securities and Exchange Commission v. Anton & Chia, LLP, Gregory A. Wahl, Michael Deutchmann, Georgia Chung, and Tommy Shek

TCL Acquisition Holdings, LLC, Claimant, v. JAACA, LLC f/k/a Casual Living Unlimited, LLC, CAJA, LLC f/k/a Trigon Plastics, LLC; James A. Allgyer, Respondents – American Arbitration Association

In Re: Chicago Bridge & Iron Company N.V. Securities Litigation, Case No. 1:17-CV-1580; United States District Court, Southern District of New York

In Re Perrigo Company PLC Securities Litigation, Case No.: 1:19-cv-00070-DLC

John Doe I, et al., Plaintiffs, v. Exxon Mobil Corp., et al., Defendants. Civil Action No. 01-1357 (RCL/AK); In the United States District Court For the District of Columbia

The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC, Plaintiffs, v. Adam Potter, PBIH, LLC, and Business Insurance Holdings, Inc., Defendants, Civil Action 1:19-cv-01600-CFC

1