# EXHIBIT G

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
11 Old Jewry
London
EC2R 8DU
United Kingdom

VAT Registration Number: ███████

## INVOICE DETAILS

Bill to:
Kirby McInerney LLP
Att.: Tom Elrod
250 Park Avenue
Suite 820
New York, NY 10177

Invoice no.: KM/2020-03

19th August 2020

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Event Study – Class-wide damages | | USD 350.00 |
| Sub-Total | | USD 350.00 |
| VAT | | N/A |
| Total | | USD 350.00 |

### Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:
Sort Code:
Swift Code:
Account name:
Account number:
Reference:

**Please note: We DO NOT accept checks**

All payments must be made in **US Dollars** and **free of all bank** and **other charges**.

Beneficiary Address:



Bank Address:



# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: ▉▉▉▉▉▉▉

## INVOICE DETAILS

**Bill to:**
Kirby McInerney LLP
Att.: Tom Elrod
250 Park Avenue
Suite 820
New York, NY 10177

Invoice no.: KM/2021-02

16th September 2021

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Event Study – Class-wide damages (Groupon Iteration) | | USD 100.00 |
| | Sub-Total | USD 100.00 |
| | VAT | N/A |
| | Total | **USD 100.00** |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:
Sort Code:
Swift Code:
Account name:
Account number:
Reference:



**Please note: We DO NOT accept checks**

All payments must be made in **US Dollars** and **free of all bank** and **other charges**.

Beneficiary Address:



Bank Address:

