# EXHIBIT H

Privileged & Confidential



<div style="background: orange; text-align: center;">

# MEMORANDUM

</div>

SUBJECT :                     Fideres Credentials

DATE :                        Oct 2022

## 1   Overview

Fideres is an international economic consulting firm investigating corporate and financial wrongdoing since 2009. Fideres has acted in an expert capacity in over 100 cases across 8 jurisdictions.  Fideres has offices in London, New York, Frankfurt and Johannesburg.

Fideres specializes in the following areas:

- **Securities Litigation**: Fideres has been at the forefront of securities litigation developments across the globe. We provide a range of services to suit the different legal frameworks where we operate: from standardized market efficiency and event studies reports in the US and Australia.

- **Financial Litigation**: Fideres is a leading provider of economics and industry expertise for complex disputes in financial markets across various jurisdictions. We provide consulting and expert witness services in a variety of circumstances.

- **Competition Economics**: Through our investigative work, we identify evidence of violations of competition law across the jurisdictions where we operate. We assist law firms and regulators throughout the process of litigation, from filing to settlement.

- **Digital Markets**: Fideres is one of the leading economic consultancies working to address misconduct in digital markets through research and litigation. Through our investigative work, we identify evidence of violations of competition law, regulatory rules and consumer protection laws across the jurisdictions in which we operate.

- **Discrimination**: We identify direct and indirect discrimination behaviors in the public and private sector that lead to economic unfairness. We investigate discrimination bias arising from the use of algorithms, artificial intelligence and pricing policies that cause a disparate impact on protected minorities.



Privileged & Confidential

# 2 Securities Litigation

Fideres have been at the forefront of securities litigation developments across the globe. We provide a range of services to suit the different legal frameworks where we operate: from standardized market efficiency and event studies reports in the US and Australia, to more customized damages assessments produced using different methodologies in the UK and the EU.

In the US, Fideres have extensive experience in evaluating plaintiff specific and class-wide damages for numerous Section 10b, Section 11 and Section 14 class actions. We have built an efficient infrastructure to model and estimate damages in a timely manner (within 24 hours). We also provide preliminary opinions on damages and merits for case evaluation.

Fideres is closely involved in many first of its kind securities litigations outside of the US (UK, Germany, Netherlands, Denmark, etc.). For these jurisdictions (where there is limited or no established precedence), we provide litigation funders and law firms robust and tested support through all phases of litigation, including book-building, data management, evaluation of factual allegations, damages estimation and expert reports.

## 2.1 Services

### 2.1.1 Original Investigations

- Damages assessment for filing and submission
- Preparation of quantum particulars for pleading
- LIFO/FIFO damages calculations
- Class-wide damages estimation
- Quantum report and expert testimony
- Presentation of transaction data and loss report

### 2.1.2 Creative Problem Solution

- Event studies
- Market efficiency analysis
- Preliminary damages modelling
- Estimation of claim values for book-building and arranging of funding or ATE
- Collecting, reconciling and processing transaction data
- Managing Q&A with claimants and custodians and data interpretation
- Secure data storage and access

### 2.1.3 High Quality Expert Work

- Stock market monitoring to identify abnormal price movements caused by company disclosures
- Identification of significant price drops following misrepresentations found in the prospectus of listed companies



Privileged & Confidential

## 2.2 Track Record

Fideres has conducted over 150 event study reports and damages assessments for Section 10b and 11 cases in the US. We provide expert services at all stages of securities litigation from pre-filing damages reports to class certification and merits expert reports as well as settlement plan of allocations. Our testifying experts have an extensive track record in share, ADRs, bonds and derivatives. Sample cases include:

Over 100 event studies and market efficiency analysis:

- Franklin Wireless Securities Litigation, US – Ali v. Franklin Wireless Corp. et al., 3:21-cv-00687

- CBL Securities Litigation Class Action, US – Merelles v. CBL & Associates Properies, Inc. 1:19-cv-00181-JRG-CHS

- Clover Securities Litigation Class Action, US – Bond v. Clover Health Investments, Corp. et al, 3:21-cv-00096

- AXIOM Holding securities litigation, US – Desvarieux v. Axiom Holdings, Inc., 17-CV-4756 (JPC)

- Tesla 10b(5) securities litigation, US – In re: Tesla Inc. Securities Litigation, 3:18-cv-04865 / 3:18-cv-04865-EMC

- Mylan 10b(5) securities litigation, US – In re: Mylan N.V. Securities Litigation, 1:16-CV-07926 (JPO)

- Euain Browne and Faisal Yasin v. Horizons ETF Corp. securities litgation, Canada – Economic report, assessing fraudulent conduct and damages to investors, CV-20-00646401-00CP

- American Century securities litigation, US – Hays v. American Century Capital Portfolios, Inc., 3:21-cv-08625-CRB

- Perrigo 10b(5) securities litigation, US – Sculptor Master Fund Ltd v. Perrigo Co. Plc, 2:19-cv-04900-MCA-LDW

- Teva 10b(5) securities litigation, US – Ontario Teachers' Pension Plan Board v. Teva Pharmaceutical Industries Ltd., 3:17-cv-00558

- Endo 10b(5) securities litigation, US – Pelletier v. Endo International Plc, 2:17-cv-05114

- Taro 10b(5) securities litigation, US – Speakes v. Taro Pharmaceutical Industries, Ltd., 1:16-cv-08318

- Lannett 10b(5) securities litigation, US – Utesch v. Lannett Company Inc., 2:16-cv-05932

- Impax 10b(5) Class Action Generic Drug Manufacturer Antitrust Analysis, US – Fleming v. Impax Laboratories Inc., 4:16-cv-06557-HSG



Privileged & Confidential

# 3 Financial Litigation

Fideres is a leading provider of economics and industry expertise for complex disputes in financial markets across various jurisdictions. We provide consulting and expert witness services in a variety of circumstances, including but not limited to: regulatory investigations, economic evidence for claim filing, damages evaluation, discovery, class certification, and settlement negotiation.

Fideres has a long history acting as consulting and testifying experts for various landmark financial litigation, covering different types of misconducts (fraud, mis-representation, benchmark and market manipulation), financial markets (equities, interest rates, foreign exchange and commodities) and financial instruments (stocks, bonds, futures, options and other OTC derivatives). Our expert engagements involve different players in the financial market, including:

- Commercial and investment banks, broker-dealers, proprietary trading firms

- Mutual funds, ETFs, Pension funds, hedge funds

- Securities and commodity exchanges

- Multinational corporations

Our partners and team of economists have in depth experience and knowledge in providing expert opinions on various matters related to financial markets. This allows us to effectively implement sophisticated models and large datasets with in-house infrastructure and technology.

Fideres provides direct and unbiased advice firmly grounded in the data and factual evidence available to us. Our opinions are formed based on the results of rigorous economic models that are well researched in academic literature. We communicate our ideas and results in a way that is easy to understand and to the point.

## 3.1 Services

### 3.1.1 Original Investigations

- Identify cases of financial benchmark manipulation

- Identify instances of market manipulation (spoofing, etc.)

- Mis-selling of financial products

- Breach of fiduciary duty / duty of care

- Breach of implied representations

### 3.1.2 Creative Problem Solution

- Traders' chatrooms review to identify misconduct

- Review of trading records to identify manipulative transactions

- Market practice and market power

- Valuation and risk analyses of structured financial derivatives

- Financial benchmark design



Privileged & Confidential

### 3.1.3   *High Quality Expert Work*

- Expert reports

- Expert witness testimony

- Merits reports

- Plan of allocation and settlement distribution

- Damages analysis

- Data analysis

## 3.2   Track Record

Since 2012, Fideres has been at the forefront of litigation in financial benchmark litigation matters across multiple jurisdictions. Our work in this area includes: uncovering evidence of manipulation and collusive patterns, quantify damages and producing expert reports for class actions disputes. Among others, our work includes the original investigation that led to the discovery of manipulation of the ISDAfix benchmark and the Gold Fix benchmark. Sample cases include:

- Gold fixing manipulation class action, US – In re: Commodity Exchange, Inc., Gold Futures and Options Trading Litigation, 14-md-02548-VEC

- Silver fixing manipulation class action, US – London Silver Fixing v. London Silver Fixing, 4-mc-02573-VEC

- Precious metal futures spoofing class action, US – In re: JPMorgan Precious Metals Spoofing Litigation, 1:18-cv-10356

- VIX manipulation class action, US – Bueno v. CBOE Global Markets, Inc., 1:18-cv-02435

- XIV manipulation class action, US – Chahal v. Credit Suisse Group AG, 1:18-cv-02268-AT-SN

- Foreign exchange market manipulation, US – Allianz Global Investors GmbH v. Bank Of America Corporation, 1:18-cv-10364-LGS

- CDOR benchmark manipulation antitrust class action, US – Fire & Police Pension Association of Colorado v. Bank of Montreal, 1:18-cv-00342-AT-SN

- Swiss Libor benchmark manipulation class action, US – Sonterra Capital Master Fund Ltd. v. Credit Suisse Group AG, 1:15-cv-00871-SHS

- SIBOR benchmark manipulation class action, US – FrontPoint Asian Event Driven Fund, Ltd. v. Citibank, N.A., 1:16-cv-05263-AKH

- E-mini futures spoofing class action, US – Boutchard v. Gandhi, 1:18-cv-07041

- ISDAfix manipulation class action, US – Alaska Electrical Pension Fund v. Bank Of America Corporation, 14-cv-7126 / 1:14-cv-07126-JMF

- LIBOR manipulation class action, US – In re: Libor-Based Financial Instruments Antitrust Litigation, 1:11-md-02262



Privileged & Confidential

# 4 Competition Economics

Through our investigative work, we identify evidence of violations of competition law across the jurisdictions where we operate. We assist law firms and regulators throughout the process of litigation, from filing to settlement. We are known for our innovative solutions to some of the thorniest problems in competition economics, and for our expertise in identifying and combining data from a variety of sources.

Competition regimes around the world are in a state of flux. In an ever-more consolidated and digital competition landscape, increasingly sophisticated infractions, shifting standards, and new legislative priorities will affect how markets are defined, how harm is quantified, and who can most appropriately bring a claim. We understand that traditional, cookie-cutter approaches will be a poor fit for the most crucial cases of the coming decade. That is why our clients have come to rely on Fideres' tailored and uniquely entrepreneurial approach to help them carve out new opportunities, solve new problems, and carry cases through to a successful outcome

## 4.1 Services

### 4.1.1 Original Investigations

- Cartels
- Abuse of dominance and collective abuse of dominance
- Attempted monopolization
- Excessive pricing
- Exclusionary conduct
- Refuse to deal
- Margin squeeze
- Predatory pricing
- Resale price maintenance
- Non-compete and no-poaching agreements
- Market sharing agreements

### 4.1.2 Creative Problem Solution

- In-depth industry analysis (e.g. industry structure, flow of goods/services, key players)
- Market definition and SSNIP test
- Counterfactual price modelling
- 'Plus Factors' analysis
- Parallel price conduct



Privileged & Confidential

- Pricing data monitoring

- Pass-through/pass-on analysis

- Demand/supply elasticity analysis

*4.1.3    High Quality Expert work*

- Expert reports

- Expert witness testimony

- Merits reports

- Plan of allocation and settlement distribution

- Damages analysis

- Data analysis

## 4.2    Track Record

Fideres has been crucial to the filing and prosecution of a number of high-profile US commodities cases. Our successes in this area have included our novel microeconomic analysis of pricing and cost structures in the meatpacking and DRAM industries, and our use of complex auction pricing data from precious metal futures markets to show how these commodities were systematically overpriced by cartels. Sample cases include:

- Pork packaged meat producers antitrust class action, US – In re: Pork Antitrust Litigation, 0:18-cv-1776

- Turkey packaged meat producers antitrust class action, US – In re: Turkey Antitrust Litigation, 1:19-cv-08318

- Beef packaged meat producers antitrust class action, US – Peterson v. Agri Stats, Inc., 0:19-cv-01129

- Gold Fix manipulation antitrust class action, US – In re: Commodity Exchange, Inc., Gold Futures and Options Trading Litigation, 14-md-02548-VEC

- Silver Fixing manipulation antitrust class action, US – London Silver Fixing v. London Silver Fixing, 4-mc-02573-VEC

- Precious metal futures spoofing antitrust class action, US – In re: JPMorgan Precious Metals Spoofing Litigation, 1:18-cv-10356



# 5  Digital Markets

Digital markets pose fundamental challenges for the private enforcement of antitrust, regulatory and consumer protection rules that protect consumers, firms and workers from anti-competitive behavior and corporate misconduct. These markets often feature platform-based business models, multi-sided markets, direct and indirect network effects, economies of scale and scope and intricate eco-systems which render competition issues more complex and which create scope for exclusionary and exploitative practices. In addition, while digital technologies can sometimes helpfully disrupt concentrated uncompetitive markets, they can also create new opportunities to collude, to exploit and to discriminate.

As the impact of the digital sector extends beyond information goods and services into other areas of the economy, civil society groups, firms across the economy, and policymakers are increasingly being forced into action to defend the rights of consumers and firms to participate in fair, open and competitive markets. Fideres is one of the leading economic consultancies working to address misconduct in digital markets through research and litigation. Through our investigative work, we identify evidence of violations of competition law, regulatory rules and consumer protection laws across the jurisdictions in which we operate. We assist law firms and regulators throughout the life of the litigation, from filing to settlement.

## 5.1   Services

### 5.1.1   Original Investigations

- Self-preferencing

- Exclusive and quasi-exclusive dealing

- Loyalty discounts

- Tying and Bundling

- Margin squeeze

- Refusal to deal

- Forced free-riding & content scraping

- Privacy policy tying

- Platform envelopment

- Drip-pricing and other behavioural manipulation

- Excessive prices or data collection

- Algorithmic discrimination and personalised pricing

- Coordinated pricing & price guarantees

- Online sales bans & minimum internet advertised prices

- Hub and spoke cartels

- Algorithmic collusion



Privileged & Confidential

### 5.1.2   Creative Problem Solution

- Impact on prices of Most Favoured Nation (MFN) / Price Parity clauses
- Market definition
- Quantification of network effects
- Rule of reason tests
- Equally efficient competitor test, vertical arithmetic test

### 5.1.3   High Quality Expert Work

- Expert reports
- Expert witness testimony
- Merits reports
- Plan of allocation and settlement distribution
- Damages analysis
- Data analysis

## 5.2   Track Record

Fideres has a wealth of experience in analysing competition within digital markets and emerging technologies such as blockchain. From defining markets for multi-sided platforms, to exploring anti-competitive conduct by large firms that benefit from strong network effects and large economies of scale and scope and who set zero prices and extract data. This experience is helping us to investigate and develop cases, and to provide expert testimony to courts and expert advice to clients working on complaints against many of the biggest monopolists in the sector. Sample cases include:

- Affinity Credit Union v. Apple Inc., US – 5:22-cv-04174
- Cameron v. Apple Inc., US – 4:19-cv-03074-YGR
- Dr Liza Lovdahl Gormsen v. Meta Platforms, Inc. and Others, UK – 1433/7/7/22
- West et al v. Amazon.com Inc., US – 2:21-cv-00694
- Frame-Wilson v. Amazon.com Inc., – 2:20-cv-00424
- Bookends & Beginnings LLC v. Amazon.com Inc., US – 1:21-cv-02584
- Brown et al v. Amazon.com Inc., US – 2:22-cv-00965



Privileged & Confidential

# 6 Discrimination

We identify direct and indirect discrimination behaviors in the public and private sector that lead to economic unfairness. We investigate discrimination bias arising from the use of algorithms, artificial intelligence and pricing policies that cause a disparate impact on protected minorities.

Our original research spans across all major economic sectors and is grounded in solid statistical methodologies. We focus on practices that have a disproportionate impact on subsets of the population that present one of the many protected characteristics such as: gender, age, ethnicity, disability and religion.

Our discrimination practice focuses on the many aspects of the enforcement cycle: from identifying discriminatory conduct, to estimating damages and producing expert reports assessing disparate impact.

## 6.1 Services

### 6.1.1 Original Investigations

- Producing research that outlines discriminatory practices
- Assessing disparate impact on relevant protected minority groups
- Identify digital algorithmic discrimination
- Discriminatory impact of artificial intelligence

### 6.1.2 Creative Problem Solution

- Statistical and data analysis to determine disparate impact
- Address class action commonality issues, where applicable

### 6.1.3 High Quality Expert Work

- Expert reports
- Expert witness testimony
- Merits reports
- Plan of allocation and settlement distribution
- Damages analysis
- Data analysis

## 6.2 Track Record

Fideres's economics and data analysis expertise allow us to provide law firms and claimants with statistical evidence of discrimination, disparate impact and damages quantification. We have been involved in arbitration and litigation proceedings in the United States, the United Kingdom and South Africa that involve discriminatory conduct in a number of industry sectors: from finance to big tech. In Discrimination cases, as for other types of litigation, Fideres's unique strength is its ability



Privileged & Confidential

to use publicly available data to identify this form of wrongdoing and provide expert evidence from a pre-filing stage to trial. The list below illustrates the breath of our experience in this field:

- Arbitration dispute against Chime, USA – Expert appointment to provide economic analysis on the disparate impact of closing customers bank accounts without notice on protected groups of the population

- Pre-paid cards

- Energy payments affected minorities

- Landline overcharging