# EXHIBIT I

# Invoice

**Financial Markets Analysis, LLC**

100 North State Street
Newtown, PA 18940

| Date | Invoice # |
|---|---|
| 6/1/2022 | 220026 |

**EIN:** ███████

Bill To:

Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

## Project

## Groupon, Inc. Securities Litigation

| Date | Rate | Quantity | Description | Amount |
|---|---|---|---|---|
| 9/22/2021 | 400.00 | 6.5 | Damages Evaluation; Including Event Study, Statistics, Media & Research Chronology, Insider Trading, Institutional Ownership, Tradable Float, Artificial Inflation Scenarios, Aggregate Class Damages Modelling | 2,600.00 |
| 9/23/2021 | 400.00 | 7 | Damages Evaluation; Including Event Study, Statistics, Media & Research Chronology, Insider Trading, Institutional Ownership, Tradable Float, Artificial Inflation Scenarios, Aggregate Class Damages Modelling | 2,800.00 |
| /2021 | 400.00 | 6 | Damages Evaluation; Including Event Study, Statistics, Media & Research Chronology, Insider Trading, Institutional Ownership, Tradable Float, Artificial Inflation Scenarios, Aggregate Class Damages Modelling | 2,400.00 |
| 9/27/2021 | 400.00 | 7.5 | Damages Evaluation; Including Event Study, Statistics, Media & Research Chronology, Insider Trading, Institutional Ownership, Tradable Float, Artificial Inflation Scenarios, Aggregate Class Damages Modelling | 3,000.00 |

| | Total | $10,800.00 |
|---|---|---|