# EXHIBIT J

**Financial Markets Analysis, LLC**
100 North State Street
Newtown, PA 18940
(215) 968-4142
info@fmavalue.com

FMA is a nationally recognized economic and business valuation firm providing expert valuations and appraisals of securities, business entities and companies.  Since 2001, representative engagements have included fair market value determinations, fairness opinions, asset valuations in bankruptcy and distress, valuations of private equity securities, valuations for purposes of estate and gift tax purposes, valuation in the context of financial dispute resolution and marital dissolution, damage analyses in securities litigations and valuations on behalf of dissenting and oppressed shareholders. Senior staff members have been qualified as expert witnesses in Federal and State jurisdictions as well as arbitration and mediation settings. We rely on professional standards to support expert opinions, ensure admissibility and convey credibility.

FMA's experience spans a broad spectrum of industries, financial markets, and asset classes. Over the years, our senior professional staff members have each had more than 20 years' experience within the valuation, financial services and consulting industries and have each earned the Chartered Financial Analyst (CFA) designation awarded by the CFA Institute. The level of our contribution in resolving complex economic and financial valuation disputes ranges from preliminary assessment to expert testimony.

The work of FMA staff members has been instrumental in the resolution of some of the largest securities litigations ever filed, including:  *AOL Time Warner*, *WorldCom, Inc.*, *Enron, Inc.*, and *Tyco International, Ltd*.  FMA has provided testimony at trial in four of the handful of securities fraud cases to go to trial since 1995.