# EXHIBIT K



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the Groupon, Inc. Securities Litigation

**Dates of Services: February 1, 2022 through February 28, 2022**
**Date of Invoice: March 11, 2022**
**Invoice Number: 22112**

### Client:

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Attention: Ms. Kara Wolke

### Services Provided by Adam Werner, Ph.D.

| | | |
|---|---|---|
| 2/16/2022 | Conducted and directed case analysis. | 0.2 hours |

### Services Provided by Miguel Villanueva, Ph.D.

| | | |
|---|---|---|
| 2/17/2022 | Conducted quantitative analysis. | 1.0 hours |

### Services Provided by Alexander Huang

| | | |
|---|---|---|
| 2/17/2022 | Assisted with case analysis. | 2.9 hours |

### Services Provided by Drew Guadagno

| | | |
|---|---|---|
| 2/16/2022 | Assisted with case analysis. | 1.8 hours |
| 2/17/2022 | Assisted with case analysis. | 1.4 hours |

56 HARVARD STREET, BROOKLINE, MA 02445 | 781.237.4800

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Adam Werner, Ph.D. | Expert/Analyst | $695 | 0.2 | $139 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 1.0 | $525 |
| Alexander Huang | Senior Associate | $325 | 2.9 | $942 |
| Drew Guadagno | Analyst | $240 | 3.2 | $768 |
| | **TOTAL PROFESSIONAL FEES** | | | $2,374 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | Data Service Fee: Bloomberg | | | $300 |
| | Data Service Fee: Refinitiv | | | $400 |
| | **TOTAL EXPENSES** | | | $700 |
| | **TOTAL NEW CHARGES** | | | **$3,074** |

---

**Statement of Account**  **as of March 11, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 3/11/2022 | February 2022 | $3,074 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| No payments in this period | | |

| **Net Outstanding Balance:** | | **$3,074** |
|---|---|---|



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the Groupon, Inc. Securities Litigation

**Dates of Services: March 1, 2022 through March 31, 2022**
**Date of Invoice: April 21, 2022**
**Invoice Number: 22143**

## Client:

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Attention: Ms. Kara Wolke

### Services Provided by Adam Werner, Ph.D.

| Date | Description | Hours |
|---|---|---|
| 3/9/2022 | Conducted and directed financial and quantitative analysis. Telephone call with attorneys. | 0.5 hours |
| 3/21/2022 | Conducted and directed financial and quantitative analysis. | 0.2 hours |

### Services Provided by Miguel Villanueva, Ph.D.

| Date | Description | Hours |
|---|---|---|
| 3/10/2022 | Conducted quantitative analysis. | 1.1 hours |

### Services Provided by Alexander Huang

| Date | Description | Hours |
|---|---|---|
| 3/9/2022 | Assisted with financial and quantitative analysis. | 2.4 hours |
| 3/10/2022 | Assisted with financial and quantitative analysis. | 1.1 hours |
| 3/21/2022 | Assisted with financial and quantitative analysis. | 3.9 hours |
| 3/22/2022 | Assisted with financial and quantitative analysis. | 2.4 hours |

### Services Provided by Lucy Culleton

| Date | Description | Hours |
|---|---|---|
| 3/10/2022 | Assisted with financial and quantitative analysis. | 1.2 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|------|-------|------------|--------------|-----------|
| Adam Werner, Ph.D. | Expert/Analyst | $695 | 0.7 | $486 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 1.1 | $577 |
| Alexander Huang | Senior Associate | $325 | 9.8 | $3,185 |
| Lucy Culleton | Analyst | $240 | 1.2 | $288 |
| | **TOTAL PROFESSIONAL FEES** | | | $4,536 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$4,536** |

**Statement of Account**  **as of April 21, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|-----------------|----------------|----------------|
| 3/11/2022 | February 2022 | $3,074 |
| 4/21/2022 | March 2022 | $4,536 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---------------|----------------|--------|
| 3/21/2022 | February 2022 | $3,074 |

| | | |
|---|---|---|
| **Net Outstanding Balance:** | | **$4,536** |

