# EXHIBIT L

Case: 1:20-cv-02581 Document #: 124-12 Filed: 10/21/22 Page 2 of 16 PageID #:2054



**CROWNINSHIELD FINANCIAL RESEARCH**

56 Harvard Street, Brookline, MA 02445 | 781.237.4800 | info@cfrllc.com



# About Crowninshield Financial Research

56 Harvard Street, Brookline, MA 02445 | 781.237.4800 | info@cfrllc.com

**Crowninshield Financial Research** is a Boston-based consulting firm that provides expert analysis and testimony in the fields of economics, finance, and accounting. Employing state-of-the-art methodologies, our experts provide analysis and opinions in a wide variety of cases including securities, investments, financial markets, valuation, and antitrust & competition economics.

Crowninshield serves clients worldwide, including leading law firms, government agencies, and multinational corporations. Through all phases of an engagement, our thorough, rigorous, and independent approach to research and analysis provides clear and compelling conclusions. We pay careful attention to the needs of our clients and provide the highest quality service.

Crowninshield was founded by Professor Steven P. Feinstein after many years in academia and consulting. Over the past 14 years as a testifying expert, Dr. Feinstein has successfully applied his award-winning teaching skills to dozens of deposition and courtroom testimonies. His ability to clearly explain complex financial and economic principles is renowned and sought after by leading law firms and government agencies.

Crowninshield's experts and staff of financial analysts are experienced professionals and holders of degrees from top universities. Our professionals have backgrounds in academia, banking, consulting, engineering, and financial markets. Crowninshield's staff has extensive experience in financial modeling, statistical analysis, valuation analysis, solvency analysis, and analysis of market efficiency, loss causation, and damages; as well as other quantitative areas.





# Clients

## Law Firm Clients

- Abraham Fruchter & Twersky LLP
- Adler Pollock & Sheehan P.C.
- Barrack, Rodos & Bacine
- Berger & Montague, P.C.
- Bernstein Litowitz Berger & Grossmann LLP
- Black, Srebnick, Kornspan & Stumpf, P.A.
- Cohen Milstein Sellers & Toll PLLC
- Cohen, Foster & Romine, P.A.
- Federman & Sherwood
- Glancy Binkow & Goldberg LLP
- Grant & Eisenhofer P.A
- Guttman Buschner & Brooks PLLC
- Izard Nobel LLP
- Kessler Topaz Meltzer & Check
- Kohn Swift & Graf P.C

- Koskie Minsky LLP
- Labaton Sucharow LLP
- Levi & Korsinsky LLP
- Milberg LLP
- Motley Rice
- Phillips & Cohen LLP
- Pomerantz LLP
- Robbins Geller Rudman & Dowd LLP
- Robinson & Cole LLP
- Schindler Cohen & Hochman LLP
- Shapiro Haber & Urmy LLP
- Sutts Strosberg LLP
- The Rosen Law Firm
- Wolf Haldenstein Adler Freeman & Herz LLP
- Wolf Popper LLP

## Government Agency Clients

- U.S. Securities and Exchange Commission
- State of Illinois Office of the Attorney General
- Internal Revenue Service



# Representative Cases

## Sample of cases in which Crowninshield's experts were engaged:

- 21st Century Holding Company Securities Litigation
- Abercrombie & Fitch Securities Litigation
- ADC Telecommunications ERISA Litigation
- Adelphia Bond Litigation
- AIG Securities Litigation
- Alcatel Alsthom Securities Litigation
- Ambac Financial Group Inc. Securities Litigation
- American Dental Partners Securities Litigation
- American International Group, Inc. Securities Litigation
- American Realty Capital Properties, Inc. Securities Litigation
- Anwar, et al. v. Fairfield Greenwich Limited, et al. (Madoff Investment Securities Matter)
- AOL Time Warner Securities and ERISA Litigation
- Apollo Group Securities Litigation
- AT&T Corp. ERISA Litigation
- Banc of California Securities Litigation
- Bank of America Corporation Securities Litigation
- Bank of New York Mellon Corp. ERISA Litigation
- Baxter International Securities Litigation
- Blackstone Securities Litigation
- Blecker v. Aspen Technologies, Inc. et al.

- Bridgepoint Education, Inc. Securities Litigation
- Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation
- Carpenters Health & Welfare Fund, et al. v. The Coca-Cola Company, et al.
- Catalyst Pharmaceutical Securities Litigation
- Children's Rights Litigation Matter
- China Agritech Securities Litigation
- China Expert Securities Litigation
- China Natural Gas Securities Litigation
- Christopher Cohan and Angelina Cohan v. KPMG (Sonic Cable TV valuation)
- Cigna Corp. Securities Litigation
- Conseco Securities Litigation
- Constar International Inc. Securities Litigation
- Countrywide MBA Litigation
- CVS Caremark Corporation Securities Litigation
- Cybex International Merger Analysis
- Daimler AG Securities Litigation
- Dana Holding Corp. Securities Litigation
- Delcath System, Inc. Securities Litigation
- Deutsche Bank Securities Litigation



# Representative Cases

**Sample of cases in which Crowninshield's experts were engaged:**

- Education Management Corporation (ability to pay analysis)
- Ellington Overseas Partners, Ltd., et al. v. HSBC Securities (Venezuelan Oil Option Matter)
- El Pollo Loco Holdings, Inc. Securities Litigation
- Equifax Inc. Securities Litigation
- First American ERISA Litigation
- First Solar Securities Litigation
- Fleming Companies Securities and Derivatives Litigation
- Bureau of National Affairs (BNA) ERISA Litigation
- General Electric Company ERISA Litigation
- General Motors Securities Litigation
- Gilead Sciences Securities Litigation
- Global Cash Access Holdings Securities Litigation
- Groupon Inc. Securities Litigation
- Hartford Electric Supply Company v. Allen–Bradley Company, et al.
- HCA Holdings, Inc. Securities Litigation
- Healthways Securities Litigation
- Idearc Securities Litigation
- IndyMac Mortgage–Backed Securities Litigation
- IndyMac Residential Asset Securitization Trust Litigation

- Intercept Pharmaceuticals Inc. Securities Litigation
- Isilon Systems Securities Litigation
- Jazz Pharmaceuticals (ability to pay analysis)
- Jos. A. Bank Clothiers Securities Litigation
- JPMorgan Chase & Co. Securities Litigation
- Kosmos Energy LTD Securities Litigation
- Linear Technologies Securities Litigation
- Longtop Financial Technologies Securities Litigation
- Louis Pagnotti Inc., et al. vs. Deloitte & Touche LLP Litigation (Adelphia Comm. Corp. Securities and Derivatives Litigation)
- Mannkind Corp. Securities Litigation
- Marvell Technology Group Securities Litigation (Options Backdating Matter)
- MBTA Retirement Fund Matter
- Merck ERISA Litigation
- Merck Securities Litigation
- Merscorp Litigation
- Middlesex Retirement System v. Boston Safe Deposit and Trust Company, et al.
- Motorola Securities Litigation
- NPS Pharmaceuticals Securities Litigation
- Petrobras Securities Litigation



# Representative Cases

**Sample of cases in which Crowninshield's experts were engaged:**

- Pfizer Securities Litigation
- Pharmacia Corp. Securities Litigation
- ProQuest Company Securities Litigation
- Prudential Financial, Inc. Securities Litigation
- Puda Coal Securities Litigation
- Puma Biotechnology Securities Litigation
- Quest Software Securities Litigation
- Questcor Securities Litigation
- Red Hat Securities Litigation
- Reliant Energy ERISA Litigation
- Royal Mile vs. Highmark and UPMC (Antitrust Matter)
- Sandra Murphy, et al. v. Massachusetts Turnpike Authority (Toll Equity Matter)
- Schering-Plough Corporation Securities Litigation
- Securities and Exchange Commission v. William F. Buettner, et al.
- State of New Jersey, Dept. of Treasury v. Merrill Lynch & Co. and Bank of America Corp.
- Summit Technologies Securities Litigation
- SunEdison Inc., Securities Litigation
- Silver Wheaton Corp. Securities Litigation
- Symbol Technologies Inc. Securities Litigation

- Syntax-Brillian Corp. Securities Litigation
- The Blackstone Group L.P. IPO Litigation
- The Children's Place Retail Stores Securities Litigation
- The Coca-Cola Company Securities Litigation
- The Cooper Companies Securities Litigation
- The Mills Corporation Securities Litigation
- The Southern Company Securities Litigation
- Transkaryotic Therapies Securities Litigation
- Tyco International, Ltd. ERISA Litigation
- Tyco International, Ltd. Securities Litigation
- Urban Outfitters, Inc. Securities Litigation
- Valeant Pharmaceutical Securities Litigation
- Veeco Instruments Securities Litigation
- Vocera Communications Inc. Securities Litigation
- W Holding Securities Litigation
- Walter Energy Securities Litigation
- Washington Mutual Securities Litigation
- WellCare Health Plans, Inc. Matter (ability to pay analysis)



# Expertise & Representative Prior Engagements

## Securities Litigation

**Crowninshield's testifying experts have extensive experience providing opinions in securities cases.**

Crowninshield conducts analysis of market efficiency, loss causation, and damages in Rule 10b-5 and Section 11 and 12 cases. We provide economic research and financial analysis supporting all phases of litigation, from preliminary analysis to post-settlement plans of allocation.

**Representative Engagement:**

- In a case involving a large technology & telecommunications company, Crowninshield conducted financial and statistical analyses to prove that alleged corporate fraud caused investors to suffer losses.
- Crowninshield's expert established that the subject company's securities traded in an efficient market.
- Crowninshield's expert estimated per share and aggregate damages and provided written reports and deposition testimony.

**Representative Services:**

- Event Study Analysis
- Comprehensive News and Information Analysis
- Analysis of Market Efficiency
- Loss Causation Analysis

- Aggregate Damages
- Individual Investor Damages
- Plans of Allocation
- Computation of Number of Damaged Shares



# Expertise & Representative Prior Engagements

## ERISA Litigation

**Crowninshield is frequently engaged in ERISA litigation matters.**

Our expertise in economics and financial markets and our extensive experience in ERISA litigation matters distinctly qualify us to analyze the claims of economic loss raised by plans and plan participants.

**Representative Engagement:**

- Crowninshield reviewed plan documents, determined appropriate prudent alternative investments, and computed ERISA damages.
- Crowninshield's expert provided written reports and deposition testimony, resulting in a favorable outcome for the client.

## Merger and Acquisition Analysis

**Crowninshield has the necessary valuation, corporate finance, and industry experience to assist clients in evaluating strategic alternatives.**

We serve clients in matters related to mergers, acquisitions, takeovers, and divestitures. In both litigation and transaction-oriented settings, our state-of-the-art analysis helps clients obtain favorable outcomes.

**Representative Engagement:**

- Crowninshield's expert was engaged by attorneys representing a major investor in a large industrial corporation to evaluate the costs and benefits of alternative proposed merger and acquisition deal structures



# Expertise & Representative Prior Engagements

## Complex Business Litigation

**Crowninshield assists clients in a wide variety of complex business litigation matters**

Our extensive qualifications in the fields of finance and economics help our clients clarify, resolve, and settle even the most complicated business disputes.

**Representative Engagement:**

- Crowninshield valued a credit guarantee that was the subject of corporate litigation.
- Crowninshield's expert provided a written report and deposition testimony. The expert's valuation and modeling were ultimately accepted by both sides, resulting in case resolution and settlement.

## Derivatives Litigation

**Crowninshield has extensive experience with and a deep understanding of financial derivatives.**

Crowninshield's experts include academic practitioners with many years of derivatives teaching experience and numerous publications in the field.

**Representative Engagement:**

- Crowninshield's expert analyzed a derivatives trading strategy and established the historical valuation of the portfolio of derivatives.
- Our expert determined how and by how much the portfolio manager misrepresented the value of the derivative instruments in two government employee pension funds.
- Crowninshield's expert modeled and valued complex warrants linked to oil prices. Our expert provided a detailed written report and deposition testimony.



# Expertise & Representative Prior Engagements

## Antitrust & Competition Economics

**Crowninshield has extensive experience with and a deep understanding of financial derivatives.**

Our renowned economist has over two decades of experience conducting analysis, providing opinions and testifying in antitrust and regulatory proceedings. Crowninshield's antitrust expert served as an official in the U.S. Federal Trade Commission and was also Senior Economic Advisor to Canada's chief antitrust director.

## Other Representative Engagements

**Crowninshield's experts have a vast array of experiences that can be drawn upon to provide your firm the necessary support in a wide variety of litigation matters.**

Previous engagements include:

- Analysis of Municipal Bond Advance Refunding "Yield Burning" – Crowninshield's expert conducted valuation analyses on over 100 municipal advance refunding and swap deals to establish a pattern of pricing abuses by several investment banks. Our expert helped the Internal Revenue Service, the Securities and Exchange Commission, the Illinois Attorney General, and the U.S. Treasury Department understand the nature and extent of the fraud. A global settlement of the case involved fines totaling over 200 million dollars.

- Crowninshield's expert conducted statistical analyses on the timing of a technology company's employee stock option grants and identified improprieties. Our expert provided written reports and deposition testimony.

- Experts at Crowninshield applied analysis of market-based signals to determine that a particular security had become risky and therefore unsuitable a full year prior to the issuer's bankruptcy.



# Professionals

## Senior Expert



### Steven P. Feinstein, Ph.D., CFA

Crowninshield Financial Research,
President and Senior Expert
Babson College, Associate Professor of Finance
sfeinstein@cfrllc.com

Yale University, Ph.D., Economics, Concentration in Finance
Yale University, M.Phil., Economics
Yale University, M.A., Economics
Pomona College, B.A., Economics, Phi Beta Kappa, cum laude

Steven Feinstein is a finance professor at Babson College. Professor Feinstein has extensive experience as an expert witness on matters related to securities, investments, derivatives, valuation, and complex business litigation. During his many years as an academic and finance expert, he has successfully applied his award-winning teaching skills to deposition and courtroom testimony. His ability to clearly explain complex financial and economic principles is renowned and sought after by leading law firms and government agencies. Dr. Feinstein is a CFA Charterholder and a member of the CFA Institute and the Boston Security Analysts Society.



# Professionals
## Senior Management



### Daniel S. Bettencourt, MBA
Crowninshield Financial Research,
Vice President
dbettencourt@cfrllc.com

F.W. Olin Graduate School of Business at Babson College, M.B.A.
Bentley College, B.S., Corporate Finance and Accounting,

Daniel is the Vice President at Crowninshield. Daniel's experience includes private equity, valuation, business development, and equity research. He has experience in issues related to securities, antitrust, ERISA, valuation, and derivatives matters.

His securities experience includes performing damages exposure analyses and supporting experts in their preparation of testimony and reports on class certification and damages. Daniel has provided support to experts in numerous high profile securities fraud class action matters, such as: *In Re: American International Group, Inc. 2008 Securities Litigation, Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation, Countrywide Securities Litigation, Mary K. Jones vs. Pfizer, Inc., Idearc Securities Litigation, Intercept Pharmaceuticals Inc. Securities Litigation, JPMorgan Chase & Co. Securities Litigation, Groupon Securities Litigation, General Motors Securities Litigation, In Re: Petrobras Securities Litigation.* He has supported experts and assisted clients at all stages of litigation, resulting in billions of dollars of recovery for Plaintiffs.

Daniel has worked on a number of securities cases involving equities, fixed income, asset-backed securities, and derivatives in relations to allegations of misrepresentations and omissions. Daniel has helped lead Crowninshield's team in supporting our academic affiliate and developing economic analyses.



# Professionals
## Affiliated Expert



### Adam Werner, Ph.D.
Crowninshield Financial Research,
Affiliated Expert

awerner@cfrllc.com

Northwestern University, Ph.D., Finance
Oberlin College, B.A., Economics, with honors

Dr. Adam Werner is an expert witness and has more than sixteen years of experience working extensively in litigation matters related to securities, M&A, investment banking, derivatives, and valuation. He has provided expert opinions and testimony in courts within the United States, Australia, and Canada. Dr. Werner is currently a lecturer in economics and finance at the Orfalea College of Business at Cal Poly San Luis Obispo where he teaches International Finance and Macroeconomics to undergraduates, and Managerial Economics to MBA students. Dr. Werner also lectures frequently on securities litigation and capital cost estimation. Prior to joining Crowninshield, Dr. Werner has worked for the Federal Reserve and a number of the largest litigation consulting firms in the United States, including Cornerstone Research and NERA.



# Professionals
## Affiliated Expert



### Thomas L Porter, Ph.D., CPA

Crowninshield Financial Research,
Affiliated Expert
Hult International Business School, Professor of Accounting and Finance

University of Washington, Ph.D., Accounting
Georgia Institute of Technology, M.B.A.
University of Maryland, B.S., Accounting and Finance

Dr. Thomas L. Porter is a Certified Public Accountant and an expert on Generally Accepted Accounting Principles (GAAP), Generally Accepted Auditing Standards (GAAS), SEC Regulations, International Financial Reporting Standards (IFRS), and tax issues. He is currently Global Professor of Accounting and Finance at the Hult International Business School and adjunct professor at Boston University. He holds the Accredited in Business Valuation (ABV) credential from the American Institute of Certified Public Accountants (AICPA).

Dr. Porter has been qualified as an accounting and financial expert in court, including Delaware Chancery court and in arbitration hearings. Dr. Porter has testified on behalf of both claimants and respondents in disputes involving valuation, special purpose entities (SPEs), cost allocation schemes for common costs in mutual funds (including hedge funds), the reasonableness of choices within GAAP, disclosure adequacy, insolvency and tax issues.



# Professionals

## Affiliated Expert



### Andrew Kleit, Ph.D.

Crowninshield Financial Research,
Affiliated Expert
Penn State University, Professor of Energy and Environmental Economics

Yale University, Ph.D., Economics
Yale University, M.Phil., Economics
Yale University, M.A., Economics
Middlebury College, B.A., Mathematics and Political Science, cum laude

Professor Andrew Kleit is an expert in antitrust and energy economics, and directs the program in Energy Business and Finance at Penn State.  He holds a Ph.D. in Economics from Yale University and is the author of over 80 articles and the author or editor of six books on antitrust and regulatory issues.  Prior to entering academia, Dr. Kleit was Economic Advisor to the Director of the U.S. Federal Trade Commission's Bureau of Competition, and Senior Economic Advisor to Canada's Director for Investigation and Research (the chief antitrust official in Canada).  He was named one of the top 100 competition economists in the world by Global Competition Review on three separate occasions.  Professor Kleit has testified in a variety of civil and regulatory proceedings at both the state and federal levels.