# EXHIBIT M



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

January 31, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Dear Leanne:

Please find enclosed SCG invoice #1 for fees and expenses incurred during the period December 1, 2021 through December 31, 2021 relative to the Groupon, Inc. case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice #  1
January 31, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---|
| Professional Fees | $30,413 |
| Expenses | $1,873 |
| Total Professional Fees and Expenses | $32,285 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ⇒  ▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### December 1, 2021  Thru  December 31, 2021

|  | Hours | Rate | Fees |
|---|---|---|---|
| Beth Charlesworth | 15.75 | $750 | $11,813 |
| David Bentley | 33.00 | $400 | $13,200 |
| Zachary R. Nye | 6.00 | $900 | $5,400 |
| Total |  |  | $30,413 |

## SUMMARY OF EXPENSES

### December 1, 2021  Thru  December 31, 2021

|  |  |
|---|---|
| Data | $1,873 |
| Total Expenses | $1,873 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### December 1, 2021  Thru  December 31, 2021

| Date | Hours | Description |
|------|-------|-------------|
| **Beth Charlesworth** | | |
| 22-Dec-21 | 3.75 | Event study |
| 28-Dec-21 | 4.00 | Event study |
| 29-Dec-21 | 4.00 | Event study |
| 30-Dec-21 | 4.00 | Event study |
| **Total** | **15.75** | |
| | | |
| **David Bentley** | | |
| 08-Dec-21 | 6.00 | edit exhibits; event study |
| 13-Dec-21 | 4.00 | event study |
| 14-Dec-21 | 4.50 | event study |
| 16-Dec-21 | 0.50 | event study |
| 17-Dec-21 | 6.00 | event study |
| 20-Dec-21 | 3.75 | event study |
| 21-Dec-21 | 5.25 | event study; edit exhibits |
| 22-Dec-21 | 3.00 | edit report and exhibits |
| **Total** | **33.00** | |
| | | |
| **Zachary R. Nye** | | |
| 01-Dec-21 | 5.00 | Preliminary case review |
| 03-Dec-21 | 1.00 | Call, preliminary case review |
| **Total** | **6.00** | |
| | | |
| **Period Total** | **54.75** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

February 23, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Dear Leanne:

Please find enclosed SCG invoice #2 for fees and expenses incurred during the period January 1, 2022 through January 31, 2022 relative to the Groupon, Inc. case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice # 2
February 23, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---|
| Professional Fees | $23,400 |
| Expenses | $653 |
| Total Professional Fees and Expenses | $24,053 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ⇒  ██████

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### January 1, 2022  Thru  January 31, 2022

|  | Hours | Rate | Fees |
|---|---|---|---|
| Beth Charlesworth | 16.00 | $750 | $12,000 |
| David Bentley | 2.50 | $400 | $1,000 |
| Faye Fort | 2.00 | $750 | $1,500 |
| Ruth Anne Lambert | 2.00 | $400 | $800 |
| Zachary R. Nye | 9.00 | $900 | $8,100 |
| Total |  |  | $23,400 |

## SUMMARY OF EXPENSES

### January 1, 2022  Thru  January 31, 2022

| | |
|---|---|
| Data | $653 |
| Total Expenses | $653 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### January 1, 2022  Thru  January 31, 2022

| Date | Hours | Description |
|------|-------|-------------|
| **Beth Charlesworth** | | |
| 18-Jan-22 | 3.00 | Event study |
| 19-Jan-22 | 4.50 | Event study |
| 20-Jan-22 | 4.00 | Event study |
| 21-Jan-22 | 3.50 | Event study |
| 24-Jan-22 | 1.00 | Event study |
| **Total** | **16.00** | |
| | | |
| **David Bentley** | | |
| 03-Jan-22 | 2.50 | edit report |
| **Total** | **2.50** | |
| | | |
| **Faye Fort** | | |
| 11-Jan-22 | 2.00 | Class certification report & exhibits |
| **Total** | **2.00** | |
| | | |
| **Ruth Anne Lambert** | | |
| 31-Jan-22 | 2.00 | Assist with the class certification report |
| **Total** | **2.00** | |
| | | |
| **Zachary R. Nye** | | |
| 26-Jan-22 | 2.00 | Worked on class certification report |
| 27-Jan-22 | 3.00 | Worked on class certification report |
| 28-Jan-22 | 2.00 | Worked on class certification report |
| 31-Jan-22 | 2.00 | Worked on class certification report |
| **Total** | **9.00** | |
| | | |
| **Period Total** | **31.50** | |



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

March 24, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Dear Leanne:

Please find enclosed SCG invoice #3 for fees and expenses incurred during the period
February 1, 2022 through February 28, 2022 relative to the Groupon, Inc. case. If you have
any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice # 3
March 24, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---|
| Professional Fees | $56,050 |
| Expenses | $2,341 |
| Total Professional Fees and Expenses | $58,391 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   ▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### February 1, 2022  Thru  February 28, 2022

|  | Hours | Rate | Fees |
|---|---|---|---|
| David Bentley | 4.25 | $400 | $1,700 |
| Faye Fort | 13.00 | $750 | $9,750 |
| Ruth Anne Lambert | 35.00 | $400 | $14,000 |
| Zachary R. Nye | 34.00 | $900 | $30,600 |
| Total |  |  | $56,050 |

## SUMMARY OF EXPENSES

### February 1, 2022  Thru  February 28, 2022

| | |
|---|---|
| Data | $2,341 |
| Total Expenses | $2,341 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### February 1, 2022  Thru  February 28, 2022

| Date | Hours | Description |
|---|---|---|
| **David Bentley** | | |
| 03-Feb-22 | 3.00 | edit report and exhibits; analysis of peers |
| 14-Feb-22 | 1.00 | edit exhibits |
| 28-Feb-22 | 0.25 | edit report |
| **Total** | **4.25** | |
| **Faye Fort** | | |
| 03-Feb-22 | 7.00 | Work on report and exhibits |
| 11-Feb-22 | 2.00 | Work on draft report / exhibits |
| 14-Feb-22 | 3.00 | Draft report |
| 28-Feb-22 | 1.00 | Work on report |
| **Total** | **13.00** | |
| **Ruth Anne Lambert** | | |
| 01-Feb-22 | 4.50 | Assist with the class certification report |
| 03-Feb-22 | 5.00 | Assist with the class certification report |
| 04-Feb-22 | 4.00 | Assist with the class certification report |
| 07-Feb-22 | 1.50 | Assist with the class certification report |
| 08-Feb-22 | 5.50 | Assist with the class certification report |
| 11-Feb-22 | 5.00 | Assist with the class certification report |
| 14-Feb-22 | 3.50 | Assist with the class certification report |
| 15-Feb-22 | 5.50 | Assist with the class certification report |
| 16-Feb-22 | 0.50 | Assist with the class certification report |
| **Total** | **35.00** | |
| **Zachary R. Nye** | | |
| 01-Feb-22 | 2.50 | Worked on class certification report |
| 02-Feb-22 | 3.00 | Worked on class certification report |
| 03-Feb-22 | 4.00 | Worked on class certification report |
| 04-Feb-22 | 3.00 | Worked on class certification report |
| 07-Feb-22 | 2.50 | Worked on class certification report |
| 08-Feb-22 | 3.00 | Worked on class certification report |
| 09-Feb-22 | 3.00 | Worked on class certification report |
| 10-Feb-22 | 3.00 | Worked on class certification report |
| 14-Feb-22 | 3.00 | Worked on class certification report |

# STANFORD CONSULTING GROUP, INC.

| | | |
|---|---|---|
| 15-Feb-22 | 2.00 | Worked on class certification report |
| 16-Feb-22 | 2.00 | Worked on class certification report |
| 28-Feb-22 | 3.00 | Worked on class certification report |
| **Total** | **34.00** | |
| **Period Total** | **86.25** | |



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

April 20, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Dear Leanne:

Please find enclosed SCG invoice #4 for fees and expenses incurred during the period March 1, 2022 through March 31, 2022 relative to the Groupon, Inc. case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice # 4
April 20, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---:|
| Professional Fees | $11,363 |
| Expenses | $347 |
| Total Professional Fees and Expenses | $11,709 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

**March 1, 2022  Thru  March 31, 2022**

|  | Hours | Rate | Fees |
|---|---|---|---|
| David Bentley | 4.25 | $400 | $1,700 |
| Faye Fort | 6.75 | $750 | $5,063 |
| Ruth Anne Lambert | 2.50 | $400 | $1,000 |
| Zachary R. Nye | 4.00 | $900 | $3,600 |
| Total |  |  | $11,363 |

## SUMMARY OF EXPENSES

**March 1, 2022  Thru  March 31, 2022**

| | |
|---|---|
| Data | $347 |
| Total Expenses | $347 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### March 1, 2022  Thru  March 31, 2022

| Date | Hours | Description |
|------|-------|-------------|
| **David Bentley** | | |
| 15-Mar-22 | 0.25 | edit exhibit |
| 30-Mar-22 | 4.00 | edit report and exhibits |
| **Total** | **4.25** | |
| **Faye Fort** | | |
| 02-Mar-22 | 2.00 | Work on report |
| 07-Mar-22 | 0.75 | Event study |
| 15-Mar-22 | 1.00 | Work on report |
| 29-Mar-22 | 2.00 | Review, call, work on report |
| 31-Mar-22 | 1.00 | Work on report |
| **Total** | **6.75** | |
| **Ruth Anne Lambert** | | |
| 15-Mar-22 | 1.00 | Assist with the class certification |
| 31-Mar-22 | 1.50 | Assist with the class certification report |
| **Total** | **2.50** | |
| **Zachary R. Nye** | | |
| 04-Mar-22 | 2.00 | Worked on class certification report |
| 29-Mar-22 | 2.00 | Zoom meeting, case review |
| **Total** | **4.00** | |
| **Period Total** | **17.50** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

May 9, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Dear Leanne:

Please find enclosed SCG invoice #5 for fees and expenses incurred during the period April 1, 2022 through April 30, 2022 relative to the Groupon, Inc. case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice # 5
May 9, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---|
| Professional Fees | $5,950 |
| Expenses | $217 |
| Total Professional Fees and Expenses | $6,167 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   ▮▮▮▮▮▮

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### April 1, 2022  Thru  April 30, 2022

|  | Hours | Rate | Fees |
|---|---|---|---|
| David Bentley | 0.75 | $400 | $300 |
| Faye Fort | 7.00 | $750 | $5,250 |
| Ruth Anne Lambert | 1.00 | $400 | $400 |
| Total |  |  | $5,950 |

## SUMMARY OF EXPENSES

### April 1, 2022  Thru  April 30, 2022

|  |  |
|---|---|
| Data | $217 |
| Total Expenses | $217 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### April 1, 2022  Thru  April 30, 2022

| Date | Hours | Description |
|------|-------|-------------|
| **David Bentley** | | |
| 01-Apr-22 | 0.75 | edit exhibits |
| **Total** | **0.75** | |
| **Faye Fort** | | |
| 04-Apr-22 | 4.00 | Finalize draft |
| 06-Apr-22 | 3.00 | Work on report |
| **Total** | **7.00** | |
| **Ruth Anne Lambert** | | |
| 01-Apr-22 | 1.00 | Assist with the class certification report |
| **Total** | **1.00** | |
| **Period Total** | **8.75** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

June 28, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Dear Leanne:

Please find enclosed SCG invoice #6 for fees and expenses incurred during the period May 1, 2022 through May 31, 2022 relative to the Groupon, Inc. case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice #  6
June 28, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---:|
| Professional Fees | $3,450 |
| Expenses | $133 |
| Total Professional Fees and Expenses | $3,583 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### May 1, 2022  Thru  May 31, 2022

|  | Hours | Rate | Fees |
|---|---|---|---|
| Faye Fort | 3.00 | $750 | $2,250 |
| Ruth Anne Lambert | 3.00 | $400 | $1,200 |
| Total |  |  | $3,450 |

## SUMMARY OF EXPENSES

### May 1, 2022  Thru  May 31, 2022

|  |  |
|---|---|
| Data | $133 |
| Total Expenses | $133 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### May 1, 2022  Thru  May 31, 2022

| Date | Hours | Description |
|------|-------|-------------|
| **Faye Fort** | | |
| 24-May-22 | 3.00 | Work on POA |
| **Total** | **3.00** | |
| **Ruth Anne Lambert** | | |
| 16-May-22 | 3.00 | Assisted with the plan of allocation |
| **Total** | **3.00** | |
| **Period Total** | **6.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

July 15, 2022

Leanne Heine Solish, Esq.
Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Dear Leanne:

Please find enclosed SCG invoice #7 for fees and expenses incurred during the period June 1, 2022 through  June 30, 2022 relative to the Groupon, Inc.  case.  If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

Groupon, Inc. Case
Invoice #  7
July 15, 2022

Glancy Prongay & Murray LLP
Los Angeles Office
1925 Century Park East, Suite 2100
Los Angeles, CA  90067

Attention:    Leanne Heine Solish, Esq.

| | |
|---|---|
| Professional Fees | $3,388 |
| Expenses | $98 |
| Total Professional Fees and Expenses | $3,485 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒    ████████

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### June 1, 2022  Thru  June 30, 2022

|  | Hours | Rate | Fees |
|---|---|---|---|
| Faye Fort | 4.25 | $750 | $3,188 |
| Ruth Anne Lambert | 0.50 | $400 | $200 |
| Total |  |  | $3,388 |

## SUMMARY OF EXPENSES

### June 1, 2022  Thru  June 30, 2022

|  |  |
|---|---|
| Data | $98 |
| Total Expenses | $98 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### June 1, 2022  Thru  June 30, 2022

| Date | Hours | Description |
|---|---|---|
| **Faye Fort** | | |
| 02-Jun-22 | 1.50 | Work on POA |
| 06-Jun-22 | 0.75 | Work on POA |
| 22-Jun-22 | 2.00 | Work on Notice / Claim Form |
| **Total** | **4.25** | |
| | | |
| **Ruth Anne Lambert** | | |
| 02-Jun-22 | 0.50 | Assist with the plan of allocation |
| **Total** | **0.50** | |
| | | |
| **Period Total** | **4.75** | |

4