# EXHIBIT N



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

Since 1981, SCG has provided research, analysis and expert testimony in complex business litigation and regulatory proceedings. SCG also provides investigation of economic issues of concern to business or government entities.

All SCG professionals hold doctoral or masters degrees in finance, business, economics or operations research; have years of experience in applying these disciplines to the analysis and resolution of real-world issues; and are frequently called upon to offer testimony at trial and/or at other legal, regulatory and legislative proceedings. We also work with prominent faculty at major universities nationwide to assemble the highly qualified teams necessary for dealing with complex business and economic issues.

Our areas of expertise include:

## Securities Litigation

Over the past twenty years, SCG has provided expert analysis and testimony in numerous securities cases including the Petrobras, Vivendi, Enron and WorldCom securities class actions. We employ modern financial theory and state-of-the-art modeling techniques to address and resolve issues relating to the materiality of information, market efficiency, loss causation and damages.

- Assisting counsel in identifying key economic issues in the litigation.

- Reviewing and analyzing large public and private databases for financial information and market activity.

- Performance of initial assessments of damages under multiple scenarios and competing theories of damage.

- Assessing the efficiency of markets for equity, debt and derivative securities.

- Assessing the materiality of public disclosures.

- Analyzing loss causation.

- Calculating damages under Sections 11 and 12 of the Securities Act of 1933, under Section 10(b)(5) of the Securities Exchange Act of 1934 and Rule 10b-5 and under a variety of state and other statutes.

- Assisting counsel with preparation of expert witnesses.

- Assisting counsel in trial preparation.

- Preparing expert reports.

- Providing expert testimony at deposition/mediation/trial.

- Developing fair and reasonable plans of allocation of proceeds to class members.

**Landmark Cases**

*In re Petrobras Securities Litigation*, United States District Court, Southern District of New York, No. 14-cv-9662 (JSR)

*In re Vivendi Universal, S.A. Securities Litigation*, United States District Court, Southern District of New York, No. 1:02-cv-05571-SAS-HBP

*In re Enron Corporation Securities Litigation*, United States District Court Southern District of Texas, Houston Division, Civil Action No. H-01-3624

*In re WorldCom, Inc. Securities Litigation*, United States District Court, Southern District of New York, Master File No. 02 Civ. 3288 (DLC)

*Liberty Media Corp., et al., v. Vivendi Universal S.A., et al.*, United States District Court, Southern District of New York, No. 1:03-cv-02175

*In re HealthSouth Bondholder Litigation*, United States District Court, Northern District of Alabama, Southern Division, No. CV-03-BE-1502-S

*Waggoner, et al. v Barclays PLC, et al.*, United States Court of Appeals for the Second Circuit, No. 16-1912-cv

*In re Ocwen Financial Corporation Securities Litigation*, United States District Court, Southern District of Florida, Case 14-81057-CIV-WPD

## Intellectual Property

Valuation of patents, trademarks, copyrights, trade secrets and other unique intellectual property ("IP") can be extremely complex. The complexity of economic analysis required in IP litigation has been affirmed in recent decisions at the federal district court and appellate levels. Use of historic rules of thumb in quantifying damages has been discouraged, in favor of rigorous economic methods. In opining on patent damages, courts have clearly articulated that economic evidence appropriate to the scope of the intellectual property at issue, is required.

SCG has extensive experience in determining reasonable royalty rates, evaluating lost profits, and in assessing price erosion, time-to-market losses, and other issues relevant to IP disputes. SCG professionals have provided expert testimony at deposition as well as at trial in IP litigation, including Mallinckrodt Nellcor Inc. v. Masimo Corporation, Cheetah Omni v. Samsung, et al., and Crystal Semiconductor Corp. v. Tritech Microelectronics Int'l, Inc. In addition, SCG assists clients with early-stage assessment of economic issues in IP disputes, and with presentations at mediations and settlement discussions.

- Quantified lost profits and reasonable royalties on PC digital audio chipsets in patent litigation involving major vendors of digital integrated circuits. Provided testimony rebutting plaintiff's price erosion theory. Testimony was cited favorably in the decision of the U.S. Court of Appeals for the Federal Circuit.

- Assessed reasonable royalty damages related to video recording technology.

- Determined lost profits and reasonable royalties, and provided expert testimony, in patent litigation involving a leading manufacturer of medical devices.

- Quantified the reasonable royalty in litigation over alleged patent infringement involving a major manufacturer of high-definition digital televisions.

**Landmark Cases**

*Texas Instruments, Inc. v. Linear Technology Corporation*

*Verizon California Inc. v. Ronald A. Katz Technology Licensing*

*Mallinckrodt Nellcor Inc. v. Masimo Corporation*

*Matsushita Electric v. MediaTek Inc., et al.*

*Cheetah Omni v. Samsung, et al.*

*Crystal Semiconductor v. Tritech Microelectronics International Patent Infringement Litigation*

## Insurance Economics

SCG, Inc. is often retained to analyze and recommend solutions to industry problems and questions of public policy. We have assisted clients in interpreting and resolving critical economic issues across a wide spectrum of areas including potential tax and regulatory changes, nominal versus effective tax rates, tax incidence and shifting, new financial products, market structure, pricing, level of competition and fair rate of return.

SCG consultants are frequently called upon to provide testimony based on their research.

- Studies of the feasibility of potential new insurance products, auto physical damage insurance futures and small group health insurance futures, for the Chicago Board of Trade.

- Analyses and recommended solutions for the problems plaguing the medical malpractice insurance market in Pennsylvania for a Select Committee comprising the Pennsylvania Bar Association, the Pennsylvania Medical Society and the Pennsylvania Hospital Association.

- Analysis of different forms of taxation of the California life insurance industry and the economic consequences of each for the Association of California Life Insurance Companies.

- Analysis and recommendations for the optimal regulation of the California private passenger auto insurance industry for the Association of California Insurance Companies.

- Assessment of the level of competition in the California private passenger auto insurance market for the Association of California Insurance Companies.

- Evaluation of the California Worker's Compensation Rating Law for the Association of California Insurance Companies.

**Landmark Cases**

*Skene v. State Farm Consumer Fraud Litigation*

*Chivers v. State Farm*

*Cedar Wildfire Cases*

*Nationwide class action*

*Motors Insurance, et al. v. State of Florida*

*BAT/Farmers Insurance v. AXA*

*United Parcel Service of America, Inc. v. Commissioner of Internal Revenue*

## Antitrust and Unfair Competition

Competitive markets are highly desirable from a social welfare perspective. As is well known, a competitive market equilibrium is Pareto-optimal, i.e., everyone is better off and no one is worse off than in any alternative market equilibrium. It also results in the lowest possible sustainable market price, i.e., minimum average cost, and the highest possible sustainable quantity output. Unlawful monopolization and/or anticompetitive practices can cause departures from this social ideal with the result that both legitimate competitors and consumers can be harmed. In litigation regarding allegations of anticompetitive behavior, SCG, Inc. has been engaged to resolve issues and provide expert testimony at deposition and trial in areas including liability, price-fixing, market definition, market allocation and damages.

- Calculation of lost profits for a prospective market entrant due to the anticompetitive practices by a major manufacturer of technology products for business of the original and dominant participant in a market based on new technology.

- Market definition in a case involving alleged monopolization.

- Analysis of alleged monopolization and unfair competitive practices in the market for service contracts by a major manufacturer.

- Analysis of the market-allocation and price-fixing practices of major oil companies and calculation of damages incurred by a class of service station owners.

**Landmark Cases**

*Antitrust matters concerning LIBOR-based financial instruments*

Humetrix v. Gemplus

*Xerox Antitrust Litigation* (Monopolization of copier maintenance services.)

*Southern CA Gas Station Owners v. Exxon, et al.* (Anticompetitive territorial allocation.)

*BMW Dealership Litigation* (Anticompetitive territorial allocation.)

## Business/Asset Valuation and Damages

The value of any business is simply the combined net present value (NPV) of all expected future proceeds accruing to the owners of the business. Damages suffered by a business then amount to the difference between the pre-damage value of the business and the post-damage value of the business, or equivalently, the NPV of all expected differences in future proceeds accruing to the owners of the business because of the harm suffered.

SCG, Inc. is frequently engaged to assist counsel with valuation and damage issues, prepare expert reports, and provide expert testimony.

- Damages suffered by investors as a result of fraud by the manager of a large investment fund who reported false fund values to investors to hide the fund's true performance.

- Multiple valuations of closely-held businesses including premiums/discounts for control, signaling, large blocks, restricted shares, synergies, etc.

- Lost profits resulting from a franchisor's alleged failure to fulfill the terms of its contract with franchisees.

- Compensation for alleged wrongful deaths of high-net-worth individuals having complex earnings streams and diverse assets.

- Compensation for catastrophic losses suffered in cases of numerous related and alleged wrongful deaths.

- Damages incurred by classes of drivers who alleged a systematic policy among repair shops of incomplete repairs to vehicles.

- Extent to which divergence in performance of different investment portfolios was due to fraud and resulting damages.

**Landmark Cases**

*In re El Paso Partners, L.P. Derivative Litigation*, Court of Chancery of the State of Delaware, C.A. No. 7141-VCL

*Kalitta Air, LLC v. Central Texas Airborne Systems, Inc.*, United States District Court, Northern District of California, No. C 96-2494

*United States of America and State of California v. Diagnostic Laboratories and Radiology*

*Damages estimation for numerous cases alleging LIBOR manipulation by major banks*

*Damages estimation for numerous cases alleging bid rigging in the municipal derivatives market*

*Federal lawsuits alleging misrepresentations to the GSA and state actions alleging violations of false claims statutes*

## Economic Research and Data Analysis

SCG is often retained for its expertise in performing large-scale data analytics. We provide quantitative insights and statistical analyses utilizing databases from third-party vendors as well as private parties across a variety of industries.

SCG's economic research and data analyses has included:

- Analyses of internal sales data of global software vendors to assess compliance with federal and state regulations

- Damage assessments for large international institutional investors based on internal trading data for equity, debt, and derivative securities

- Analyses of automobile claims databases of major insurance companies

- Various engagements to assess the statistical accuracy of fuzzy search algorithms commonly used to match life insurance policy holders to the Social Security Death Master File

- Analyses of large complex medical claims databases in federal and state qui tam actions

- Calculation of class-wide investment losses to participants of employee stock purchase plans utilizing fund manager data