# EXHIBIT Q



**L.R. HODGES & ASSOCIATES, LTD.**

---

# Firm Overview

---

L. R. Hodges & Associates, Ltd. (LRH&A) is a private investigation and consulting firm, specializing in complex civil litigation. Based in San Diego, LRH&A is a certified women-owned business comprised of experienced professionals with a proven track record for developing critical information on behalf of our clients.

Our team of investigators is particularly skilled at establishing and maintaining long-term witness relationships in contemplation of litigation and continuing through formal discovery and trial preparation. Witnesses serve as a key element to the successful resolution of any factual determination or dispute. LRH&A's track-record in gaining the cooperation of thousands of witnesses and developing facts material to each engagement underscores the importance of this informal fact-gathering process and our ability to get witnesses to talk when there is no reason or benefit in coming forward.

Over the course of nearly 30 years, LRH&A has been retained by leading law firms across the country as the principal investigators on over 1625 federal and state securities class actions. We have assisted clients in recovering over 62-billion dollars on behalf of defrauded investors and other victims of fraud, including performing the lead investigative role in some of the largest securities, antitrust, consumer and structured-finance cases filed to date. Beyond these areas, LRH&A has worked on behalf of individual plaintiffs to develop facts instrumental to proving their claims in a wide variety of civil matters.

In every aspect of the services we provide, LRH&A adheres to the highest ethical and professional standards and recognizes the importance of delivering timely, detailed and reliable investigative results. Regardless of the nature or magnitude of the assignment, our goal is to maximize the return on your investment.

Notable Achievements:

- LRH&A served as the lead investigators on the Enron securities litigation – which included outside auditors, law firms and over a dozen banking-institution defendants – resulting in a 7.3-billion-dollar recovery on behalf of defrauded investors.

- During the global financial crisis, LRH&A was retained by public pension funds, institutional investors, Fortune-500 insurance companies, as well as government-sponsored enterprises, banks and guarantee agencies in dozens of MBS and structured-finance litigations. To date, our clients have recovered billions of dollars on behalf of mortgage-backed-securities investors.

- LRH&A helped to identify and obtain sworn affidavits from witnesses in the Household/HSBC securities litigation, which resulted in a post-jury-verdict settlement of 1.6 billion dollars.

- Our team of investigators helped develop facts demonstrating anti-competitive schemes that affected the price of credit-default swaps (CDS), which resulted in a nearly 1.9-billion-dollar settlement, and another settlement of over 400 million dollars against 10 major banks conspiring to rig the ISDAfix interest-rate benchmark. LRH&A has also worked on antitrust cases in the high-tech, chemicals, agricultural, and telecommunications sectors, which have resolved favorably.

- LRH&A was chosen by the Plaintiffs' Steering Committee on the Volkswagen Multidistrict Litigation to provide investigative assistance on the defeat-device emissions scandal, which reached a global settlement of 14.5 billion dollars. Thereafter, a separate settlement was reached with Bosch – the manufacturer of the defeat device – for another 327.5 million dollars. These settlement amounts are not included in LRH&A's settlement statistics (below) because the case was settled shortly after our retention, although LRH&A provided work product with material findings. Moreover, since the approval of these multi-billion-dollar settlements on behalf of U.S. consumers, LRH&A has been retained to work on other related or similar cases involving various overseas vehicle manufacturers to hold them accountable for years of widespread emissions frauds.

- Over a period of years, LRH&A was retained by numerous law firms to investigate various deceptive and fraudulent consumer banking practices involving Wells Fargo Bank. The shareholder securities case settled for 480 million dollars.

- LRHA's extensive witness interviewing and investigation on the Valeant Pharmaceuticals securities litigation delved into the deficient internal controls of this pharmaceutical giant, the role of specialty pharmacies that were used to boost sales of its high-priced drugs, and other forms of misconduct, which ultimately led to a 1.2-billion-dollar settlement that has been referred to as the "pharmaceutical Enron" and compared to the WorldCom fraud.

- In the wake of the nationwide opioid epidemic, LRH&A was retained by private law firms on behalf numerous states' attorneys general, counties, and municipalities to investigate deceptive marketing practices of certain pharmaceutical companies and wholesale distributors concerning the inherent dangers of prescription painkillers. This included investigating on behalf of the State of Oklahoma, which achieved a 270-million-dollar settlement with Purdue Pharma, followed by another 85-million-dollar pretrial settlement with Teva Pharmaceuticals, and then a post-trial judgment against Johnson & Johnson for 572 million dollars (on appeal by defendants) – all ahead of the ongoing MDL litigation involving an array of opioid defendants. LRH&A continues to be retained on opioid-related investigations.

- LRH&A has collaborated with industry professionals over several years on fair-labor initiatives in the retail and fast-food industries. We also have broad experience on other employment-related issues involving wage-and-hour violations, discrimination, sexual harassment, and retaliation.

- LRH&A has strategized with legal teams to spearhead personal injury and consumer investigations on a variety of issues including: vehicle design and crashworthiness; pharmaceuticals and medical devices; industrial equipment; food processing and safety; data privacy and security breaches; for-profit colleges and seminar scams; and regulatory violations giving rise to industrial accidents and major environmental disasters.

- LRH&A has been retained by law firms across the country to investigate whistleblower claims spanning all industries – including Medicaid and Medicare fraud; pharmaceutical and medical device off-label promotions; military defense contractor violations; environmental clean-up and infrastructure-development billing frauds; and other areas of government-funding and contracting malfeasance.

- As part of certain engagements, members of LRH&A have been called upon to brief congressional members and staffers in the course of parallel investigations, as well as contributing to investigative media articles and feature stories on a broad range of issues and topics.

- LRH&A has been involved in several groundbreaking securities cases argued before the United States Supreme Court, including Dura Pharmaceuticals, Halliburton, Matrixx, Omnicare, Cyan, Goldman Sachs (currently pending before the SCOTUS). Upon remand from the SCOTUS, five of these cases settled during formal discovery in favor of the shareholders.

## PRIMARY PRACTICE AREAS

**Securities Fraud**
**Shareholder Derivatives – Corporate Governance**
**Antitrust**
**Consumer Class Actions**
**Commercial Litigation**
**Qui Tam – Whistleblower**
**Environmental Torts**
**Structured Finance**
**Employment Law**
**Retirement & Pension Plan Litigation**
**Civil Rights | Discrimination**
**Personal Injury**
**Products Liability**
**Intellectual Property Infringement**

## GENERAL SERVICES

By devising effective strategies and employing proven techniques, our goal is to uncover and illuminate the facts necessary to meet the applicable pleading requirements or complement formal discovery efforts on behalf of our clients.

We do this by performing targeted research, identifying key witness prospects, conducting detailed interviews and summarizing the results, obtaining sworn declarations (as necessary), and maintaining a rapport with cooperating witnesses throughout the litigation process. These services generally include:

**Witness Development, Locate Research, Telephone and In-Person Interviews**
**Background Investigations**
**Asset Research**
**Conflicts of Interest Research**
**Due Diligence**

## – LRH&A's TRACK RECORD –

The Private Securities Litigation Reform Act (PSLRA) of 1995 heightened the pre-discovery pleading standards to require not only the identification of each material misrepresentation and omission with great specificity, but also detailing each defendant's state of mind – *scienter*. Consequently, before any deposition notice can be sent or any document request made, knowledgeable witnesses have to be identified, located and agree voluntarily to provide detailed information and insights to our investigators. In each of the cases below, among hundreds of others, LRH&A was indispensable in identifying witnesses and developing the required factual particularity to meet the PSLRA's exacting pleading standard, resulting in the courts upholding these amended complaints, which ultimately led to favorable settlements or jury verdicts.

| | | | |
|---|---|---|---|
| Enron | $7,300,000,000 | Cisco | $99,250,000 |
| Nortel Networks | $2,400,000,000 | Mattel, Inc. II | $98,000,000 |
| Household/HSBC Holdings | $1,575,000,000 | JC Penney | $97,500,000 |
| Valeant Pharmaceuticals, Inc. | $1,200,000,000 | VeriFone | $95,000,000 |
| American REIT | $1,025,000,000 | Fleming Companies | $93,950,000 |
| McKesson HBOC Inc. | $ 960,000,000 | Boeing | $92,500,000 |
| UnitedHealth Group | $ 925,500,000 | International Rectifier Corp. | $90,000,000 |
| Twitter | $ 809,000,000 | Legato Systems | $87,700,000 |
| WorldCom Opt Out | $ 657,000,000 | METLife | $84,000,000 |
| Lucent Technologies | $ 600,000,000 | Yahoo Data Breach | $80,000,000 |
| Cardinal Health | $ 600,000,000 | VeriSign, Inc. | $80,000,000 |
| Wells Fargo | $ 480,000,000 | MoneyGram | $80,000,000 |
| Dynegy, Inc. | $ 468,000,000 | Priceline.com | $80,000,000 |
| HealthSouth | $ 445,000,000 | MGM-City Center | $75,000,000 |
| Teva Pharmaceuticals | $ 420,000,000 | Krispy Kreme | $75,000,000 |
| Pfizer – Off-Label | $ 400,000,000 | First Bancorp | $74,250,000 |
| Qwest Communications | $ 400,000,000 | MF Global Holdings, Ltd. | $74,000,000 |
| Williams Communication | $ 290,000,000 | Marvell Technologies | $72,000,000 |
| JP Morgan Acceptance Corp. | $ 280,000,000 | Network Associates | $70,000,000 |
| Apollo | $ 280,000,000 | Credit Suisse | $70,000,000 |
| 3COM III | $ 259,000,000 | Gemstar-TV Guide | $67,500,000 |
| AOL Opt Out | $ 246,000,000 | Wyeth Labs | $67,500,000 |
| Morgan Stanley SIV | $ 225,000,000 | TouchAmerica/Montana Power | $67,000,000 |
| HCA Healthcare | $ 215,000,000 | Sea World – Black Fish | $65,000,000 |
| Genworth | $ 215,000,000 | Forest Labs | $65,000,000 |
| CMS Energy | $ 200,000,000 | Providian Financial | $65,000,000 |
| Motorola | $ 200,000,000 | Psychiatric Solutions | $65,000,000 |
| Dollar General | $ 172,500,000 | Titan, Inc. | $61,500,000 |
| Pfizer – Celebrex | $ 164,000,000 | Chemical & Mining Co. | $62.500,000 |
| Brocade Communications | $ 160,000,000 | Applied Micro Circuits | $60,000,000 |
| TXU Corporation | $ 149,750,000 | Hewlett-Packard Co. | $57,000,000 |
| Informix II | $ 142,000,000 | Corrections Corp. of America | $56,000,000 |
| Coca-Cola, Inc. | $ 137,500,000 | Flowserve Corp. | $55,000,000 |
| Sprint Nextel Corp. | $ 131,000,000 | Safeskin | $55,000,000 |
| Allergan | $ 130,000,000 | Intercept Pharmaceuticals | $55,000,000 |
| Doral Financial | $ 129,000,000 | Marvell Technology SOB | $54,900,000 |
| LendingClub | $ 125,000,000 | 3D Systems | $50,000,000 |
| Mattel, Inc. | $ 122,000,000 | St. Jude Medical | $50,000,000 |
| Walgreens | $ 105,000,000 | Zimmer Biomet | $50,000,000 |
| Honeywell | $ 100,100,000 | SanDisk | $50,000,000 |
| Halliburton | $ 100,000,000 | | |
| HP/Autonomy | $ 100,000,000 | | |
| AT&T Corporation | $ 100,000,000 | | |
| Stamps.com | $ 100,000,000 | *Note* - selected cases of $50M-plus | |

## CLIENT TESTIMONIALS

"For more than a decade I have worked closely with Lynne Hodges and her investigators at L.R. Hodges & Associates Ltd. Their work helped ensure the success of some of the largest security class actions ever pursued including *Enron* ($7.3 billion recovered), *UnitedHealth* (over $900 million recovered), *HealthSouth* (over $800 million recovered) and *Qwest* (over $400 million recovered).

The Hodges firm is without equal in the forensic investigation arena. Their work is professional and the firm's investigative findings have withstood the test of every adversarial challenge. I strongly recommend them if your firm or business is in need of quality investigators."

**Patrick Coughlin**
*Of Counsel*, Robbins Geller Rudman & Dowd, LLP

"Working on behalf of several institutional investor clients on the *Enron*, *Dynegy*, *AOL Time Warner* and *WorldCom* securities litigations, I have seen firsthand the work of LRH&A, and appreciate the detailed quality and substance of LRH&A's investigative findings that contributed to these cases. Having spent 18 months as a Commissioner of the Financial Crisis Inquiry Commission tasked by Congress to examine key issues that contributed to the financial collapse, I have an even greater appreciation for the failures in financial regulation and corporate governance that set the stage for the crisis.

Getting witnesses to come forward and talk about opaque, on- or off-balance-sheet transactions is difficult and complex, but often a cornerstone to ferreting out fraud. Lynne's team has what it takes to put people at ease, and get to the heart of the matter. They are exceptional investigators and true professionals. I recommend LRH&A's services without hesitation."

**Byron Georgiou**
*Former* Financial Crisis Inquiry Commissioner

"As a securities class action partner at two different law firms, I have relied on Lynne and her team on numerous occasions over the past decade. They have never let me down. Their work is always timely, thorough and reliable. Just as importantly, Lynne and her team act with the utmost professionalism and candor. I unconditionally recommend L.R. Hodges & Associates, Ltd. without reservation."

**Ramzi Abadou**
Kahn Swick & Foti, LLC

<u>Client Testimonials</u> (Continued)

"I highly recommend L.R. Hodges & Associates.  Securities fraud class action complaints are subject to the most demanding pleading standards in the nation.  Faced with these obstacles, it is more important than ever for plaintiffs to use a private investigator to make a complaint as detailed and particular as possible.

L.R. Hodges is a professional firm with many years of experience and a proven track record of results.  Hodges also has an eye for detail and customizes their work to the client's needs.  Hiring Hodges has always been money well spent for my firm."

**Frank A. Bottini**
Bottini & Bottini, Inc.

"I have been a client of L.R. Hodges & Associates since the late 1990s.  After the passage of the Private Securities Litigation Reform Act in 1995 (the "PSLRA"), Plaintiffs attempted to satisfy the particularity requirements of the Act by drafting more detailed complaints using the traditional techniques available to Plaintiffs' counsel.  After the Ninth Circuit's Decision in Silicon Graphics, however, it became clear that plaintiffs would not be able to satisfy the particularity requirements of the PSLRA using the tried-and-true tools in plaintiffs' counsels' toolbox.  So we turned to L.R. Hodges for help.  Together with plaintiffs' counsel, L.R. Hodges pioneered the investigative techniques that allowed plaintiffs to draft complaints that satisfied the stringent particularity requirements of the PSLRA and Silicon Graphics.

Although an investigation into potential securities fraud is a complex undertaking that can include almost countless tasks, I want to identify a number fundamental areas in which L.R. Hodges's expertise and track record is unmatched: (i) identifying potential witnesses from hundreds of former employees and other entities likely to have relevant information; (ii) locating those witnesses; (iii) persuading witnesses to be interviewed; (iv) obtaining relevant—often crucial information—in witness interviews; (v) drafting summaries of witness interviews that accurately convey the facts provided while highlighting the most relevant information; and (vi) doing all of the above in extremely tight time constraints.  Over the years, we tried other investigators, but we were "spoiled" by L.R. Hodges—they just could not compare to the professionalism and work product of L.R. Hodges.

<u>In sum</u>, I would give L.R. Hodges my highest recommendation for a very simple reason.  They are the best.  When conducting an investigation, if no "smoking gun" is uncovered initially, you will be faced with the following question:  Do I have a weak case or am I using ineffective investigators?  The only way to be sure is to hire L.R. Hodges."

**Edward P. Dietrich**
Dietrich Siben Thorpe, LLP