# EXHIBIT R

| Vendor | Invoice # | Invoice Total | GPM Payment | KM Payment | Total Payment |
|---|---|---|---|---|---|
| *Document Management* | | | | | |
| Transperfect | 196971 | $ 892.77 | $ - | $ 892.77 | $ 892.77 |
| Transperfect | 197804 | $ 1,396.05 | $ - | $ 1,396.05 | $ 1,396.05 |
| Transperfect | 200633 | $ 982.60 | $ - | $ 982.60 | $ 982.60 |
| Transperfect | 202465 | $ 1,702.54 | $ - | $ 1,702.54 | $ 1,702.54 |
| Transperfect | 204882 | $ 1,456.48 | $ - | $ 1,456.48 | $ 1,456.48 |
| Transperfect | 207550 | $ 940.41 | $ - | $ 940.41 | $ 940.41 |
| Transperfect | 208706 | $ 2,585.78 | $ - | $ 2,585.78 | $ 2,585.78 |
| Transperfect | 210117 | $ 1,037.04 | $ - | $ 1,037.04 | $ 1,037.04 |
| Transperfect | 211675 | $ 2,739.85 | $ - | $ 2,739.85 | $ 2,739.85 |
| | **Total** | **$ 13,733.52** | **$ -** | **$ 13,733.52** | **$ 13,733.52** |
| | | | | | |
| *Experts - Accounting* | | | | | |
| Uri Ronnen | 6/1/2022 | $ 4,049.00 | $ 4,049.00 | $ - | $ 4,049.00 |
| Friedman LLP | 1209381 | $ 7,695.00 | $ - | $ 7,695.00 | $ 7,695.00 |
| | **Total** | **$ 11,744.00** | **$ 4,049.00** | **$ 7,695.00** | **$ 11,744.00** |
| | | | | | |
| *Experts - Damages* | | | | | |
| Fideres Partners LLP | KM/2020-03 | $ 350.00 | $ - | $ 350.00 | $ 350.00 |
| Fideres Partners LLP | KM/2021-02 | $ 100.00 | $ - | $ 100.00 | $ 100.00 |
| Financial Markets Analysis, LLC | 220026 | $ 10,800.00 | $ 10,800.00 | $ - | $ 10,800.00 |
| Crowninshield Financial Reseach, Inc. | 22112 | $ 3,074.00 | $ 3,074.00 | $ - | $ 3,074.00 |
| Crowninshield Financial Reseach, Inc. | 22143 | $ 4,536.00 | $ 4,536.00 | $ - | $ 4,536.00 |
| | **Total** | **$ 18,860.00** | **$ 18,410.00** | **$ 450.00** | **$ 18,860.00** |
| | | | | | |
| *Experts Market Efficiency and Plan of Allocation* | | | | | |
| Stanford Consulting Group, Inc. | #1 | $ 32,285.00 | $ 16,142.50 | $ 16,142.50 | $ 32,285.00 |
| Stanford Consulting Group, Inc. | #2 | $ 24,053.00 | $ 24,053.00 | $ - | $ 24,053.00 |
| Stanford Consulting Group, Inc. | #3 | $ 58,391.00 | $ 29,195.50 | $ 29,195.50 | $ 58,391.00 |
| Stanford Consulting Group, Inc. | #4 | $ 11,709.00 | $ 5,854.50 | $ 5,855.00 | $ 11,709.50 |
| Stanford Consulting Group, Inc. | #5 | $ 6,167.00 | $ 3,083.50 | $ 3,083.50 | $ 6,167.00 |
| Stanford Consulting Group, Inc. | #6 | $ 3,583.00 | $ 1,791.50 | $ 1,791.50 | $ 3,583.00 |
| Stanford Consulting Group, Inc. | #7 | $ 3,485.00 | $ 1,742.50 | $ 1,742.50 | $ 3,485.00 |
| | **Total** | **$ 139,673.00** | **$ 81,863.00** | **$ 57,810.50** | **$ 139,673.50** |
| | | | | | |
| *Investigations* | | | | | |
| L.R. Hodges & Associates, Ltd. | 26391 | $ 5,408.17 | $ 5,408.17 | $ - | $ 5,408.17 |
| L.R. Hodges & Associates, Ltd. | 26392 | $ 5,408.18 | $ - | $ 5,408.18 | $ 5,408.18 |
| L.R. Hodges & Associates, Ltd. | 26424 | $ 3,476.65 | $ 3,476.65 | $ - | $ 3,476.65 |
| L.R. Hodges & Associates, Ltd. | 26425 | $ 3,476.65 | $ - | $ 3,476.65 | $ 3,476.65 |
| L.R. Hodges & Associates, Ltd. | 26487 | $ 2,354.70 | $ 2,354.70 | $ - | $ 2,354.70 |
| L.R. Hodges & Associates, Ltd. | 26488 | $ 2,354.70 | $ - | $ 2,354.70 | $ 2,354.70 |
| L.R. Hodges & Associates, Ltd. | 26505 | $ 1,457.25 | $ 1,457.25 | $ - | $ 1,457.25 |
| L.R. Hodges & Associates, Ltd. | 26506 | $ 1,457.25 | $ - | $ 1,457.25 | $ 1,457.25 |
| L.R. Hodges & Associates, Ltd. | 26523 | $ 587.50 | $ 587.50 | $ - | $ 587.50 |
| L.R. Hodges & Associates, Ltd. | 26524 | $ 587.50 | $ - | $ 587.50 | $ 587.50 |
| L.R. Hodges & Associates, Ltd. | 26600 | $ 1,874.95 | $ 1,874.95 | $ - | $ 1,874.95 |
| L.R. Hodges & Associates, Ltd. | 26601 | $ 1,874.95 | $ - | $ 1,874.95 | $ 1,874.95 |
| L.R. Hodges & Associates, Ltd. | 26675 | $ 1,757.50 | $ 1,757.50 | $ - | $ 1,757.50 |
| L.R. Hodges & Associates, Ltd. | 26676 | $ 1,757.50 | $ - | $ 1,757.50 | $ 1,757.50 |
| | **Total** | **$ 33,833.45** | **$ 16,916.72** | **$ 16,916.73** | **$ 33,833.45** |

**Grand Total:  $ 217,843.97     $ 121,238.72     $ 96,605.75     $ 217,844.47**