# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Lazar Macovski, et al.
                                      Plaintiff,

v.                                                                              Case No.: 1:20−cv−02581
                                                                             Honorable Matthew F. Kennelly

Groupon, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 28, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic final approval hearing held on 10/28/2022. Plaintiff's request for exclusion [125] is overruled as to the reasons stated more fully on the record. Plaintiff's motions for final approval of the class action settlement [117] and for attorneys' fees and expenses [119] are granted. The parties are directed to send a proposed order to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.