# EXHIBIT B

Groupon Securities Settlement
P.O. Box 2648
Portland, OR 97208-2648

Website: www.GrouponSecuritiesSettlement.com
Email: info@GrouponSecuritiesSettlement.com
Phone: 1-866-991-0893



Claim Number: ▮▮▮▮▮▮▮

Response Deadline:     March 20, 2023

February 28, 2023

### Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Groupon Securities Settlement. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: <u>This is the only notice you will receive with respect to this Claim.</u>**

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the number of shares of Groupon common stock you reported to have purchased/acquired and/or sold, and the number of shares/contracts held at the beginning of the Settlement Class Period (July 30, 2019) and at the end of the 90-Day Look-Back Period (May 18, 2020).

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate to the discrepancy will be rejected according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Settlement Class Period + All Shares Purchased or Acquired – All Shares Sold or Delivered – Unsold Shares as of May 18, 2020. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| -1000.00 | Holding Difference 05/18/2020 | Common Stock |

**Deficiency:** No Proof of Unsold (Ending) Holdings.

AI2091 v 03



Your Claim indicates that you may have held Groupon common stock as of the close of trading on May 18, 2020. However, you did not provide any documentation showing your unsold (ending) holdings.

**How to Resolve:** You must provide acceptable documentation for holdings as of the close of trading on May 18, 2020. Acceptable documentation will show the possession of the Groupon common stock on or after this date or the sale of the Groupon common stock after this date. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

| Type of Security | Type of Transaction | Quantity |
|---|---|---|
| Common Stock | Unsold Holdings | 2000.00 |

**Deficiency:** No Recognized Loss Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss due to certain defects listed in this letter and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your shares, and still have no Recognized Loss under the Plan of Allocation. In addition, if you had an overall market gain from your transactions in Groupon common stock during the Class Period, your Recognized Loss is $0.00.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this letter and/or by submitting additional transactions in Groupon common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Your Claim must calculate to a Recognized Loss under the Plan of Allocation for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.GrouponSecuritiesSettlement.com

Sincerely,

Groupon Securities Settlement
Claims Administrator

AI2092 v 03