| | |
|---|---|
| **From:** | info_GrouponSecuritiesSettlement |
| **To:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Groupon Securities Settlement Incomplete Nominee Submission - ▮▮▮▮▮ |
| **Date:** | Tuesday, February 28, 2023 4:31:45 PM |
| **Attachments:** | Notice of Incomplete Claim Submission - EMAIL C11 - 02282023.xlsx |
| | Nominee Defect Instructions.pdf |

RE: Groupon Securities Settlement Nominee Claim Submission(s):

RE: Electronic Submission(s) - ▮▮▮▮▮▮▮▮ :

Response Deadline:     **3/20/2023**

Dear Nominee,

We received your electronic claim(s) ("Claim(s)") that you submitted in connection with the *Groupon Securities Settlement*. We have determined, based on our review of your Claim(s), that the Claim(s) is (are) deficient (which is curable) or ineligible for the reason(s) identified in the attached.  In order to resolve the condition(s) within your Claim(s), you must submit a response with any required information as specified in the attached by no later than 20 days from the date of this notice.  **If you fail to respond by the response deadline, or if your response fails to cure the condition(s) identified, the Claim(s) will be rejected to the extent that those conditions remain uncured. Please note this is the only notice you will receive with respect to this(these) Claim(s).**

The attached spreadsheet(s) lists the Claim(s) in defective status. You must enter a password in order to open and modify the spreadsheet(s). We will provide the password in a follow-up email.

The attached PDF entitled "Nominee Defect Instructions" provides specific directions for addressing the deficiencies for the Claim(s). Please read the instructions and follow them carefully. Make any changes to resolve the deficiencies directly on the attached spreadsheet and return the spreadsheet to us via reply email.

Your Claim(s) must calculate to a Recognized Loss under the Court-approved Plan of Allocation in order to be eligible to be included in the list of eligible Claims presented to the Court for approval.  If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim(s).

To request Court review of your Claim(s), you must send a letter to the Claims Administrator postmarked no later than 20 days from the date of this notice. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s).  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM FOLLOWING ANY ATTEMPT(S) TO CURE THE DEFICIENCIES LISTED IN THE ATTACHED SPREADSHEET.

If you have any questions about this notice or if you want to confirm the status of your Claim(s) after you submit a response to this notice, please contact us at info@GrouponSecuritiesSettlement.com.

More information can also be found at www.GrouponSecuritiesSettlement.com.

Sincerely,

Claims Administrator
Groupon Securities Settlement
Email: info@GrouponSecuritiesSettlement.com

*Groupon Securities Settlement* - Nominee Defect Instructions

**Instructions**

**Part I: File Summary**

The first tab on the spreadsheet titled "File Summary" contains the contact information originally provided on the electronic claim submission. If you have any updates to this information, please provide the updates to us via email; do not adjust the spreadsheet for this tab directly.

**Part II: Deficient Claims**

The second tab on the spreadsheet titled "Deficient Claims" lists all account names/numbers for which you filed that are currently in a deficient status and informs you of the assigned claim numbers associated with those accounts. Additionally, the Reason Code 1 – Reason Code 5 fields list a code that refers to a specific defect reason. Each claim may have up to five defect reasons.

**DO NOT make any changes on this tab – it is for reference purposes only.** The list below defines the codes that you might see in your spreadsheet:

- **PO - No Class Period Purchases (No Eligible Transactions):**

The Claim with this deficiency did not contain any eligible purchases/acquisitions of Groupon common stock during the Class Period (July 30, 2019, through February 18, 2020, inclusive). Unless there were additional purchases/acquisitions of Groupon common stock during the Class Period that were not reflected in the Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional purchases of Groupon common stock during the Class Period that were not previously reflected in the Claim.

**PLEASE NOTE**: Curing this condition of ineligibility is an absolute requirement for the Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, the Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, the Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for it to be eligible to receive a distribution.

- **RC- Received Shares / Transfers:**

You listed trades on the Claim with this deficiency that are transfers of shares and not open market transactions.

**How to Resolve:** In order for the Groupon common stock transferred into your account to factor into the calculation of the Recognized Loss Amount under the Plan of Allocation, you must provide information/documentation to show that the Groupon common stock received was purchased during the Class Period from July 30, 2019, through February 18, 2020, inclusive.

**PLEASE NOTE:** If you do not have additional information/documentation, or if you want the transferred Groupon common stock to be used to balance the Claim only, you do not need to respond to this deficiency. If you do not respond, the transferred shares will be rejected, along with any corresponding transaction(s) according to First-In, First-Out ("FIFO") matching, and such shares and corresponding transactions will not be considered in the calculation of the Claim's Recognized Loss Amount pursuant to the Plan of Allocation. **The Claim will still be processed to the extent otherwise eligible as a partial Claim.**

The specific transactions for which this information is required are listed on the next tab of the spreadsheet.

1

*Groupon Securities Settlement* - Nominee Defect Instructions

- **BL- Trade Discrepancy / Claim Does Not Balance:**

There is a discrepancy between the number of shares of Groupon common stock you reported (on the Claim with this deficiency), to have purchased, acquired, and/or sold and the number of shares held at the beginning of the Class Period (July 30, 2019) and at the end of the 90-Day Look-Back Period (May 18, 2020).

**How to Resolve:** Please provide any missing transactions, missing beginning or unsold holding amounts or adjustments to the Claim so that it correctly balances.

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s)that relate to the discrepancy will be rejected according to First-In, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of the Claim's Recognized Loss Amount pursuant to the Plan of Allocation. **The Claim will still be processed to the extent otherwise eligible as a partial Claim.**

The formula used to calculate the discrepancy is: Shares Held at the Beginning of the Class Period + All Shares Purchased or Acquired – All Shares Sold or Delivered – Unsold Shares as of May 18, 2020. This value should equal zero for a Claim to properly balance if all transactions have been provided.

- **DP-Duplicate:**

The Claim is a duplicate of another Claim (the "Primary Claim") and is therefore rejected. The Primary Claim is being processed separately, and the filer of that Claim will be notified by separate notice if that Claim is ineligible for recovery.

**How to Resolve:** You can only resolve this condition of ineligibility if you can demonstrate that this Duplicate Claim is not a duplicate. You must send information explaining why you believe this Claim should not be deemed a duplicate along with acceptable documentation to support your position.

**PLEASE NOTE**: Even if this Claim is later deemed not to be a duplicate, the Claim must satisfy all the requirements for eligibility. Any other deficiencies noted with respect to the Claim must be cured, and the Claim must calculate to a Recognized Loss Amount under the Plan of Allocation to be eligible to receive a distribution.

- **MR- Missing Information:**

The Claim with this deficiency does not include some or all the required transaction data for the transactions listed on the next tab of the spreadsheet.

**How to Resolve:** For a transaction to be considered in the Recognized Loss Amount calculation you must submit all required information. To cure this deficiency, you must provide all the required information for the transaction(s) listed on the next tab. You must provide trade date, quantity, security type, transaction type and price per share.

**PLEASE NOTE:** If you fail to respond or, to the extent your response fails to cure the deficiency identified for a given transaction listed on the next tab of the spreadsheet, the remaining deficient transaction(s) will be rejected, along with any corresponding transaction(s) according to First-in, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of the Claim's Recognized Loss Amount pursuant to the Plan of Allocation. **The Claim will still be processed to the extent otherwise eligible as a partial claim.**

*Groupon Securities Settlement* - Nominee Defect Instructions

- **DV- Transfers Out:**

You listed transactions for the Claim with this deficiency that are presented or identified as transfers out of the account (also called a "free delivery") prior to the close of trading on May 18, 2020.

**How to Resolve:**  While inclusion of transfers out of the accounts are necessary for your Claim to balance, those shares will not be factored into the calculation of the Recognized Loss Amount under the Plan of Allocation unless, you provide documentation regarding the **final disposition** of those shares after they were transferred out of your account. Specifically, if the shares listed on the spreadsheet as a "Transfer Out" were sold prior to the close of trading on May 18, 2020, you must submit acceptable supporting documentation that provides the following information regarding the final sale transaction:  Date of Sale, Sale Price Per Share, and Total Sale Price.  If the shares were not sold prior to the close of trading on May 18, 2020, and therefore were held as of the close of trading on that date, you need only submit acceptable documentation demonstrating that those shares were held as of that date.

**PLEASE NOTE:**  If you do not respond, the transferred shares along with any corresponding purchase transaction(s) according to First-in, First-Out ("FIFO") matching, will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation.  **The Claim will still be processed to the extent otherwise eligible as a partial claim.**

The specific transactions for which this information is required are listed on the next tab of the spreadsheet.

- **ZR- No Recognized Loss Amount:**

  In accordance with the Court-approved Plan of Allocation set forth in the Notice, the Claim referenced does not calculate to a Recognized Loss Amount and therefore, is not eligible to receive a distribution from the Net Settlement Fund.  Unless the beneficial owner of the claim can provide additional transactions in Groupon common stock during the Class Period (from July 30, 2019, through February 18, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:**  You can resolve this condition of ineligibility by submitting additional transactions in Groupon common stock during the Class Period that were not previously reflected in the Claim, and which make the Claim calculate to a Recognized Loss Amount.

**PLEASE NOTE**: Curing this condition of ineligibility is an absolute requirement for the Claim to be eligible to participate in the Settlement.  If there are other deficiencies and they are cured, the Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.  The Claim must calculate to a Recognized Loss Amount under the Plan of Allocation to be eligible to receive a distribution.

- **ZD - No Recognized Loss Amount due to other deficiencies:**

In accordance with the Court-approved Plan of Allocation set forth in the Notice, the Claim referenced does not calculate to a Recognized Loss Amount due to certain deficiencies listed elsewhere in this communication, and therefore is not eligible to receive a distribution from the Net Settlement Fund.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other deficiencies listed in this communication.

**PLEASE NOTE**: Curing the other defects listed in this communication is an absolute requirement for the Claim to potentially calculate to a Recognized Loss Amount. The Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for to be eligible to receive a distribution.

3

**•IS- Ineligible Security:**
The Claim contained one of more transactions that were not Groupon common stock.

**How to Resolve:** If one of the trades is, in fact, a trade in Groupon common stock, during the Class Period (from July 30, 2019, through February 18, 2020, inclusive) you must submit genuine and sufficient documentation for that transaction showing that it was an eligible security. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation (self-generated documents are not acceptable).

**PLEASE NOTE**: If you fail to respond or, to the extent your response fails to cure the deficiency identified for a given transaction in the spreadsheet, the transaction(s) will be rejected, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim if you had other valid transactions.

The specific transactions for which this information is required are listed on the next tab of the spreadsheet.

**Part III: Deficient Transactions**

**Spread Sheet Layout**

| | Field | Description | Use |
|---|---|---|---|
| **Transactions Defective** | ACCOUNT NUMBER | Account Number indicated in Original Filing | Internal |
| | CLAIM NUMBER | Claim number assigned | Internal |
| | CLAIM DATA ID | Assigned number to transaction | Internal |
| | SECURITY TYPE | Security – Common Stock | All Securities |
| | TRANSACTION TYPE | Transaction Type | All Securities |
| | TRANSACTION DATE | Date of Transaction | All Securities |
| | QUANTITY | Quantity of Shares | All Securities |
| | PRICE PER SHARE | Price paid per Share | All Securities |
| | TOTAL PRICE | Total Amount of Transaction | All Securities |
| | DEFECT CODE | Identifies deficiency in transaction | Internal |
| | CURRENCY | USD | Internal |
| | IGNORE/DELETE | If transaction should be ignored or if it should be deleted | All Securities |

The third tab on the spreadsheet titled "Deficient Transactions" provides an opportunity for you to correct existing transactional information.  Here is an example of when you would want to use this tab:

• The claim was deficient for BL – Trade Discrepancy and you want to update existing transaction information (trade date, transaction type, total shares).

Only columns D-I and L on this spreadsheet can be updated.
**Please follow the parameters below when entering information on the "Deficient Transactions" tab:**

| Field Name | Characters/Format | Required? |
|---|---|---|
| Security Type | [Type of Security] | Yes |

4

*Groupon Securities Settlement* - Nominee Defect Instructions

| | | |
|---|---|---|
| Transaction Type | P, R, S, D, U, B, UD | Yes |
| | P = Purchase | |
| | R = Received | |
| | S = Sale | |
| | D = Delivered | |
| | U = Ending (unsold) shares as of the close of trading on 05/20/2020 | |
| | B = Beginning holdings as of the close of trading on 07/30/2019 | |
| | UD = Calculated Balance Discrepancy (this is programmatically calculated to show if there are any balance issues with the transactions provided on the Claim) | |
| Transaction Date | MM/DD/YYYY | Yes |
| Quantity | Numeric | Yes |
| Price Per Share | Numeric | Yes (for P and S) |
| Total Price | Numeric | Yes (for P and S) |
| Ignore / Delete | Leave blank = no change for transaction | |
| | Delete = Delete transaction from filing. Transaction will be excluded from calculation and balance. | |
| | Ignore = Transaction remains for balancing purposes, but the defect can be ignored. | |

**If you wish to add new transactions:**

If you wish to add additional transaction information for any of the claims in your submission, please add this information on a new tab of the spreadsheet and label that tab "New Transactions." Here are some examples of when you would want to use a new tab:

- Your claim was defected for RC – Received Shares and you want to add original purchase transactions for the received transaction(s).
- Your claim was defective for BL – Transaction Discrepancy because you did not include unsold holdings. You need to add this quantity of shares to balance the claim.

Please make sure to add the account and claim number for the specific account you are adding transactions for; otherwise, we will not be able to add the transactions to the correct record.

**Please follow the parameters below when entering information on a "New Transactions" tab:**

| Field Name | Characters / Format | Required? |
|---|---|---|
| Account Number | Alpha/Numeric | Yes |
| Claim Number | Numeric | Yes |
| Security Type | Common Stock | Yes |
| Transaction Type | P, R, S, D, U, B | Yes |
| | P = Purchase | |

5

*Groupon Securities Settlement* - Nominee Defect Instructions

R = Received
S = Sale
D = Delivered
U = Ending (unsold) shares as of the close of trading on 05/20/2020
B = Beginning holdings as of the close of trading on 07/30/2019

| | | |
|---|---|---|
| Transaction Date | MM/DD/YYYY | Yes |
| Quantity | Numeric | Yes |
| Price Per Share | Numeric | Yes (for P and S) |
| Total Price | Numeric | Yes (for P and S) |

6

| SUBMISSION NAME | COMPANY NAME | CONTACT NAME | COMPANY ADDRESS | COMPANY ADDRESS 2 | COMPANY CITY | COMPANY STATE | COMPANY ZIP | COMPANY COUNTRY | PHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | ██████ | █████ | ███████ | ████ | ████ | █ | █████ | ██████ | █████ | ████████ |



| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 | DEFICIENCY REASON 5 |
|---|---|---|---|---|---|---|---|---|---|
| | 530001294 | EMAIL C11 | Denied | | PO | | | | |
| | 530001295 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001296 | EMAIL C11 | Denied | | PO | | | | |
| | 530001298 | EMAIL C11 | Denied | | PO | | | | |
| | 530001299 | EMAIL C11 | Denied | | PO | | | | |
| | 530001300 | EMAIL C11 | Denied | | PO | | | | |
| | 530001301 | EMAIL C11 | Denied | | PO | | | | |
| | 530001307 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001308 | EMAIL C11 | Denied | | PO | | | | |
| | 530001310 | EMAIL C11 | Denied | | PO | | | | |
| | 530001311 | EMAIL C11 | Denied | | PO | | | | |
| | 530001312 | EMAIL C11 | Denied | | PO | | | | |
| | 530001313 | EMAIL C11 | Denied | | PO | | | | |
| | 530001314 | EMAIL C11 | Denied | | PO | | | | |
| | 530001315 | EMAIL C11 | Denied | | PO | | | | |
| | 530001317 | EMAIL C11 | Denied | | PO | | | | |
| | 530001318 | EMAIL C11 | Denied | | PO | | | | |
| | 530001319 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001320 | EMAIL C11 | Denied | | PO | | | | |
| | 530001321 | EMAIL C11 | Denied | | PO | | | | |
| | 530001324 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001327 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001328 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001329 | EMAIL C11 | Denied | | PO | | | | |
| | 530001334 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001335 | EMAIL C11 | Denied | | PO | | | | |
| | 530001338 | EMAIL C11 | Denied | | PO | | | | |
| | 530001339 | EMAIL C11 | Denied | | PO | | | | |
| | 530001340 | EMAIL C11 | Denied | | PO | | | | |
| | 530001341 | EMAIL C11 | Denied | | PO | RC | | | |
| | 530001342 | EMAIL C11 | Denied | | PO | | | | |
| | 530001344 | EMAIL C11 | Denied | | PO | | | | |
| | 530001345 | EMAIL C11 | Denied | | PO | | | | |
| | 530001346 | EMAIL C11 | Denied | | PO | | | | |
| | 530001348 | EMAIL C11 | Denied | | PO | | | | |
| | 530001349 | EMAIL C11 | Denied | | PO | | | | |
| | 530001350 | EMAIL C11 | Denied | | PO | | | | |
| | 530001352 | EMAIL C11 | Duplicate | | DP | | | | |
| | 530001353 | EMAIL C11 | Denied | | PO | | | | |
| | 530001355 | EMAIL C11 | Denied | | PO | | | | |
| | 530001357 | EMAIL C11 | Denied | | PO | | | | |
| | 530001360 | EMAIL C11 | Denied | | PO | | | | |
| | 530001362 | EMAIL C11 | Denied | | PO | | | | |
| | 530001363 | EMAIL C11 | Denied | | PO | | | | |
| | 530001364 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001365 | EMAIL C11 | Denied | | PO | | | | |
| | 530001366 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001367 | EMAIL C11 | Denied | | PO | | | | |
| | 530001369 | EMAIL C11 | Incomplete | | DV | RC | | | |
| | 530001370 | EMAIL C11 | Denied | | PO | | | | |
| | 530001371 | EMAIL C11 | Denied | | PO | RC | | | |
| | 530001374 | EMAIL C11 | Denied | | PO | | | | |
| | 530001375 | EMAIL C11 | Denied | | PO | | | | |
| | 530001376 | EMAIL C11 | Denied | | PO | | | | |
| | 530001377 | EMAIL C11 | Denied | | PO | | | | |
| | 530001380 | EMAIL C11 | Denied | | PO | | | | |
| | 530001385 | EMAIL C11 | Denied | | ZR | | | | |
| | 530001386 | EMAIL C11 | Denied | | PO | | | | |
| | 530001387 | EMAIL C11 | Denied | | PO | | | | |
| | 530001389 | EMAIL C11 | Denied | | ZR | | | | |

| | | | | |
|---|---|---|---|---|
| 530001390 EMAIL C11 | Denied | | PO | |
| 530001391 EMAIL C11 | Denied | | PO | RC |
| 530001392 EMAIL C11 | Denied | | PO | |
| 530001394 EMAIL C11 | Denied | | PO | |
| 530001395 EMAIL C11 | Denied | | PO | |
| 530001397 EMAIL C11 | Denied | | PO | |
| 530001398 EMAIL C11 | Denied | | PO | |
| 530001399 EMAIL C11 | Denied | | PO | |
| 530001400 EMAIL C11 | Denied | | PO | |
| 530001401 EMAIL C11 | Denied | | PO | |
| 530001402 EMAIL C11 | Denied | | PO | |
| 530001404 EMAIL C11 | Denied | | PO | |
| 530001406 EMAIL C11 | Denied | | PO | RC |
| 530001407 EMAIL C11 | Denied | | PO | |
| 530001408 EMAIL C11 | Denied | | PO | |
| 530001409 EMAIL C11 | Denied | | PO | |
| 530001410 EMAIL C11 | Denied | | DV | ZR |
| 530001411 EMAIL C11 | Denied | | PO | |
| 530001413 EMAIL C11 | Denied | | ZR | |
| 530001414 EMAIL C11 | Denied | | PO | |
| 530001415 EMAIL C11 | Denied | | PO | |
| 530001416 EMAIL C11 | Denied | | PO | |
| 530001417 EMAIL C11 | Denied | | PO | |
| 530001418 EMAIL C11 | Denied | | PO | |
| 530001420 EMAIL C11 | Denied | | PO | |
| 530001421 EMAIL C11 | Denied | | ZR | |
| 530001422 EMAIL C11 | Denied | | PO | |
| 530001423 EMAIL C11 | Denied | | PO | |
| 530001424 EMAIL C11 | Denied | | PO | |
| 530001426 EMAIL C11 | Denied | | PO | |
| 530001428 EMAIL C11 | Denied | | PO | |
| 530001429 EMAIL C11 | Denied | | PO | |
| 530001430 EMAIL C11 | Denied | | PO | |
| 530001431 EMAIL C11 | Denied | | PO | |
| 530001432 EMAIL C11 | Denied | | PO | |
| 530001433 EMAIL C11 | Denied | | PO | |
| 530001434 EMAIL C11 | Denied | | PO | |
| 530001435 EMAIL C11 | Denied | | PO | |
| 530001436 EMAIL C11 | Denied | | PO | |
| 530001437 EMAIL C11 | Denied | | PO | |
| 530001438 EMAIL C11 | Denied | | PO | |
| 530001439 EMAIL C11 | Denied | | PO | |
| 530001441 EMAIL C11 | Denied | | PO | |
| 530001442 EMAIL C11 | Denied | 2 | PO | |
| 530001443 EMAIL C11 | Denied | | PO | |
| 530001444 EMAIL C11 | Denied | | PO | |
| 530001445 EMAIL C11 | Denied | | PO | |
| 530001446 EMAIL C11 | Denied | | PO | |
| 530001448 EMAIL C11 | Denied | | PO | |
| 530001449 EMAIL C11 | Denied | | PO | |
| 530001450 EMAIL C11 | Denied | | PO | |
| 530001452 EMAIL C11 | Denied | | PO | |
| 530001453 EMAIL C11 | Denied | | PO | |
| 530001454 EMAIL C11 | Denied | | PO | |
| 530001455 EMAIL C11 | Denied | | PO | |
| 530001456 EMAIL C11 | Denied | | PO | |
| 530001457 EMAIL C11 | Denied | | PO | |
| 530001458 EMAIL C11 | Denied | | PO | |
| 530001459 EMAIL C11 | Denied | | PO | |
| 530001461 EMAIL C11 | Denied | | PO | |
| 530001463 EMAIL C11 | Denied | | PO | |






| | | |
|---|---|---|
| 530001464 EMAIL C11 | Denied | PO |
| 530001467 EMAIL C11 | Denied | PO |
| 530001468 EMAIL C11 | Denied | PO |
| 530001469 EMAIL C11 | Denied | PO |
| 530001470 EMAIL C11 | Denied | PO |
| 530001471 EMAIL C11 | Denied | PO |
| 530001474 EMAIL C11 | Denied | PO |
| 530001475 EMAIL C11 | Denied | ZR |
| 530001476 EMAIL C11 | Denied | PO |
| 530001477 EMAIL C11 | Denied | PO RC |
| 530001478 EMAIL C11 | Denied | PO |
| 530001480 EMAIL C11 | Denied | PO |
| 530001481 EMAIL C11 | Denied | PO |
| 530001483 EMAIL C11 | Denied | PO |
| 530001485 EMAIL C11 | Denied | PO |
| 530001488 EMAIL C11 | Denied | PO |
| 530001489 EMAIL C11 | Denied | PO |
| 530001490 EMAIL C11 | Denied | PO |
| 530001491 EMAIL C11 | Denied | PO |
| 530001492 EMAIL C11 | Denied | PO |
| 530001494 EMAIL C11 | Denied | PO |
| 530001495 EMAIL C11 | Denied | PO |
| 530001497 EMAIL C11 | Denied | ZR |
| 530001498 EMAIL C11 | Denied | ZR |
| 530001500 EMAIL C11 | Denied | PO |
| 530001501 EMAIL C11 | Denied | PO |
| 530001502 EMAIL C11 | Denied | PO |
| 530001503 EMAIL C11 | Denied | PO |
| 530001504 EMAIL C11 | Denied | PO |
| 530001505 EMAIL C11 | Denied | PO |
| 530001506 EMAIL C11 | Denied | PO |
| 530001507 EMAIL C11 | Denied | PO |
| 530001509 EMAIL C11 | Denied | DV PO |
| 530001510 EMAIL C11 | Denied | PO |
| 530001511 EMAIL C11 | Denied | PO |
| 530001516 EMAIL C11 | Denied | PO |
| 530001518 EMAIL C11 | Denied | PO |
| 530001519 EMAIL C11 | Denied | PO |
| 530001520 EMAIL C11 | Denied | PO |

| ACCOUNT NUMBER | CLAIM NUMBER | CLAIM DATA ID | SECURITY TYPE | TRANSACTION TYPE | TRANSACTION DATE | QUANTITY | PRICE PER SHARE | TOTAL PRICE | DEFECT CODE | CURRENCY | IGNORE/DELETE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | 530001341 | 562831 | Common Stock | R | 01/02/2020 | 2165 | 0 | 0 | RC | USD | |
| | 530001369 | 562959 | Common Stock | R | 10/17/2019 | 1151800 | 0 | 0 | RC | USD | |
| | 530001369 | 562961 | Common Stock | D | 10/30/2019 | 529400 | 0 | 0 | DV | USD | |
| | 530001369 | 562962 | Common Stock | D | 10/30/2019 | 622400 | 0 | 0 | DV | USD | |
| | 530001369 | 562964 | Common Stock | D | 11/27/2019 | 273000 | 0 | 0 | DV | USD | |
| | 530001369 | 562966 | Common Stock | R | 12/18/2019 | 350000 | 0 | 0 | RC | USD | |
| | 530001369 | 562969 | Common Stock | R | 12/31/2019 | 6800 | 0 | 0 | RC | USD | |
| | 530001369 | 562970 | Common Stock | D | 01/02/2020 | 307200 | 0 | 0 | DV | USD | |
| | 530001369 | 562972 | Common Stock | D | 01/29/2020 | 42800 | 0 | 0 | DV | USD | |
| | 530001369 | 562974 | Common Stock | D | 02/20/2020 | 6800 | 0 | 0 | DV | USD | |
| | 530001369 | 562978 | Common Stock | R | 04/14/2020 | 6800 | 0 | 0 | RC | USD | |
| | 530001371 | 562985 | Common Stock | R | 05/01/2020 | 8939 | 0 | 0 | RC | USD | |
| | 530001391 | 563125 | Common Stock | R | 05/01/2020 | 11825 | 0 | 0 | RC | USD | |
| | 530001406 | 563213 | Common Stock | R | 01/02/2020 | 44900 | 0 | 0 | RC | USD | |
| | 530001410 | 563226 | Common Stock | D | 02/04/2020 | 17302 | 0 | 0 | DV | USD | |
| | 530001477 | 563486 | Common Stock | R | 10/30/2019 | 1800 | 0 | 0 | RC | USD | |
| | 530001509 | 563628 | Common Stock | D | 01/07/2020 | 288 | 0 | 0 | DV | USD | |
| | 530001509 | 563629 | Common Stock | D | 01/07/2020 | 288 | 0 | 0 | DV | USD | |