# EXHIBIT E



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90664776 | Invoice Date | 07/31/2022 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: Start to 07/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Notice Print Fee Schedule** | | | | |
| 60 | 12-Image Notice/8-Image 10,000 | 1,000 | EA | 0.5280 | 528.00 |
| | **Other Expenses Billed Separately** | | | | |
| 90 | Start Up Fee | 1 | EA | 65,000.0000 | 65,000.00 |
| 150 | IVR Configuration and Recording | 1 | EA | 2,000.0000 | 2,000.00 |
| 170 | IVR Minutes of Use | 7.720 | EA | 0.1900 | 1.47 |
| | **Other Expenses Billed Separately** | | | | |
| 200 | Website Deployment and Testing | 1 | EA | 2,000.0000 | 2,000.00 |

| | |
|---|---|
| **Net Amount** | 69,529.47 |
| **Sales Tax** | 6,716.62 |
| **Total Amount Due** | 76,246.09 |



CONFIDENTIAL

# epiq

**Invoice**

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions



**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90668760 | Invoice Date | 08/31/2022 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 08/01/2022 - 08/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 1 | EA | 4.7500 | 4.75 |
| | **Notice Print Fee Schedule** | | | | |
| 60 | 12-Image Notice/8-Image 10,000 | 1,771 | EA | 0.5280 | 935.09 |
| | **Other Expenses Billed Separately** | | | | |
| 100 | Proxy Notice - Long Form Notice and Clai | 1,061 | EA | 1.3600 | 1,442.96 |
| 140 | Postage | 3,336.970 | DLR | 1.0000 | 3,336.97 |
| 170 | IVR Minutes of Use | 112.570 | EA | 0.1900 | 21.39 |
| 180 | Contact Center (shared) | 66 | MIN | 1.0500 | 69.30 |

| | |
|---|---|
| **Net Amount** | 5,810.46 |
| **Sales Tax** | 244.24 |
| **Total Amount Due** | 6,054.70 |



CONFIDENTIAL

# **epiQ**

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005



**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90680324 | Invoice Date | 09/30/2022 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 09/01/2022 - 09/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 33 | EA | 4.7500 | 156.75 |
| | **Notice Print Fee Schedule** | | | | |
| 60 | 12-Image Notice/8-Image 10,000 | 8,229 | EA | 0.5280 | 4,344.91 |
| 70 | 12-Image Notice/8-Image 100,000 | 5,652 | EA | 0.3200 | 1,808.64 |
| | **Other Expenses Billed Separately** | | | | |
| 120 | PR Newswire Release (1200 words) | 2,158 | EA | 1.0000 | 2,158.00 |
| 130 | Investor's Business Weekly (1/8-page ad | 2,611 | EA | 1.0000 | 2,611.00 |
| 140 | Postage | 2,676.490 | DLR | 1.0000 | 2,676.49 |
| 170 | IVR Minutes of Use | 118.570 | EA | 0.1900 | 22.53 |
| 180 | Contact Center (shared) | 114 | MIN | 1.0500 | 119.70 |
| 290 | Box Storage | 3 | EA | 3.5000 | 10.50 |
| 291 | Email Set-Up Fee | 1 | EA | 500.0000 | 500.00 |
| 292 | Broker Emails | 12 | EA | 0.0500 | 0.60 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90680324 | Invoice Date | 09/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3013796 | | |

## Comments

Billing Period: 09/01/2022 - 09/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 14,409.12 |
| | **Sales Tax** | | | | 646.81 |
| | **Total Amount Due** | | | | 15,055.93 |



CONFIDENTIAL



# epiq

## Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| Invoice No. | 90686234 | Invoice Date | 10/31/2022 |
|---|---|---|---|

Currency     USD

Contract Description     Groupon Securities Settlement

**Comments**
Billing Period: 10/01/2022 - 10/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 221 | EA | 4.7500 | 1,049.75 |
| | **Notice Print Fee Schedule** | | | | |
| 60 | 12-Image Notice/8-Image 10,000 | 7 | EA | 0.5280 | 3.70 |
| | **Other Expenses Billed Separately** | | | | |
| 140 | Postage | 28.470 | DLR | 1.0000 | 28.47 |
| 170 | IVR Minutes of Use | 97.730 | EA | 0.1900 | 18.57 |
| 180 | Contact Center (shared) | 228 | MIN | 1.0500 | 239.40 |
| 220 | Print/Mail Postcard Acknowledgment | 46 | EA | 0.2500 | 11.50 |
| 290 | Box Storage | 4 | EA | 3.5000 | 14.00 |

| | | |
|---|---|---|
| **Net Amount** | | 1,365.39 |
| **Sales Tax** | | 109.16 |
| **Total Amount Due** | | 1,474.55 |



CONFIDENTIAL

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005



**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90694713 | Invoice Date | 11/30/2022 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 11/01/2022 - 11/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 154 | EA | 4.7500 | 731.50 |
| | **Notice Print Fee Schedule** | | | | |
| 60 | 12-Image Notice/8-Image 10,000 | 29,750 | EA | 0.5280 | 15,708.00 |
| | **Other Expenses Billed Separately** | | | | |
| 140 | Postage | 38,914 | DLR | 1.0000 | 38,914.00 |
| 170 | IVR Minutes of Use | 213.970 | EA | 0.1900 | 40.65 |
| 180 | Contact Center (shared) | 360 | MIN | 1.0500 | 378.00 |
| 220 | Print/Mail Postcard Acknowledgment | 303 | EA | 0.2500 | 75.75 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 55,865.40 |
| **Sales Tax** | | 1,692.81 |
| **Total Amount Due** | | 57,558.21 |

--------------------------------------------------------------------------------



CONFIDENTIAL

# epiQ

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005



**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90704687 | Invoice Date | 12/31/2022 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 12/01/2022 - 12/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 90 | EA | 4.7500 | 427.50 |
| | **Notice Print Fee Schedule** | | | | |
| 60 | 12-Image Notice/8-Image 10,000 | 42 | EA | 0.5280 | 22.18 |
| | **Other Expenses Billed Separately** | | | | |
| 140 | Postage | 560.700 | DLR | 1.0000 | 560.70 |
| 170 | IVR Minutes of Use | 192.020 | EA | 0.1900 | 36.48 |
| 180 | Contact Center (shared) | 252 | MIN | 1.0500 | 264.60 |
| 220 | Print/Mail Postcard Acknowledgment | 100 | EA | 0.2500 | 25.00 |
| 290 | Box Storage | 7 | EA | 3.5000 | 24.50 |

| | |
|---|---|
| **Net Amount** | 1,360.96 |
| **Sales Tax** | 48.65 |
| **Total Amount Due** | 1,409.61 |



CONFIDENTIAL

# epiq

**Invoice**

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions



**Bill-To**

Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles CA 90067-2722

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90718361 | Invoice Date | 01/31/2023 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 01/01/2023 - 01/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 2,002 | EA | 4.7500 | 9,509.50 |
| 40 | Claims Processing 2501 and up | 528 | EA | 3.4000 | 1,795.20 |
| | **Other Expenses Billed Separately** | | | | |
| 170 | IVR Minutes of Use | 141.800 | EA | 0.1900 | 26.94 |
| 180 | Contact Center (shared) | 162 | MIN | 1.0500 | 170.10 |
| 220 | Print/Mail Postcard Acknowledgment | 6 | EA | 0.2500 | 1.50 |
| 290 | Box Storage | 6 | EA | 3.5000 | 21.00 |

| | |
|---|---|
| **Net Amount** | 11,524.24 |
| **Sales Tax** | 1,158.88 |
| **Total Amount Due** | 12,683.12 |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90721757 | Invoice Date | 02/28/2023 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 02/01/2023 - 02/28/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims Processing 2501 and up | 136 | EA | 3.4000 | 462.40 |
| | **Other Expenses Billed Separately** | | | | |
| 170 | IVR Minutes of Use | 18.030 | EA | 0.1900 | 3.43 |
| 180 | Contact Center (shared) | 12 | MIN | 1.0500 | 12.60 |
| 220 | Print/Mail Postcard Acknowledgment | 11 | EA | 0.2500 | 2.75 |
| 285 | Broker/Nominee Fees | 7,283.750 | DLR | 1.0000 | 7,283.75 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---|
| **Net Amount** | 7,782.43 |
| **Sales Tax** | 47.68 |
| **Total Amount Due** | 7,830.11 |



CONFIDENTIAL

# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005



**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90729506 | Invoice Date | 03/31/2023 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 03/01/2023 - 03/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 1 | EA | 4.7500 | 4.75 |
| | **Other Expenses Billed Separately** | | | | |
| 140 | Postage | 1.740 | DLR | 1.0000 | 1.74 |
| 170 | IVR Minutes of Use | 384.450 | EA | 0.1900 | 73.05 |
| 180 | Contact Center (shared) | 732 | MIN | 1.0500 | 768.60 |
| 220 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.2500 | 0.25 |
| 280 | Photocopy or Image | 88 | PAG | 0.1200 | 10.56 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | | |
|---|---|---|
| **Net Amount** | | 876.45 |
| **Sales Tax** | | 1.60 |
| **Total Amount Due** | | 878.05 |



CONFIDENTIAL



# Invoice

Page 1 of 1

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90743113 | Invoice Date | 04/30/2023 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 04/01/2023 - 04/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims Processing 2501 and up | 1,194 | EA | 3.4000 | 4,059.60 |
| | **Other Expenses Billed Separately** | | | | |
| 140 | Postage | 10.340 | DLR | 1.0000 | 10.34 |
| 170 | IVR Minutes of Use | 61.620 | EA | 0.1900 | 11.71 |
| 180 | Contact Center (shared) | 42 | MIN | 1.0500 | 44.10 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---|
| **Net Amount** | 4,143.25 |
| **Sales Tax** | 416.11 |
| **Total Amount Due** | 4,559.36 |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions

**Bill-To**

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90751668 | Invoice Date | 05/31/2023 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 05/01/2023 - 05/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 33 | EA | 4.7500 | 156.75 |
| | **Other Expenses Billed Separately** | | | | |
| 140 | Postage | 2.150 | DLR | 1.0000 | 2.15 |
| 170 | IVR Minutes of Use | 55.680 | EA | 0.1900 | 10.58 |
| 180 | Contact Center (shared) | 48 | MIN | 1.0500 | 50.40 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---|
| **Net Amount** | 237.38 |
| **Sales Tax** | 16.07 |
| **Total Amount Due** | 253.45 |



CONFIDENTIAL



# epiq

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Invoice**

Page 1 of 1

**Bill-To**

**Remit to**
Epiq
Class Action & Claims Solutions

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90756162 | Invoice Date | 06/30/2023 |
| Currency | USD | | |
| Contract Description | Groupon Securities Settlement | | |

**Comments**
Billing Period: 06/01/2023 - 06/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims Processing 1-2500 | 12 | EA | 4.7500 | 57.00 |
| | **Other Expenses Billed Separately** | | | | |
| 170 | IVR Minutes of Use | 73.200 | EA | 0.1900 | 13.91 |
| 180 | Contact Center (shared) | 66 | MIN | 1.0500 | 69.30 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---|
| **Net Amount** | 157.71 |
| **Sales Tax** | 5.84 |
| **Total Amount Due** | 163.55 |



CONFIDENTIAL